

**FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331**

**COVER SHEET**

1: CV 00-1224

THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.

RECEIVED SCRANTON
JUN 26 2000
PER_____ DEPUTY CLERK

*******************************************************************

The cost for filing a civil rights complaint is $150.00.

If you do not have sufficient funds to pay the full filing fee of $150.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

   1)   the average monthly deposits to your prison account for the past six months; or

   2)   the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

*******************************************************************

   1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.** _____

   2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court.</u> **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** ✓

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

1. Caption

PLANTIFF

Charles E. Brown
# 008614
2nd & Sanderson Street
Pottsville PA 17901

1: CV 00-1224

FILED
SCRANTON
JUL 1 0 2000
PER ____
DEPUTY CLERK

-VS-

Defendants.

1. County of Schuylkill, individually and in it's official Capacity as Director of Schuylkill County.

2. Schuylkill County Prison Board Members, individually and in it's official capacity as Prision Board

3. Schuylkill County Prison, individually and in it's official capacity as Director of Schuylkill County Prison.

4. Gerald Britton, individually and in his official capacity as Warden of Schuylkill County Prison.

5. William Baldwin, individually and in his official capacity as Prison Board member.

I

6) Forrest L Shadle, individually and in his official capacity as a member of Schuylkill County Prison Board.

7) Jerome P. Knowles, individually and in his official capacity as a member of Schuylkill County Prison Board.

8) Stanley Tobash, individually and in his official capacity as a member of Schuylkill County Prison Board.

9) Eugene Berdanier, individually and in his official capacity as Deputy Warden of Schuylkill County Prison.

10) Anthony Kankowski, individually and in his official capacity as Supervisor of Schuylkill County Prison.

11) David J Kurtz, individually and in his official capacity as warden of Schuylkill County Prison.

**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

#008614
(Inmate Number)

Charles Brown
(Name of Plaintiff)

Schuylkill County Prison
730 Sanderson St
(Address of Plaintiff)

Pottsville PA 17901

vs.

County of Schuylkill

et. al.

See attached sheets
(Names of Defendants)

_____
(Case Number)

**COMPLAINT**

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

　A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

II. Exhaustion of Administrative Remedies

　A. Is there a grievance procedure available at your institution?
　　____Yes  ✓ No

　B. Have you filed a grievance concerning the facts relating to this complaint?
　　____Yes  ✓ No

　　If your answer is no, explain why not  No grievance proceedure exists in Schuylkill County Prison

　C. Is the grievance process completed?  ____Yes  ✓ No

IV "Statement of Claim"

A) Between _____ plantiff Charles Brown had been forc to be housed in single bunk cell with another individu forcing Brown to sleep on cell floor w/ mattress, with no effort of defendants to correct problem.

B) Between _____ plantiff Brown had been forced reside in cell/cell block with human feces and other bodily fluids on walls, floors, etc. and no effort by defendants to correct such.

C) From _____ until present plantiff Brown is house in cells/cellblock in which is infested with various types of bugs/insects and/or vermin

D) At various times between _____ plantiff Charles Brown had been denied outside yard (Recreatio while an inmate in the disciplinary Lock-up unit (E-Block) of the Schuylkill County Prison, and on othe occasions, had been denied right to recreation tim "yard time"

IV

E) While confined in E-Block of Schuylkill County Prison, the disciplinary Lock-up unit, Brown had been denied his right to due-process on several occassions by prison employees/defendants by placing Brown in pre-hearing confinement without proper justification as Brown had not been threat to prison security, self or others, thus serving no peniological intrest.

F) Wherefore, plantiff Charles Brown alleges all defendants acted with gross negligence as they know conditions of confinement on Cell Block-E, the disciplinary Lock-up unit of Schuylkill County Prison, and had shown deliberate indifference by placing Brown in areas with feces and other body fluids on walls etc., causing Brown to feel degraded, humiliated, resulting in emotional stress, mental anguish and cruel and unusual punishment.

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __See attached sheets__ is employed as _____ at _____

B. Additional defendants __See attached sheets__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. __See attached sheets__

2.

3.

Part III

A) Def. Schuylkill County is employed as director of Schuylkill County at Schuylkill County Court House 401 N 2nd St. Pottsville PA 17901.

B) Def. Schuylkill County Prison is employed as director of Schuylkill County Prison at Schuylkill County Prison 230 Sanderson St Pottsville PA 17901.

C) Def. Schuylkill County Prison Board Members, are employed a Governing Body of Schuylkill County Prison At Schuylkill County Prison 230 Sanderson St, Pottsville PA 17901.

D) Def. Francis V. McAndrew is employed as a member of Schuylkill County Prison Board at Schuylkill County Prison 230 Sanderson St, Pottsville PA 17901

E) Def. Forrest L. Snadle is employed as a member of Schuylkill County Prison Board at Schuylkill County Prison 230 Sanderson St Pottsville PA 17901

F) Def Jerome P. Knowles. is employed as a member of Schuylkill County Prison Board at Schuylkill County Prison 230 Sanderson St. Pottsville PA 17901.

III

G) Def. Stanley H. Tobash is employed as a member of the Schuylkill County Prison Board at Schuylkill County Prison 230 Sanderson St Pottsville PA 17901.

H) Def. William Baldwin is employed as a member of the Schuylkill County Prison Board at Schuylkill County Prison 230 Sanderson St. Pottsville PA 17901.

I) Def. David J. Kurtz is employed as Warden of the Schuylkill County Prison at Schuylkill County Prison 230 Sanderson St Pottsville PA 17901

J) Def. Gerald Britton is employed as Warden of the Schuylkill County Prison at Schuylkill County Prison 230 Sanderson St, Pottsville PA 17901.

K) Def. Eugene Berdanier is employed as Deputy Warden of the Schuylkill County Prison at Schuylkill County Prison 230 Sanderson St, Pottsville PA 17901

L) Def. Anthony Kantowski is employed as Supervisor of the Schuylkill County Prison at Schuylkill County Prison 230 Sanderson St, Pottsville PA 17901.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. _____See attached sheets_____

2.

3.

Signed this __26__ day of __May__, __2000__.

_____Charles Brown_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__5-26-00__                    _____Charles Brown_____
(Date)                              (Signature of Plaintiff)

Part V   Legal Claims

1) Defendants threats to punish plantiff for taking legal action, and their threats to punish prisoners who sub-mitte affadavids on behalf of plantiff, violated plantiffs Rights of meaningful access to the courts, which is guaranteed b the Due Process Clause of the 14th Amendment.

2) The plantiff has no plain, adequate or complete remed at law to redress the wrongs described herein. Plantiff has been and will continue to be irreparably injured by the cond of the defendants unless this court grants the declaritory a injunctive relief which plantiff seeks.

WHEREFORE, plantiff respectfully prays that this court en judgement granting plantiff:

1) A declaritory judgement that the defendants acts, policies and practices described herein violate plantiffs Rights under the United States Constitution.

2) A preliminary and permanent injunction which:

A) requires defendants to remove from plantiffs prison files any write-ups or other reports concerning the events described herein and any references to plantiffs prohibi defendants from permitting any such reports to be plea in plantiffs files anytime in the future.

B) PLANTIFFS, AS THAT COURT ORDER SCH. Co. PRISON

THIS CASE OF CONDITIONS WHERE AS PLAINTIFF SLEP IN HUMAN WASTE.

5) Punitive damages of $200,000 to each plantiff from defendants

6) Plantiff cost of this suit.

7) Such other end further relief as this court may deem just, proper and equitable.

8) Trial by jury in all issues triable by jury.

9) Order of court declaring Schuylkill County Prison in violation of health codes and additional order directing prison to correct violation immediately.

10) A) U.S. Marshal to oversee correction of all violation of Schuylkill County Prison.
B) U.S. Marshal to oversee confinement of plantiff to ensure against retaliation of prison employees.

V

B) Prohibits defendants, their agents, employees, successors, in intrest and all other persons in active concert or participation with them, from harrassing, threatening, punishing or retaliating in any way against the plantiff because they filed this action or against any other prisoners because they submitted affadavits in this case on behalf of plantiff, or from transferring plantiff to any other institution without their expressed concent during the pendency of this action.

2) Requires defendants to allow plantiff and other prisoners to:
1) Engage in any oral or written communication which is reasonably related to the conduct of this suit, including the preparation of affadavits on behalf of plantiff;
2) to confer with co-plantiffs and prepare legal papers, and to do anything else, consistent with prison security, which is reasonably connected with the conduct of this suit.

3) Compensary damages in the amount of $200.000 to plantiff and _____ to plantiff from all defendants and each of them except defendant members of Adult Authority

4) Monetary damages deemed appropriate by this court and/or jury, for mental anguish, stress and cruelty plantiff endured not to exceed $200,000 , nor below $100,000 .