IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Charles Edgar Brown

1:CV 00-1224

Civil Case No.

**Name of Plaintiff(s)**

v.

County of Schuylkill, Et al.

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
JUL 1 0 2000

PER /L/
DEPUTY CLERK

**Name of Defendant(s)**

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1.  ✓   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2.  ✓   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3.  Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No  ✓

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
    Yes _____   No _____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution?  Yes ____  No ✓

(b) If yes, what is your monthly compensation?  $_____

5. Do you own any cash or other property; have a bank account; or receive money from any source?  Yes ✓  No ____

If the answer is "yes" to any of the above, describe each source and the amount involved.

Mother - Pamela Hodges $50.00 a month

_____

_____

_____


I certify under penalty of perjury that the foregoing is true and correct.

Executed on  6-29-00                          *Charles Brown*
             (Date)                      (Signature of Plaintiff)


This certification is executed pursuant to Title 28, United States Code, Section 1746.

*PRSLC*   *New Case*

PROSE   PRSLC

U.S. District Court
Middle District of Pennsylvania (Harrisburg)

CIVIL DOCKET FOR CASE #: 00-CV-1224

Brown v. County of Schuylkill, et al                           Filed: 07/10/00
Assigned to: Judge Sylvia H. Rambo
Demand: $0,000 42107                              Nature of Suit: 555
Lead Docket: None                                 Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights

CHARLES E. BROWN                     Charles E. Brown
      plaintiff                      #008614
                                     [COR LD NTC] [PRO SE]
                                     CTY-SCHUYLKILL
                                     Schuylkill County Prison
                                     2nd Sanderson Sts.
                                     Pottsville, PA 17901
                                     717-628-1450


   v.


COUNTY OF SCHUYLKILL,
individually and in its
official capacity as Director
of Schuylkill County
      defendant


SCHUYLKILL COUNTY PRISON BOARD
MEMBERS, individually and in
its official capacity as
Prison Board
      defendant


SCHUYLKILL COUNTY PRISON,
individually and in its
official capacity as Director
of Schuylkill County Prison
      defendant


GERALD - BRITTON, individually
and in his official capacity
as Warden of Schuylkill County
Prison
      defendant

Docket as of July 12, 2000 10:36 am                     Page 1   NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.
1:00cv1224 Brown v. County of Schuylkill, et al

PROSE
PRSLC

WILLIAM BALDWIN, individually
and in his official capacity
as Prison Board member
    defendant

FORREST L. SHADLE,
individually and in his
official capacity as a member
of Schuylkill County Prison
Board
    defendant

JEROME P. KNOWLES,
individually and in his
official capacity as a member
of Schuylkill County Prison
Board
    defendant

STANLEY H. TOBASH,
individually and in his
official capacity as a member
of Schuylkill County Prison
Board
    defendant

EUGENE BERDANIER, individually
and in his official capacity
as Deputy Warden of Schuylkill
County Prison
    defendant

ANTHONY KANKOWSKI,
individually and in his
official capacity as
Supervisor of Schuylkill
County Prison
    defendant

DAVID J. KURTZ, -,
individually and in his
official capacity as Warden of
Schuylkill County Prison
    defendant

```
INTERNAL USE ONLY: Proceedings include all events.
1:00cv1224 Brown v. County of Schuylkill, et al                          PROSE
                                                                         PRSLC
CHARLES E. BROWN

             plaintiff

   v.

COUNTY OF SCHUYLKILL, individually and in its official
capacity as Director of Schuylkill County; SCHUYLKILL COUNTY
PRISON BOARD MEMBERS, individually and in its official
capacity as Prison Board; SCHUYLKILL COUNTY PRISON,
individually and in its official capacity as Director of
Schuylkill County Prison; GERALD - BRITTON, individually and
in his official capacity as Warden of Schuylkill County
Prison; WILLIAM BALDWIN, individually and in his official
capacity as Prison Board member; FORREST L. SHADLE,
individually and in his official capacity as a member of
Schuylkill County Prison Board; JEROME P. KNOWLES,
individually and in his official capacity as a member of
Schuylkill County Prison Board; STANLEY H. TOBASH,
individually and in his official capacity as a member of
Schuylkill County Prison Board; EUGENE BERDANIER,
individually and in his official capacity as Deputy Warden
of Schuylkill County Prison; ANTHONY KANKOWSKI, individually
and in his official capacity as Supervisor of Schuylkill
County Prison; DAVID J. KURTZ, -, individually and in his
official capacity as Warden of Schuylkill County Prison

             defendant
```

```
INTERNAL USE ONLY: Proceedings include all events.
1:00cv1224 Brown v. County of Schuylkill, et al                    PROSE
                                                                   PRSLC

7/10/00   1      COMPLAINT - No Jury Demand.   Amt: ifp pending (vg)
                 [Entry date 07/12/00]

7/10/00   2      APPLICATION by plaintiff Charles E. Brown to proceed in
                 forma pauperis. (vg) [Entry date 07/12/00]

7/10/00   3      AUTHORIZATION by plaintiff Charles E. Brown allowing prison
                 to submit copy of prisoner's trust fund account to the
                 court, and approving entire filing fee to be deducted from
                 prisoner inmate account. (vg) [Entry date 07/12/00]

7/12/00   4      ADMINISTRATIVE ORDER sent to Prison Superintendent/Warden
                 as to plaintiff Charles E. Brown (cc:
                 Superintendent/Warden, prisoner, Financial) (vg).
                 [Entry date 07/12/00]

7/12/00   --     PRISONER LETTER issued as to plaintiff Charles E. Brown
                 with Notice and Consent Form. (vg) [Entry date 07/12/00]

7/12/00   5      STANDING PRACTICE ORDER by all judges informing parties of
                 briefing and other responsibilities pursuant to LR of Court
                 7.1 through 7.8 and 7.10, LR 26.10 and 56.1, and FRCP 56.
                 (cc: Pltf.) (vg) [Entry date 07/12/00]

7/12/00   --     REMARK - Case file to HBG open file room.  Copy of
                 documents w/ docket to PRSLC Office.  Copy of docket to
                 Judge Rambo. (vg) [Entry date 07/12/00]
```

[qshowscr]

NAME: Brown, Charles E.                                            TYPE: pty

ROLE: pla          PRO SE: y


1:00cv01189        Brown vs. County of Schuylkill et al


FILED: 06/30/00 TERMINATED: **/**/** REOPENED: **/**/** RETERMED: **/**/**
CAUSE OF ACTION: 42:1983 Prisoner Civil Rights
JUDGE: Rambo, Sylvia H.
MAGISTRATE: Belisario, Diana

ATTORNEY: Charles E. Brown
          [717-628-1450            ]


CASE STATUS:                          PROSE          PRSLC

[D]eadline, [H]istory, [P]arties, [A]lias, [S]top, [Q]uit:

                   1 Sess-1    156.122.6.246                    1 23/61