1:00CV1224

KG

```
Mon Jul 17 14:02:40 2000

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 49509
Cashier       tanya

Tender Type   CHECK

Check Number: 10947

Transaction Type  AR

DO Code   Div No    Acct
4647      3         5100PL

Amount              $  10.60

CHARLES BROWN SCHUYLKILL COUNTY PR A
R9614

PARTIAL FILING FEE 00-CV-1224
```

**FILED SCRANTON**

JUL 1 8 2000

PER _____
DEPUTY CLERK

**Today's Date: 07/11/2000**

# Inmate Running Balance Detail Report
## SCHUYLKILL COUNTY PRISON
Transactions from 01/01/2000 thru 07/11/2000

Page 2 of 2

Inmate Name: BROWN JR.     CHARLES     E     Booking#   008614

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 05/15/2000 15:35 | Deposit | 20.00 | ML | | | 155.94 | |
| 05/31/2000 10:34 | Withdrawal | -47.15 | CO | | COMMISSARY SUMMARY POSTING | 75.80 | 32263 |
| 06/05/2000 15:11 | Deposit | 50.00 | ML | | | 28.65 | 32744 |
| 06/07/2000 09:58 | Deposit | 40.06 | CO | | COMMISSARY SUMMARY POSTING | 78.65 | 32868 |
| 06/07/2000 09:58 | Withdrawal | -100.00 | PI | 11993 | STRATFORD CAREER INST | 118.71 | 31650 |
| 06/07/2000 14:32 | Deposit | 40.00 | ML | | | 18.71 | 32986 |
| 06/19/2000 10:38 | Withdrawal | -5.00 | PI | | SDICK CALL 6-7-00 | 58.71 | 33057 |
| 06/19/2000 10:40 | Withdrawal | -5.00 | PI | | DENTIST CALL 6-6-00 | 53.71 | 33273 |
| 06/21/2000 08:39 | Withdrawal | -6.06 | CO | | COMMISSARY SUMMARY POSTING | 48.71 | 33274 |
| 06/22/2000 11:34 | Withdrawal | -1.98 | PI | | POSTAGE 6 STAMPS | 42.65 | 33328 |
| 06/28/2000 09:10 | Withdrawal | -22.16 | CO | | COMMISSARY SUMMARY POSTING | 40.67 | 33429 |
| 07/05/2000 09:10 | Withdrawal | -15.35 | CO | | COMMISSARY SUMMARY POSTING | 18.51 | 33507 |
| 07/05/2000 13:08 | Deposit | 50.00 | ML | | M/O | 3.16 | 33693 |
| 07/06/2000 12:07 | Deposit | 39.00 | AD | 12040 | RETURN FOR CHECK #11693 | 53.16 | 33792 |
| 07/11/2000 14:17 | Withdrawal | -16.60 | PI | 12047 | US DISTRICT COURT | 92.16 | 33810 |
| | | | | | | 75.56 | 33896 |

Total Withdrawals this Inmate: -664.69     Total Deposits This Inmate: 584.31     Ending Balance: 75.56

**TOTAL DEPOSITS $584.00 - AVERAGE MONTHLY DEPOSITS $83.00 @ 20% = $16.60**

**AMOUNT REMITTED - $16.60   CHECK #12047**

State of Pennsylvania:
County of Schuylkill

Sworn to and subscribed before me this
12 day of July, 2000.

NOTARIAL SEAL
Roland James Price, Jr. Notary Public
Pottsville, Schuylkill County
My Commission Expires November 2, 2003

[Signatures]

FILED SCRANTON JUL 18 2000 PER _____ DEPUTY CLERK

Today's Date: 07/11/2000

# Inmate Running Balance Detail Report
## SCHUYLKILL COUNTY PRISON
Transactions from 01/01/2000 thru 07/11/2000

Page 1 of 2

Inmate Name: BROWN JR, CHARLES E    Booking#: 008614

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 01/03/2000 12:39 | Withdrawal | -11.92 | CO | | COMMISSARY SUMMARY POSTING | 155.94 | |
| 01/05/2000 11:22 | Withdrawal | -38.05 | CO | | COMMISSARY SUMMARY POSTING | 144.02 | 27648 |
| 01/10/2000 11:12 | Withdrawal | -49.57 | CO | | COMMISSARY SUMMARY POSTING | 105.97 | 27778 |
| 01/10/2000 11:17 | Withdrawal | -12.76 | CO | | COMMISSARY SUMMARY POSTING | 56.40 | 27944 |
| 01/17/2000 09:34 | Withdrawal | -19.47 | CO | | COMMISSARY SUMMARY POSTING | 43.64 | 27947 |
| 01/18/2000 13:37 | Deposit | 60.00 | ML | M/O | | 24.17 | 28192 |
| 01/18/2000 13:43 | Deposit | 3.25 | ML | M/O | | 84.17 | 28263 |
| 01/19/2000 09:31 | Withdrawal | -30.63 | CO | | COMMISSARY SUMMARY POSTING | 87.42 | 28265 |
| 01/24/2000 09:34 | Withdrawal | -6.25 | CO | | COMMISSARY SUMMARY POSTING | 56.79 | 28345 |
| 01/28/2000 15:04 | Deposit | 3.00 | CD | | | 50.54 | 28451 |
| 02/09/2000 10:26 | Withdrawal | -27.40 | CO | | PAYROLL | 53.54 | 28682 |
| 02/14/2000 14:48 | Deposit | 60.00 | MO | | COMMISSARY SUMMARY POSTING | 26.14 | 28860 |
| 02/18/2000 09:30 | Withdrawal | -49.29 | CO | | COMMISSARY SUMMARY POSTING | 86.14 | 29012 |
| 02/24/2000 09:25 | Withdrawal | -34.80 | CO | | COMMISSARY SUMMARY POSTING | 36.85 | 29177 |
| 02/28/2000 10:03 | Withdrawal | -1.95 | CO | | COMMISSARY SUMMARY POSTING | 2.05 | 29295 |
| 02/29/2000 12:12 | Deposit | 3.00 | CD | | | .10 | 29425 |
| 03/06/2000 10:13 | Withdrawal | -2.25 | CO | | COMMISSARY SUMMARY POSTING | 3.10 | 29536 |
| 03/06/2000 15:46 | Deposit | 75.00 | ML | M/O | | .85 | 29746 |
| 03/09/2000 09:26 | Withdrawal | -49.04 | CO | | COMMISSARY SUMMARY POSTING | 75.85 | 29847 |
| 03/13/2000 10:26 | Withdrawal | -25.64 | CO | | COMMISSARY SUMMARY POSTING | 26.81 | 29901 |
| 03/20/2000 09:27 | Withdrawal | -1.10 | CO | | COMMISSARY SUMMARY POSTING | 1.17 | 30034 |
| 03/23/2000 15:48 | Deposit | 6.00 | CD | | | .07 | 30356 |
| 04/13/2000 09:16 | Withdrawal | -4.99 | CO | | COMMISSARY SUMMARY POSTING | 6.07 | 30650 |
| 04/19/2000 13:59 | Deposit | 50.00 | ML | | | 1.08 | 31192 |
| 04/20/2000 14:04 | Deposit | 10.00 | ML | | | 51.08 | 31406 |
| 04/26/2000 08:45 | Deposit | 25.00 | ML | | | 61.08 | 31549 |
| 04/27/2000 09:31 | Withdrawal | -40.06 | CO | | COMMISSARY SUMMARY POSTING | 86.08 | 31612 |
| 05/03/2000 09:30 | Withdrawal | -40.22 | CO | | COMMISSARY SUMMARY POSTING | 46.02 | 31650 |
| 05/08/2000 14:37 | Deposit | 50.00 | MO | | | 5.80 | 31871 |
| | | | | | | 55.80 | 32057 |