To: Clerk of Courts

1-CV-00-1224
J. Rambo
8-18-00

PRSLC Belisario

I am writting to let you know that i have been transferd from sci County prison. To Cradaford state prison and should be going to Campell state prison in a matter of a couple days. My docket No# is 1:CV-00-1224 my Judge is Sylvia H Rambo. This is just to keep you up dated with my loction. I also have more names for Complaints (A) and (B). More Exhibits and statment of claim for complaint (A), and i will send it in as soon as i get to the next prison

Respectfully Submitted
Charles Brown

FILED
AUG 24 2000
PER _____
HARRISBURG, PA.   DEPUTY CLERK