**MARTIN F. HORN**
Secretary of Corrections

**DONALD T. VAUGHN**
Superintendent



**DAVID DIGUGLIELMO**
Deputy Superintendent
 for Facilities Management

**MANUEL ARROYO**
Deputy Superintendent
 for Centralized Services

**MICHAEL A. LORENZO**
Deputy Superintendent
 for Internal Security

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
State Correctional Institution at Graterford
P.O. Box 246, Graterford, PA 19426-0246
(610) 489-4151

August 30, 2000

U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148
Attn: Ms. Mary D'Andrea
 Clerk of Court

Re: Administrative Order
 Civil Action No. 1:00-CV-01224

Dear Ms. D'Andrea:

The State Correctional Institution at Graterford recently received the attached Administrative Order in the above-referenced case. A review of our records indicates that this inmate (Charles E. Brown) is not housed at SCI Graterford, but rather in Schuylkill County Prison. This was verified with staff in your office on August 29, 2000.

The Administrative Order is being returned for your further disposition.

Please feel free to contact me if I may be of further assistance in this matter.

Respectfully,

Levi Hosband
Administrative Officer II

LEH:tjf
Cc: FILE: