1-CC-00-1224  9-15-00
⑨
RM 9-11-0

To whom it may Concern,

My name is Charles Brown my docket number is, 01224. I just wanted to let you know, i have been moved from Cradaford S.C.I to Camphill S.C.I. And i should be here for three to four months. If there is any mail about my civil suit, could you please foward it here. Thank you.

FILED
HARRISBURG, PA
SEP 14 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Respectfully
Submitted
Charles
Brown

Charles Brown
"EJ6142"
P.O. Box 200
Camphill, PA.
  17001-0200

Name Charles Brown
Number EJ 6142
P.O. Box 200
Camp Hill, Pennsylvania 17001-0200

FILED
HARRISBURG, PA
SEP 14 2000
MARY E. D'ANDREA, CLERK
per: _____ Deputy Clerk

INMATE MAIL—PA
DEPT OF CORRECTIONS

CAMP HILL PA SEP 13'00
PB METER 7159026
$0.33 U.S. POSTAGE

U.S. District Court
228 Walnut St
P.O. 983
Harrisburg PA

17108+0983