IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES E. BROWN,                    :    CIVIL ACTION NO. 1:CV-00-1224
                                     :
            Plaintiff               :
                                     :
     v.                              :
                                     :
COUNTY OF SCHUYLKILL, ET AL.,       :    (Judge Rambo)
                                     :
            Defendants              :

**FILED**
HARRISBURG, PA

JAN 1 7 2001

MARY E. D'ANDREA, CLERK
Per_____
        Deputy Clerk

O R D E R

AND NOW, **IT IS HEREBY ORDERED THAT:**

     1.    Plaintiff's motion to proceed in forma pauperis is
construed as a motion to proceed without full prepayment of fees
and costs and the motion is granted.[1]

     2.    The United States Marshal is directed to serve
Plaintiff's complaint on the Defendants named therein.

                              SYLVIA H. RAMBO
                              United States District Judge

Dated:   January  **17** , 2001.

SR:dlb

---

1.   Brown completed this court's form application to proceed in
forma pauperis and authorization to have funds deducted from his
prison account.  The court then issued an Administrative Order
directing the warden at his present place of confinement to
commence deducting the full filing fee from Plaintiff's prison
trust fund account.



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 17, 2001

Re:  1:00-cv-01224   Brown v. County of Schuylkill

True and correct copies of the attached were mailed by the clerk
to the following:

      Charles E. Brown
      SCI-CH
      EJ6142
      P.O. Box 200
      Camp Hill, PA  17001

cc:
Judge                        (  )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                 U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5          (  )
Order to Show Cause          (  ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen  (  )  PA Atty Gen (  )
                                      DA of County (  )  Respondents (  )

Bankruptcy Court             (  )
Other_____       (  )

                                          MARY E. D'ANDREA, Clerk

DATE: ____1/17/01____                BY: _____
                                          Deputy Clerk