ORIGINAL

(11)
1-26-0
SE

In The United States District Court
For the Middle District of PA

Charles Brown, Plaintiff : Civil action
-vs- : No# CV-00-1224
Count of Schuylkill :
Schuylkill County Prison :
Et. Al. Defendants :
:
:

FILED
HARRISBURG
JAN 25 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

"Motion For appointment of Counsel"

Plaintiff Charles Brown, Pursuant to § 1915, Request this Court to appoint Counsel in this Case For the following reasons;

1) Plaintiff is unable to afford Counsel.
2) The issues in this case are Complex.
3) The plaintiff does not have knowledge to any leagle research
4) Plaintiff has limited knowledge of the Law

Parham vs. Johnson. 126 F.3d 454 (Cir. 3rd 1997; Tahron vs. Grace. 6 F.rd 147

Dated this date 22 of Jan 2001

X Charles Brown
Charles Brown

Charles Brown, Plaintiff : Civil Action No# CV-00-12
     -vs-
County of Schuylkill :
Schuylkill County Prison :
Et. Al., defendants :

State of PA
Count of Schuylkill

"Affidavit in support of the Plaintiff's motion for the appointment of Counsel"

Charles Brown, Being duly sworn, deposes and s

1) I am the plaintiff in the above Entitled case make this affidavit in support of my motion for the appointment of Counsel.

2) This is a Complex Case Because it Contains several diffrent legal claims with each defendant + diffrent sets

3) The Plaintiff has demanded a Jury trail

4) The case will require discovery of document and deposition of a number of witnesses.

5) Plaintiff does not have any education equalling G.E.D. or High School diploma, Nor legal education

6) Plaintiff has an inmate currently assisting him in writting of motions who may be release in near future.

Wherefore, Plaintiff's motion for the appointment of Counsel should be granted.

Dated this day 22 of Jan 2001

X Charles Brown
Charles Brown
Plaintiff

Charles Brown
P.O. 200   EJ 6142
Camphill PA 17001-0200

To: Clerk of Courts,                                           1-22-0

Could you please let me know what's going on with my case. Couse i really don't understand to much of the paper work you have been sending me. So if you would be so kind as to let me know what's going on. I would thank you very much.

Thank you
Charlie Brown

Charles Brown
P.O. 200   Do.C EJ6142
Camphill PA 17001-0200