Rambo

1:CV-00-1224

To: Clerk of Courts,    2-13-

Please be advised that I have been transferd from Camphill State prison address P.O. 200 Camphill pa 17001-0200. To the address listed below.

Respectfully
S Brunfeel
Charles Brown

Charles Brown #ES-6142
J-Block Baside #56
10745, Route 18
Albion, PA 16475-0002

FILED
HARRISBURG, PA
FEB 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk