IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. BROWN, | Civil Action No. 1:CV-00-1224 |
| Plaintiff | |
| vs. | |
| COUNTY OF SCHUYLKILL, SCHUYLKILL COUNTY PRISON SCHUYLKILL COUNTY PRISON BOARD MEMBERS, FRANCIS V. McANDREW, FORREST L. SHADLE, JEROME P. KNOWLES, STANLEY H. TOBASH, DAVID J. KURTZ, GERALD BRITTON, EUGENE BERDANIER, and ANTHONY KANKOWSKI, | |
| Defendants | |

## ENTRY OF APPEARANCE

**TO MARY E. D'ANDREA, CLERK:**

Enter Appearance for the undersigned, to the above-stated case on behalf of the defendants, County of Schuylkill, Schuylkill County Prison, Schuylkill County Prison Board Members, Francis V. McAndrew, Forrrest L. Shadle, Gerald Britton, Jerome P. Knowles, Stanley H. Tobash, David J. Kurtz, Gerald Britton, Eugene Berdanier and Anthony Kankowski.

ZIMMERMAN, LIEBERMAN & DERENZO, LLP

By: _____
Frank L. Tamulonis, Jr., Esquire
Attorney I.D. No. 20808
111 East Market Street
P.O. Box 238
Pottsville, PA 17901
(717) 622-1988