IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. BROWN, | : | Civil Action No. 1:CV-00-1224 |
| Plaintiff | : | |
| vs. | : | |
| COUNTY OF SCHUYLKILL, SCHUYLKILL COUNTY PRISON SCHUYLKILL COUNTY PRISON BOARD MEMBERS, FRANCIS V. McANDREW, FORREST L. SHADLE, JEROME P. KNOWLES, STANLEY H. TOBASH, DAVID J. KURTZ, GERALD BRITTON, EUGENE BERDANIER, WILLIAM E. BALDWIN, and ANTHONY KANKOWSKI, | : | |
| Defendants | : | |

FILED
SCRANTON
MAR 12 2001
PER _____
DEPUTY CLERK

## AFFIDAVIT OF GERALD BRITTON IN SUPPORT OF MOTION OF DEFENDANTS, COUNTY OF SCHUYLKILL, ET AL., TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

**COMMONWEALTH OF PENNSYLVANIA:**
                                                          : SS.
**COUNTY OF SCHUYLKILL**                   :

Gerald Britton, being duly sworn according to law, deposes and says that:

1. I am the current Warden of Schuylkill County Prison and have served in that capacity upon my appointment commencing July 25, 1999.

2. Prior to July 25, 1999, I had no involvement, participation, contact or communication with the prison generally and with regard to the plaintiff, Charles E. Brown, specifically.

3. Upon assuming my duties as Warden at the Schuylkill County Prison on July 25, 1999, a grievance procedure was in place, as more fully set forth in the Resident's Handbook attached hereto as Exhibit "A".

4. Upon my appointment, I instituted the following format for the processing of grievances:

(a) A grievance is submitted in writing on an Inmate Request Form, inmate grievance form or any other writing.

(b) The grievant appears before a hearing attended by the shift lieutenant, counselor and deputy warden.

(c) The grievance is resolved at the hearing and if not, resolved to the satisfaction of the resident, he may appeal directly to the warden.

5. A grievance or complaint may be presented to any staff or correctional officer on an "Inmate Request to Staff Member" form, a newly developed inmate grievance form or in any other written form. No specific form or format is required for the submission of a grievance.

6. At no time during my tenure as Schuylkill County Warden since July 25, 1999, did Mr. Brown submit any grievance, writing, request or other written or oral communication relative to the prison conditions of the end allegations of the Complaint.

7. When a grievance, complaint, request or writing is submitted to a staff officer, to a shift supervisor, or to myself, it is my practice and procedure to place the same in the resident's prison file.

8. I reviewed the prison file of Charles E. Brown in its entirety and find no grievance, complaint, request or other writing relative to the prison conditions or other allegations alleged in Mr. Brown's Complaint.

_____
Gerald Britton

Sworn to and subscribed before me this 1st day of March, 2001.

_____
NOTARY PUBLIC

NOTARIAL SEAL
THERESA R. PRICE, Notary Public
Pottsville, Schuylkill County, PA
My Commission Expires Aug. 13, 2002

# SCHUYLKILL COUNTY PRISON



## RESIDENT RULES AND REGULATIONS

POTTSVILLE, PENNSYLVANIA 17901

REVISED: 1/25/96

9. **Communication and Grievance Procedure**
   A. The following procedures have been established to insure that all inmates have the opportunity for formal communication with members of the Prison Administration.
   B. All communications of an official nature are to be submitted in accordance with the guidelines listed below.
   C. The Prison Administration encourages meaningful communication and will not tolerate communication of an obscene, disrespectful, threatening, frivolous or harassing nature. Such behavior will result in your being written up for a misconduct and/or criminal prosecution where appropriate.
   D. **Resolving routine problems:** You are directed to follow these steps in resolving routine problems:
      a. consult with the officer supervising your housing unit or work detail.
      b. consult with the Supervisor.
      c. request permission for an Inmate Request Form.
   E. **Emergency Communication:** Routine procedures are suspended for emergency purposes. In such cases, consult the nearest staff member available.
   F. **Routine Communication:**
      Inmate Request Form: This form alerts the staff member to whom it is directed that you wish to consult him/her on a specific matter.
      You are required to state the nature of your request and all relevant information.
      The form provides for the staff member's written response which will be forwarded to you in the event an interview with the staff member is not necessary.
   G. **Grievance Procedure:** This can be handled by requesting an Inmate Request Form and send it out to the appropriate member of staff.
      Note: Appeals to disciplinary actions must be in writing to the Warden.

10. **Visiting Procedures**
    Visiting privileges are granted to all inmates in accordance with the regulations established below:
    A. **Visitation Types:**
    — Professional visits — Visits by clergy, attorneys, law enforcement professionals, etc. are permitted during the week (Monday-Friday) between 8 AM – 4 PM.
    — Family visits — Family or friends can visit on the inmates designated day. Each visit is 30 minutes. The inmate can contact anyone wishing to visit and inform them of what day his/her visiting is allowed.
    B. **General Provisions:**
    — All visitors must be 18 years of age or older, except for immediate children. Children must be supervised by an adult.
    — Visitors on parole or probation or out on bail are forbidden to visit unless prior approval has been given by Warden or Deputy Warden.
    — Inmates are not permitted to take any articles to or from the visiting area. Any articles to be sent out must be taken care of the morning of visiting during the week.
    — Visitors may bring only items approved on list posted. If any questions, they are to ask the Correctional Officer.
    — Visitors may be required to produce some form of valid identification and are required to register prior to visit.
    — Visits are to be conducted so as not to disturb others in the area. Loud, boisterous, profane, and/or obscene conduct will not be tolerated.
    — Visitors are subject to full search procedure at all times while on Prison property. This includes vehicles and packages.
    — Visitors are subject to all laws and regulations regarding contraband, escape and general conduct. Serious violations may result in criminal prosecution and/or restriction of visiting status. Indications of criminal activity will result in the visitor being detained on premises pending arrival of police.
    — Visitors will not be admitted if, in the opinion of prison staff, they are intoxicated, under the influence of drugs or their presence disrupts visiting procedure.
    — Normal visitation procedures may be suspended indefinitely during any state of emergency.

11. **Financial Accounts**
    A. Upon your arrival, any cash in your possession will be maintained in a Prison Account. Negotiable instruments, checks, credit cards, etc. will be maintained with your personal effects or locked up front in office. **You are not permitted**

— 6 —

— 7 —