IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES E. BROWN,               :       Civil Action No. 1:CV-00-1224
                                :
        Plaintiff               :
                                :
    vs.                         :
                                :
COUNTY OF SCHUYLKILL,           :
SCHUYLKILL COUNTY PRISON        :
SCHUYLKILL COUNTY PRISON        :
BOARD MEMBERS,                  :
FRANCIS V. McANDREW,            :
FORREST L. SHADLE,              :
JEROME P. KNOWLES,              :
STANLEY H. TOBASH,              :
DAVID J. KURTZ,                 :
GERALD BRITTON,                 :
EUGENE BERDANIER,               :
WILLIAM E. BALDWIN,             :
and ANTHONY KANKOWSKI,          :
                                :
        Defendants              :

**FILED
SCRANTON**

MAR 1 2 2001

PER _____
DEPUTY CLERK

### _AFFIDAVIT OF EUGENE BERDANIER_
### _IN SUPPORT OF MOTION OF DEFENDANTS,_
### _COUNTY OF SCHUYLKILL, ET AL., TO DISMISS THE COMPLAINT_
### _OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT_

**COMMONWEALTH OF PENNSYLVANIA:**
                                **: SS.**
**COUNTY OF SCHUYLKILL**         **:**

Eugene Berdanier, being duly sworn according to law, deposes and says that:

1.      He is the current appointed and acting Deputy Warden of Schuylkill County Prison.

2.      He has been employed by the Schuylkill County Prison since September 2, 1986, and was promoted to supervisor on May 27, 1992, Deputy Warden on

August 4, 1997, and acting Warden as of April 1, 1999, and Deputy Warden upon the appointment of the current Warden, Gerald Britton, as of July 25, 1999.

3.    His duties as Deputy Warden involve maintaining prison records, computing sentences, coordinating hearings with district justices and the Court and working under the supervision of the Warden.

4.    A true correct copy of the Grievance Procedure set forth in the Schuylkill County Prison Resident Rules and Regulations, given to each resident, a true and correct copy of which is attached hereto as Exhibit "A".

5.    A review of plaintiff's prison file reveals no grievance relative to the prison conditions subject to this action or to any of the allegations as averred in the Complaint.

6.    With regard to the specific prison conditions, as alleged, Affiant avers as follows:

(a)    The entire prison has undergone a cleaning and painting process. All tables and floors are cleaned at least three times a day. Each resident is responsible for the cleanliness of his own cell.

(b)    With regard to the allegation of sleeping on a mattress, plaintiff affirmatively chose a mattress as opposed to a cot. A true and correct copy of plaintiff's selection form is attached hereto as Exhibit "B".

(c)    With regard to the allegations as to bugs, a professional exterminator, J.C. Erhlich Company, is contacted for pest control, and on July 19, 2000, all blocks were evacuated and extensive treatment was done in each cell plus the day room and shower area and J.C. Erhlich Company is on a regular schedule for pest control. A true and correct copy of the Agreement with J.C. Erhlich and invoices submitted are attached hereto as Exhibit "C".

(d)    With regard to plaintiff's allegations of disciplinary confinement and denial of disciplinary yard time, plaintiff's prison file reveals that plaintiff was provided with numerous disciplinary hearings

relative to this violations of prison rules and regulations, copies of which are attached hereto. A true and correct copy of conduct complaints and disciplinary hearing findings contained in plaintiff's prison file are attached hereto and marked Exhibit "D".

7.    Gerald Britton, named as a defendant herein, is the current Warden of Schuylkill County Prison having assumed duties upon his appointment on July 25, 1999. Accordingly, Warden Britton would have no knowledge and no involvement in the Schuylkill County Prison prior to July 25, 1999.

8.    David Kurtz, identified as a defendant herein, is the former Warden of Schuylkill County Prison, having served in that capacity until his resignation on April 9, 1999. Accordingly, former Warden Kurtz had no involvement or responsibility at the prison subsequent to April 9, 1999.

9.    Plaintiff is no longer incarcerated at the Schuylkill County Prison and was transferred to the State Correctional System on August 15, 2000. According to the Summons filed in this case, plaintiff's current address is Mr. Charles E. Brown, SCI-CH, EJ6142, P.O. Box 200, Camp Hill, Pa., 17001.

_Eugene Berdanier_
Eugene Berdanier

Sworn and subscribed to before :

me, a Notary Public, this 7TH :

day of March, 2001. :

_____
NOTARY PUBLIC

SEAL OF THE CLERK OF COURT
Stephen M. Lukach, Jr.
Pottsville, Schuylkill County, Pa.
My Commission Expires 1st Monday of 2004

# SCHUYLKILL COUNTY PRISON

## RESIDENT RULES AND REGULATIONS

POTTSVILLE, PENNSYLVANIA 17901

REVISED: 1/25/96

9. **Communication and Grievance Procedure**

A. The following procedures have been established to insure that all inmates have the opportunity for formal communication with members of the Prison Administration.

B. All communications of an official nature are to be submitted in accordance with the guidelines listed below.

C. The Prison Administration encourages meaningful communication and will not tolerate communication of an obscene, disrespectful, threatening, frivolous or harassing nature. Such behavior will result in your being written up for a misconduct and/or criminal prosecution where appropriate.

D. **Resolving routine problems:** You are directed to follow these steps in resolving routine problems:
   a. consult with the officer supervising your housing unit or work detail.
   b. consult with the Supervisor.
   c. request permission for an Inmate Request Form.

E. **Emergency Communication:** Routine procedures are suspended for emergency purposes. In such cases, consult the nearest staff member available.

F. **Routine Communication:**
   Inmate Request Form: This form alerts the staff member to whom it is directed that you wish to consult him/her on a specific matter.
   You are required to state the nature of your request and all relevant information.
   The form provides for the staff member's written response which will be forwarded to you in the event an interview with the staff member is not necessary.

G. **Grievance Procedure:** This can be handled by requesting an Inmate Request Form and send it out to the appropriate member of staff.
   Note: Appeals to disciplinary actions must be in writing to the Warden.

10. **Visiting Procedures**

Visiting privileges are granted to all inmates in accordance with the regulations established below:

A. **Visitation Types:**
   — Professional visits — Visits by clergy, attorneys, law

— 6 —

enforcement professionals, etc. are permitted during the week (Monday-Friday) between 8 AM — 4 PM.
— Family visits — Family or friends can visit on the inmates designated day. Each visit is 30 minutes. The inmate can contact anyone wishing to visit and inform them of what day his/her visiting is allowed.

B. **General Provisions:**
   — All visitors must be 18 years of age or older, except for inmates immediate children. Children must be supervised by an adult.
   — Visitors on parole or probation or out on bail are forbidden to visit unless prior approval has been given by Warden or Deputy Warden.
   — Inmates are not permitted to take any articles to or from the visiting area. Any articles to be sent out must be taken care of the morning of visiting during the week.
   — Visitors may bring only items approved on list posted. If any questions, they are to ask the Correctional Officer.
   — Visitors may be required to produce some form of valid identification and are required to register prior to visit.
   — Visits are to be conducted so as not to disturb others in the area. Loud, boisterous, profane, and/or obscene conduct will not be tolerated.
   — Visitors are subject to full search procedure at all times while on Prison property. This includes vehicles and packages.
   — Visitors are subject to all laws and regulations regarding contraband, escape and general conduct. Serious violations may result in criminal prosecution and/or restriction of visiting status. Indications of criminal activity will result in the visitor being detained on premises pending arrival of police.
   — Visitors will not be admitted if, in the opinion of prison staff, they are intoxicated, under the influence of drugs or their presence disrupts visiting procedure.
   — Normal visitation procedures may be suspended indefinitely during any state of emergency.

11. **Financial Accounts**

A. Upon your arrival, any cash in your possession will be maintained in a Prison Account. Negotiable instruments, checks, credit cards, etc. will be maintained with your personal effects or locked up out front in office. **You are not permitted**

— 7 —

Bg#65
B/m
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

## BLOCK REPORT

### SCHUYLKILL COUNTY PRISON

### POTTSVILLE, PENNSYLVANIA

### 17901

DATE: 10/18/00 _____ TIME: 12:25 p.m _____ CELL NO: E-17

RESIDENT: Brown, Charlie _____

ADDRESS: 2146 Green St. _____

DOB: 10/14/80 ____ HT: 5'8" ____ WT: 170 ____ EYES: brn ____ HAIR:

SEARCHED: 10/18/00 BY: Kum _____

SCARS, MARKS, TATTOOS, ETC: _____

_____ NONE _____

_____

FINGER-PRINTED: _____ PHOTO-GRAPHED: _____

FINGER-PRINTED, PHOTO-GRAPHED, AND I. D. BY: _____

COMMENTS/REMARKS:

SHOWER: _____ LINEN: / _____ HAND-BOOK: _____ PHONE CALL: _____

PUBLIC DEFENDER APPLICATION: _____ UNIFORMS: / _____

(48) HOUR ISOLATION DATE COMPLETED: NO 48

SUPERVISOR/ DESK - SIGNATURE: Lt Mahr J Khan    was not
    OFFICER                                     hou Whon

I. Charles Brown , AN UNSENTENCED RESIDENT OF THE SCHUYLKILL

COUNTY PRISON, DO HEREBY VOLUNTEER TO PARTICIPATE IN ASSIGNED WORK DETAILS

OR BE ISOLATED FROM THE POPULATION.

10-24-00   Released   S.CIC11



OFFICE OF

# THE SCHUYLKILL COUNTY PRISON

DAVID J. KURTZ, *Warden*

POTTSVILLE, PA.
17901

## TEMPORARY HOUSING

### INMATE'S REQUEST FORM

UPON ENTERING POPULATION I, *Brown, Charlie*

REQUEST TO HAVE:

_____ ✓     MATTRESS

_____ —     COT

_____ ✓     CUP + EATING Utensil

NAME: X *Charles Brown*

DATE: *10/18/00*

. F-BLK-SHW.-CLN. 11-19-99

Bag #35
B/m,
SS# 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

## BLOCK REPORT
## SCHUYLKILL COUNTY PRISON
## POTTSVILLE, PENNSYLVANIA
## 17901

F-12 (1-12-98,
F-18 (8-19-98)
E-24
F-14

DATE: 1-19-98              TIME: 12:35 P.M.  CELL NO: F-14

RESIDENT: BROWN, CHARLES,    E

ADDRESS: 2146 GREEN ST    HARRISBURG    PA    17104

DOB: 10-14-60    HT: 5'5"    WT: 160    EYES: BRN    HAIR: BLK

SEARCHED: Strip    BY: C/o Andrulek

SCARS, MARKS, TATTOOS, ETC: two bullet holes right shoulder

FINGER-PRINTED: 12-2-96              PHOTO-GRAPHED: 12-2-96

FINGER-PRINTED, PHOTO-GRAPHED, AND I.D. BY: C/o Hubiak

COMMENTS/REMARKS: Attempt to commit a crime - engage in a conspiracy to commit a crime
prohibit offensive weapons - simple assault - aggravated assault - recklessly endangering
another person - criminal mischief - receiving stolen property - resisting arrest -
firearms not to be carried without a license    Bail $ 150,000

SHOWER: _____    LINEN: ✓    HAND-BOOK: _____    PHONE CALL: _____

PUBLIC DEFENDER APPLICATION: _____    UNIFORMS: _____

(48) HOUR ISOLATION DATE COMPLETED: 1-21-98    12:35 P.M.

SUPERVISOR/ DESK    - SIGNATURE: C/o Andrulek
          OFFICER

I, X Charles E Brown , AN UNSENTENCED RESIDENT OF THE SCHUYLKILL

COUNTY PRISON, DO HEREBY VOLUNTEER TO PARTICIPATE IN ASSIGNED WORK DETAILS
1-5-99
OR BE ISOLATED FROM THE POPULATION. ✳ KEEP SEPERATE FROM MARSHALL, D C/BL



OFFICE OF

# THE SCHUYLKILL COUNTY PRISON

### DAVID J. KURTZ, *Warden*

POTTSVILLE, PA.,
17901

.19 98

## T E M P O R A R Y   H O U S I N G

### INMATE'S REQUEST FORM

UPON ENTERING POPULATION I, _____Brown, C._____

REQUEST TO HAVE:

_____✓_____  MATTRESS

_____  COT

NAME: *Charles Brown*

DATE: 1-21-98



OFFICE OF

# THE SCHUYLKILL COUNTY PRISON

### DAVID J. KURTZ, *Warden*

POTTSVILLE, PA.
17901

. 19

### T E M P O R A R Y   H O U S I N G

### INMATE'S REQUEST FORM

UPON ENTERING POPULATION I,  *Brown Charles*

REQUEST TO HAVE:

✓ MATTRESS

— COT

✓ CUP + EATING Utensil

NAME: X *Charlie Brown*

DATE: *11-17-99*

03/07/2001   11:19   570-628-1934                 JC EHRLICH COMPANY                        PAGE  02

## Pest Control Service Agreement

# Ehrlich Since 1928

228211

P.O. BOX 689
408 SOUTH C.A. LORD BLVD.
POTTSVILLE, PA 17901-3963
717-622-3760  FAX # 717-622-3785

Tremont   691-3475    Shenendoah   462-2792
Lehighton  377-4838    Frackville   874-4886
Tamaqua   668-1133    Elizabethville 362-8661

INVOICE TO  **Schuylkill County Prison**                              DATE  **March 7**        **% 2001**

ADDRESS  **230 Sanderson Street**

CITY  **Pottsville, PA**            **17901**          PHONE  **( 570) 628-1450**
                                          ZIP CODE                      AREA CODE

ATTN: (IF NECESSARY)

JOB  LOCATION _____  PHONE ( )_____
                                                           AREA CODE

SERVICE TO BE RENDERED FOR CONTROL OF:                                    ZIP CODE

SPECIAL INSTRUCTIONS AND AREAS TO BE SERVICED

**Treat kitchen, staff dining room, storage area, and vending area**

**inside the main entrance. Treat control rooms only on request.**

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION.

MONTHLY SERVICES @ $  **40.00**     + SALES TAX     PER MONTH          $ _____  + SALES TAX
                                                                         (ANNUALLY)

SERVICE FOR _____ DEODORIZER UNITS @ $ _____    PER MONTH  _____
                                                                         (ANNUALLY)

BEGINNING _____                    CHARGE FOR INITIAL SERVICES $ _____

BILLING:                          SERVICE FREQUENCY:          SUNDRY NO.

___ MONTHLY                       ___ ONCE PER MONTH

___ QUARTERLY (IN ADVANCE)        _X_ TWICE PER MONTH                              + SALES TAX
                                                             TOTAL $ _____
_X_ SEMI-ANNUAL (IN ADVANCE)      ___ WEEKLY
    5% DISCOUNT
                                  ___ OTHER                  PAID ON ACCOUNT $ _____
___ ANNUALLY (IN ADVANCE)             (SEE SPECIAL INSTRUCTIONS)
    8% DISCOUNT
                                                                                  + SALES TAX
___ C.O.D. ___ CHARGE                                        BALANCE $ _____

IN THE EVENT FULL PAYMENT IS NOT MADE WITHIN 30 DAYS AFTER INVOICING A FINANCE CHARGE WILL BE ADDED TO THE UNPAID BALANCE. IF A FINANCE CHARGE APPEARS ON THE STATEMENT, IT WAS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% ADDED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS, AND/OR CREDITS APPEARING ON THE STATEMENT, EXCEPT THAT A MINIMUM LATE CHARGE OF $1.00 MAY BE IMPOSED.

## J. C. EHRLICH Co., Inc.

ACCEPTANCE OF AGREEMENT
THE ABOVE QUOTATIONS ARE HEREBY ACCEPTED BASED ON THE TERMS AND CONDITIONS AS FOUND ON THE REVERSE SIDE

_____          _____
        REPRESENTATIVE                         CUSTOMER

FOR OFFICE USE ONLY

DISTRICT OFFICE  **2-Pottsville**          DATA PROCESSING
                                          **1002765-01**
SERVICE TECH  **530**   BILLING CLASS ____                   ACCOUNT NUMBER

JCE FORM 96

CUSTOMER'S COPY

## Pest Control Service Agreement

### Ehrlich Since 1928

P.O. BOX 689
408 SOUTH C.A. LORD BLVD.
POTTSVILLE, PA 17901-3963
717-622-3760   FAX # 717-622-3785

| Tremont | 695-2428 | Shenandoah | 462-2762 |
| Lehighton | 377-4638 | Frackville | 874-4686 |
| Tamaqua | 668-1133 | Elizabethville | 362-8681 |

**228406**

SIC 9223

INVOICE TO **Schuylkill County Prison**    DATE **July 13,   2000**

ADDRESS    **230 Sanderson Street**

CITY  **Pottsville, PA**    **17901**    PHONE **(570) 628-1450**
ZIP CODE    AREA CODE

ATTN: (IF NECESSARY)

JOB LOCATION    PHONE (  )
AREA CODE

SERVICE TO BE RENDERED FOR CONTROL OF:    ZIP CODE
**Ants and Roaches**

SPECIAL INSTRUCTIONS AND AREAS TO BE SERVICED

**Areas to be treated monthly include the medical cells, holding cells and property room. Cell blocks will be treated three times a year on a rotating basis ([A & B], [C], [D & E], [F]). The boiler room, tunnel system, work release area and additional areas will be treated as needed.**

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION.

MONTHLY SERVICES @-$ **110.00**  + SALES TAX  PER MONTH  $ _____  + SALES TAX
(ANNUALLY)

SERVICE FOR _____ DEODORIZER UNITS @-$ ____  PER MONTH _____  $ _____  (ANNUALLY)

BEGINNING **July 2000**    CHARGE FOR INITIAL SERVICES $ _____

BILLING:    SERVICE FREQUENCY:    SUNDRY NO.

**X** MONTHLY    **X** ONCE PER MONTH

___ QUARTERLY (IN ADVANCE)    ___ TWICE PER MONTH    TOTAL $ ____ + SALES TAX

___ SEMI-ANNUAL (IN ADVANCE) 2% DISCOUNT    ___ WEEKLY

___ ANNUALLY (IN ADVANCE) 5% DISCOUNT    ___ OTHER (SEE SPECIAL INSTRUCTIONS)    PAID ON ACCOUNT $ ____

___ C.O.D. **X** CHARGE    BALANCE $ ____ + SALES TAX

IN THE EVENT FULL PAYMENT IS NOT MADE WITHIN 30 DAYS AFTER INVOICING A FINANCE CHARGE WILL BE ADDED TO THE UNPAID BALANCE. IF A FINANCE CHARGE APPEARS ON THE STATEMENT, IT WAS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% ADDED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS, AND/OR CREDITS APPEARING ON THE STATEMENT. EXCEPT THAT A MINIMUM LATE CHARGE OF $1.00 MAY BE IMPOSED.

**J. C. EHRLICH Co., Inc.**

ACCEPTANCE OF AGREEMENT
THE ABOVE QUOTATIONS ARE HEREBY ACCEPTED BASED ON THE TERMS AND CONDITIONS AS FOUND ON THE REVERSE SIDE

_____
REPRESENTATIVE

_____
CUSTOMER

| FOR OFFICE USE ONLY | |
|---|---|
| DISTRICT OFFICE | DATA PROCESSING |
| SERVICE TECH. ____ BILLING CLASS ____ | ACCOUNT NUMBER |

SCHUYLKILL COUNTY PRISON
Pottsville, Pennsylvania

RESIDENT CHARLES BROWN

PRISON NO. FP FI C

CASE NO: 1657
TIME: 1:15
DATE: 2/20/97

RESULTS OF HEARING:

Approx. 11:30 AM

BOARD: SUP. BERDANIER, COUNSELOR KRYJAK
CHAIRED: W/R ROY EILER

On THE ABOVE DATE + TIME WHILE THIS

**C/O FALESKI:** READ CONDUCT REPORT TO BOARD & RES. BROWN.

**EILER:** IS THE REPORT TRUE AS STATED?

**FALESKI:** YES.

**EILER:** HOW DO YOU (BROWN) PLEAD?

**BROWN:** NOT GUILTY.

**EILER:** DO YOU HAVE ANYTHING TO SAY?

**BROWN:** WE WERE ONLY WRESTLING, WE WEREN'T FIGHTING.

**EILER:** DOES THE BOARD HAVE ANY QUESTIONS?

**BERDANIER:** YOU SAY "WE WEREN'T WRESTLING", BUT YOU CAME FROM BEHIND.

**BROWN:** YEA, BUT WE WEREN'T FIGHTING.

**BERDANIER:** HAVE DEVLIN BROUGHT UP AS A WITNESS.

**C/O DEVLIN:** I WAS COMING DOWN FROM THE TIER AND BROWN & RATLIFF WERE HORSEPLAYING
BUT THAN IT TURNED INTO A FIGHT. I KNOW A FIGHT WHEN I SEE A FIGHT.

**FINDING:** __X__ **GUILTY** _____ **NOT GUILTY**

**DISPOSITION:** GUILTY TO #13 - 10 DAYS. #16 - 20 DAYS ON "ASSAULT" SECTION
TOTAL 30 DAYS. CREDIT FOR TIME SERVED. 1 HR YARD TIME 5 DAYS A WEEK.
REVIEWED EVERY 5 DAYS. AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN
WITHIN 30 DAYS.
#12 DISMISSED.

**ATTENDED HEARING:**

1. _Roy J. Eiler_                3. _Supv. E.H. Berdanier_

2. _[signature]_                 4. _____

_David J Kurt_
**WARDEN'S SIGNATURE**

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CONDUCT COMPLAINT

CASE NO: 1657

RESIDENT Brown, Charles  DATE 2-17-97

TIME Approx. 11:20 AM  TIME AND DATE OF HEARING 1030 20 Feb 97

INCIDENT: ON THE ABOVE DATE + TIME WHILE THIS C/O WAS ON DUTY IN B/CR, I WITNESSED RES BROWN, C (FROM F-23) SHOVE RES RATLIFF, C. (F-25) FROM BEHIND AND PUSH HIM INTO CELL F-16. RES RATLIFF ALMOST FELL AND CAME OUT AND THEY GRABBED EACH OTHER. RES RATLIFF PINNED RES BROWN TO THE FLOOR BUT DID NOT HIT HIM. C/O DEVLIN ARRIVED AT THE SCENE AND THEY BROKE IT UP.

CLASS I MISCONDUCT

   # 12 RIOTING OR INCITING TO RIOT

   # 13 CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES

   # 16 ASSAULTS AND FIGHTING

COMPLAINING OFFICER C/O H. Falchi

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. C/O Dale Devlin
2. _____
3. _____
4. _____
5. _____
6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

### CONDUCT COMPLAINT

CASE NO: _1683_

RESIDENT _Brown, Charles_     DATE _6-21-97_

TIME _2125 hours._     TIME AND DATE OF HEARING _1000 hrs. 26 June 97_

INCIDENT: On the above date and time After Supervisor Murray dispensed Medication Inmate Brown stated, "Fuck you". This C/o directly ordered this inmate to Lock-in. Inmate Brown Refused this order and continued to linger about the block and make beligerant comments, causing this C/o to physically lock inmate Brown's Door. At this time inmate Brown stated he doesn't listen to Shit Bag's. Moments later this C/o + C/o Rizzardi presented Res. Brown A 6 Day Minor to sign (see attached). Brown Responded with, "Shove it and we can do this Right Now — Bring all your Blue Shirt Smurf's on!".

<u>Class I Misconducts</u>

12. Rioting or inciting to Riot.
13. Conspiracy to escape, Riot, or disrupt normal prison routine, that could Result in bedily injury to personel or inmates.
18. Refusing to obey an order.
31. Insolence or disRespect toward a staff member.
33. Violation of Administrative directives not specifically enumerated.

inmat Rule Handbook p.116 section 2 letters H, and I
34. Repeated Violations of Class II Misconducts (#10 - see minor misconduct).

COMPLAINING OFFICER _C/o Morgan_

RESIDENT WITNESSES:
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

SCHUYLKILL COUNTY PRISON

NOTICE OF MINOR MISCONDUCT

DATE: 6/21/97
TIME: 2120 hrs

RESIDENT: _Brown, C._

INCIDENT: On the above date and time the above inmate said, "Fuck you" to this C/O. This C/O then told inmate Brown to Lock-in. He ignored this direct order and continued to linger in the Block and continued to make beligerant statements to this guard

_Class II Misconduct_

#10. Any Violation of rule or regulation contained in the inmate handbook not specifically enumerated in this sub section.

COMPLAINING OFFICER _C/O Morgan_

    If a resident is reported by an officer for a minor misconduct, he/she may or may not be placed in Administrative Segregation at the time the incident occured. Segregation is at the discretion of the Complaining Officer, per approval of the Shift Supervisor. A hearing will be scheduled before the Disciplinary Board within 24 hours or sooner and no later than six (6) days from the time of incident. He/she can be awarded a period of time in Administrative Segregation of not more than thirty (30) days to be decided by the Disciplinary Board.

ADMINISTRATIVE SEGREGATION: YES: _____ NO: _____

IF YES STATE REASON: _____
_____

RESIDENT RECEIVED COPY - DATE: 6/21/97 TIME: 2125
RESIDENT SIGN: _Inmate Stated, "Shove it". C/O mum_

APPROVED: _____
SHIFT SUPERVISOR

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

|  |  |
|---|---|
| **RESIDENT** CHARLES BROWN | **CASE NO:** 1683 |
| **PRISON NO.** | **TIME:** 10-15 |
|  | **DATE:** 6/26/97 |

**RESULTS OF HEARING:** BOARD:  SUP. BERDANIER,. COUNSELOR KRYJAK
CHAIRED:  W/R ROY EILER

| | |
|---|---|
| C/O <u>MORGAN</u>: | (MORGAN ABSENT)  C/O FALESKI READ CONDUCT REPORT TO BOARD & RES. BROWN. |
| <u>EILER</u>: | IS THE REPORT TRUE AS STATED? |
| <u>FALESKI</u>: | YES, TO THE BEST OF MY KNOWLEDGE & BELIEF. |
| <u>EILER</u>: | HOW DO YOU (BROWN) PLEAD? |
| <u>BROWN</u>: | GUILTY TO #18, 31 & 13.  NOT GUILTY TO THE OTHERS. |
| <u>EILER</u>: | DO YOU HAVE ANYTHING TO SAY? |
| <u>BROWN</u>: | NO. |
| <u>EILER</u>: | DOES THE BOARD HAVE ANY QUESTIONS? |
| <u>KRYJAK</u>: | DID YOU SAY "BRING ON YOUR BLUE SHIRT SMURFS"? |
| <u>BROWN</u>: | YES. |

**FINDING:**   X GUILTY   ____ NOT GUILTY

**DISPOSITION:** GUILTY TO #13,18,31 – 20 DAYS EACH CHARGE – TOTAL 60 DAYS. CREDIT FOR TI
SERVED.  1 HR YARD TIME 5 DAYS A WEEK.   REVIEWED EVERY 5 DAYS.  AN APPEA
MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.

**ATTENDED HEARING:**

1. _Roy J. Eiler_           3. _Supr. E.H. Berdanier_

2. _Matt Arms_             4. _____

_David J. Kurtz_
**WARDEN'S SIGNATURE**

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

### CONDUCT COMPLAINT

CASE NO: 1730

RESIDENT _Brown, Charles_     DATE _22 Jan 98_

TIME _6:30pm_     TIME AND DATE OF HEARING _1/27/98 @ 10:30am_

INCIDENT: On the above date and time resident Brown, C was told again to pull his pants up from letting his rear end hang out. Inmate Brown, C became beligerent and acted in an aggressive behavior at this C/O (yourey), and C/O wittig. Inmate Brown, C was told to "lock-in", Inmate Brown, C stated, "Fuck ya all, I aint lockin' in, ya all crazy." At this time supervisor Rizzardi, C/O wittig and myself (C/O yourey) entered C/Block to lock resident Brown, C in. Resident Brown, C again had an aggressive attitude toward staff.

The following are class 1 misconducts:

18. Refusing to obey an order.

(13) Conspiracy to escape, Riot or Disrupt Normal institution Routine that could Result in bodily Injury to personnel or inmates

(31) Insolence or Disrespect toward a Staff Member

(33) Violation of Administrative Directives Not specifically Enumerated

COMPLAINING OFFICER _C/o Yarey_

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. _____
2. _Wittig_
3. _____
4. _____
5. _____
6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

BROWN, CHARLES

RESIDENT Brown, Charles

PRISON NO. _____

CASE NO: 1730

TIME: 6:30PM 10:30

DATE: 22 Jan 98 1/27/98

RESULTS OF HEARING: BOARD: SUP. RUBRIGHT, COUNSELOR KURDINSKY
CHAIRED: W/R/A MATT MORGAN

C/O YOUREY:        (YOUREY ABSENT)  C/O MENDINSKY READ CONDUCT REPORT TO BOARD
                   & RES. BROWN.

MORGAN:            IS THE REPORT TRUE AS STATED?

MENDINSKY:         YES.

MORGAN:            HOW DO YOU (BROWN) PLEAD?

BROWN:             GUILTY.

MORGAN:            DO YOU HAVE ANYTHING TO SAY?

BROWN:             THE C/O TOLD ME TO PULL UP MY PANTS.  THE FIRST TIME I DID.
                   THE SECOND TIME HE TOLD ME TO PULL UP MY PANTS I WAS HEADING
                   FOR THE SHOWER.  I TOLD HIM I HAD TO TAKE MY PANTS OFF TO SHOWER,
                   SO I ARGUED WITH HIM.  OTHER PEOPLE WEAR THEIR PANTS LOWER THAN
                   ME.  I FELT LIKE I WAS BEING HARASSED.

MORGAN:            DID YOU DO THIS TO AVOID TAKING P.C. - AS A WAY TO SAVE FACE
                   AND AVOID AN INCIDENT WITH ANDY MCFARLAND OR ANY OTHER OF
                   COREY MCCABE'S BROTHERS OR FRIENDS?

BROWN:             NO, I JUST FELT HARASSED.

MORGAN:            IF YOU STAY ON 'C' BLOCK OR GO TO 'F' BLOCK WILL THERE BE A
                   PROBLEM?

BROWN:             NO, I DON'T THINK SO.

FINDING:    x  GUILTY    ____ NOT GUILTY

DISPOSITION:       GUILTY TO #13,18,31.  10 DAYS L/U ON EACH CHARGE - TOTAL 30 DAYS WITH
                   CREDIT FOR TIME SERVED.  TO REMAIN ON 'C' BLOCK.  REVIEWED EVERY
                   5 DAYS.  AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.
                   L/U BEGINS - 1/22/98
                   L/U ENDS - 2/21/98

ATTENDED HEARING:

1. _____        3. _____

2. _____        4. _____

_____
WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1770

CONDUCT COMPLAINT

RESIDENT _Brown C_    DATE _5-22-98_

TIME    _8:00 P.M._    TIME AND DATE Admin L/U pending new
OF HEARING    Charges (Pottsville P.D.) - dropped
Rescheduled for 6/24/98 @ 5:30pm

INCIDENT: ON The ABOVE DATE AND TIME THIS c/o WAS DOING
8:00 o'clock CHECK AND SAW THAT RES. MARSHALL, D WAS NOT
STANDING IN FRONT OF HIS CELL DOOR. RES. MARSHALL, D WAS IN
THE CELL CRYING. THIS c/o HAD ASKED HIM WHAT WAS WRONG
AND RES. MARSHALL, D STATED THAT "HE HAD FELL". THIS c/o HAD
SEEN THAT HIS FACE WAS SWELLING AND HAD DEEP CUTS ON BOTH
SIDES ON HIS CHEEKS. THIS c/o HAD NOTIFIED SUP. RIZZARDI AND
c/o ANDRUCHECK AND c/o BLOSCHICHAK. AFTER TALKING WITH RES.
MARSHALL, D HE HAD TOLD US THAT IT WAS RES. BROWN, C WHO
HAD ASSAULTED HIM, HE DID NOT FALL. RES. MARSHALL, D STATED.
"RES BROWN, C DID NOT HIT ME WITH HIS FISTS, BUT HE USED A
WEAPON" AFTER FURTHER INVESTIGATION, THE WEAPON USED IN THE
ASSAULT WAS THE ROUND PIECE OF METAL THAT OPENS AND CLOSES
THE WINDOW IN RES. BROWN, C CELL.

COMPLAINING OFFICER _c/o Wittig_

RESIDENT WITNESSES:    STAFF WITNESSES:

1. _____    1. _c/o Andrucheck_
2. _____    2. _c/o Bloschichak_
3. _____    3. _c/o Rainey_
4. _____    4. _c/o Brudda_
5. _____    5. _____
6. _____    6. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1770

CONDUCT COMPLAINT

RESIDENT _____Brown C_____          DATE _____5-22-98_____

TIME _____8:00 PM_____          TIME AND DATE
                               OF HEARING _____

INCIDENT:

THE Following ARE CLASS I MISCONDUCTS:

✓ #3 Possession of or INTRODUCTION of CONTRABAND or
      implements of escape

✓ #4 carrying a deadly weapon

✓ #9 tampering with, destroying or damaging property

  #12 Rioting or inciting to riot

✓ #13 Conspiracy to escape, riot, or disrupt Normal institution
       routine that could result in bodily injury to personnel
       or inmates

✓ #16 assaults AND fighting

✓ #22 breaking restriction or quarantine

✓ #29 Presence in an unauthorized area - another person's cell
       on the wrong tier, etc.

COMPLAINING OFFICER _____

RESIDENT WITNESSES:                    STAFF WITNESSES:

1._____                      1._____
2._____                      2._____
3._____                      3._____
4._____                      4._____
5._____                      5._____
6._____                      6._____

✓ #33 Violation of administrative directives Not specifically
       enumerated

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

|  |  |  |
|---|---|---|
| RESIDENT   CHARLES BROWN | CASE NO: | 1770 |
| PRISON NO. | TIME: | 5:30 |
|  | DATE: | 6/24/98 |

RESULTS OF HEARING:    BOARD: SUP. FLANNERY, C/O SETLOCK
                    CHAIRED: W/R/A MATT MORGAN

**C/O WITTIG:**    (WITTIG ABSENT)   C/O TAYLOR READ CONDUCT REPORT TO BOARD & RES. BROWN.

**MORGAN:**    IS THE REPORT TRUE AS STATED?

**TAYLOR:**    YES.

**MORGAN:**    HOW DO YOU (BROWN) PLEAD?

**BROWN:**    GUILTY TO #16, 29, 13.

**MORGAN:**    DO YOU HAVE ANYTHING TO SAY?

**BROWN:**    I BEAT MARSHALL WITH MY HANDS.  HERE IS A COPY OF THE POLICE REPORT FROM POTTSVILLE PD.
(REPORT SUBMITTED AS EVIDENCE AND READ BY C/O TAYLOR.)

**MORGAN:**    DID YOU HIT HIM WITH SOMETHING OTHER THAN YOUR FISTS?

**BROWN:**    NO.  JUST MY FISTS.

FINDING:   X   GUILTY ____NOT GUILTY

DISPOSITION:   GUILTY TO #9,13,16,29,33 & 34.  GIVEN 90 DAYS L/U IN "E" BLOCK. CREDIT FOR TIME SERVED SINCE 5/22/98.  1 HR YARD TIME 5 DAYS A WEEK. REVIEWED EVERY 5 DAYS.  AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.

ATTENDED HEARING:

1. _Matthew W. Morgan_          3. _Todd Setlock_

2. _Mike Flannery_             4. _____

_David J. Kurtz_
WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1812

F-17        CONDUCT COMPLAINT

RESIDENT CHARLES BROWN    DATE SEPT 26TH 1998

TIME    10:00 AM

TIME AND DATE
OF HEARING  Oct 1, 1998 @ 5:45 pm

INCIDENT:

ON THE ABOVE DATE AND TIME THIS %0 WAS STATIONED IN F BLOCK. WHILE I WAS IN THE BLOCK A PHYSICAL CONFRONTATION ENSUED BETWEEN RES BROWN, C. AND COLNA. P. . WHAT TARTED AS HORSEPLAY IMMEDIATELY BECAME SERIOUS WHEN 1EY FELL TO THE FLOOR. THE STAFF AND I THEN SEPARATED 1E 2 RESIDENTS AND THEY HAD TO BE LOCKED IN THEIR .SPECTIVE CELLS BECAUSE IT CONTINUED VERBALLY.

; I MISCONDUCTS;

#13 CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES.

#16 ASSAULTS AND FIGHTING.

#18 REFUSING TO OBEY AN ORDER.

COMPLAINING OFFICER _____

RESIDENT WITNESSES:          STAFF WITNESSES:

1. _____           1. _____
2. _____           2. _____
3. _____           3. _____
4. _____           4. _____
5. _____           5. _____
6. _____           6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

| | |
|---|---|
| | CASE NO: 1812 |
| RESIDENT CHARLES BROWN | TIME: 5:45 |
| PRISON NO. | DATE: 10/1/98 |

**RESULTS OF HEARING:**   BOARD:  SUP. RUBRIGHT, C/O TAYLOR
                          CHAIRED: W/R/A MATT MORGAN

C/O FALESKI: ___   (FALESKI ABSENT)  C/O BLOSCHICHAK READ CONDUCT REPORT TO BOARD
                   & RES. BROWN.

MORGAN: ___   IS THE REPORT TRUE AS STATED?

BLOSCHICHAK: ___   YES.

MORGAN: ___   HOW DO YOU (BROWN) PLEAD?

BROWN: ___   UNSURE ON HOW TO PLEAD.

MORGAN: ___   DO YOU HAVE ANYTHING TO SAY?

BROWN: ___     IT WAS ALL FOOLING AROUND UNTIL I GAVE COLNA A HIP TOSS AND
              HE HIT HIS HEAD.

        RES. WHALED CALLED

WHALEN: ___     EVERYONE THOUGHT THAT THEY WERE FOOLING AROUND UNTIL COLNA
                FLEW THROUGH  THE AIR.

     NO FURTHER QUESTIONS.


**FINDING:** ___x___ GUILTY  _____ NOT GUILTY

**DISPOSITION:**   GUILTY OF #13, 16 & 18.  GIVEN 40 DAYS L/U.  CREDIT FOR TIME SERVED.
                   REMAIN IN "F" BLOCK UNTIL A CELL BECOMES AVAILABLE IN "E" BLOCK.
                   1 HR YARD TIME 5 DAYS A WEEK.  REVIEWED EVERY 5 DAYS.  AN APPEAL MAYBE
                   MADE TO THE WARDEN WITHIN 30 DAYS.

**ATTENDED HEARING:**

1. _Matthias W. Morgan_          3. _C/O Taylor_

2. _____              4. _____

_____
WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1819

CONDUCT COMPLAINT

RESIDENT F/BLK Res. Brown. C.    DATE    18 OCT 98

TIME    0850 HKS    TIME AND DATE
OF HEARING  10/23/98 @ 5:50pm

INCIDENT: As THIS C/O WAS INVOLVED IN AN INCIDENT WITH Res Campbell, Res. Brown Left His Cell And Approached The Immediate Area Of Above-Mentioned incident In A Threaten Manner. Res Brown Was Already Restricted To His Cell On 4 Previous Major Misconduct. (SEE INCIDENT REPORT)

Res Brown is Charged With The Following Major Misconducts:

#12  RIOTING OR INCITING TO RIOT

✓ #13  CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION ROUTINE - COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES

#15  THREATENING AN EMPLOYEE OR INMATE WITH BODILY HARM OR ILL

✓ #18  REFUSING TO OBEY AN ORDER

✓ #22  BREAKING RESTRICTION OR QUARANTINE

✓ #24  PRESENCE IN AN UNAUTHORIZED AREA

#31  INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER

✓ #37  VIOLATION OF ADMINISTRATIVE DIRECTIVES NOT SPECIFICALLY ENUMERAT

COMPLAINING OFFICER C/O Michael Fo

| RESIDENT WITNESSES: | STAFF WITNESSES: |
|---|---|
| 1. | 1. C/O Bloschichak |
| 2. | 2. C/O Sandler |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date ___18 OCT 98___  Person reporting ___c/o MICHAEL FORD___

Time ___0850 HRS.___  Shift Supervisor ___RUBRIGHT Sup. R___

Name of individual report is about ___F/BLK Res. BROWN, C.___

Witness ___c/o Sandler___  Witness ___c/o Blschlak___

INCIDENT: AS THIS c/o WAS INVOLVED IN AN INCIDENT WITH Res. CAMPBELL, Res. BROWN LEFT HIS CELL AND APPROACHED THE IMMEDIATE AREA OF ABOVE MENTIONED INCIDENT IN A THREATENING MANNER. Res. BROWN WAS ALREADY RESTRICTED TO HIS CELL ON A MAJOR MISCONDUCT. Res. BROWN SHOUTED THREATS AND INSULTS DURING THIS INCIDENT. Res. BROWN WAS TOLD TO RETURN TO HIS CELL SEVERAL TIMES DURING THIS INCIDENT.

Action taken/Disposition

Date ___10·19·98___  Dep. Warden ___Beldamie___

Schuylkill County Prison
230 Sanderson Street            Accident/Incident Report 9/95
Pottsville PA 17901-1758

Individual report is about ___Res Brown, C___

## SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

|  |  |
|---|---|
| **RESIDENT**  CHARLES BROWN | **CASE NO:**  1819 |
| **PRISON NO.** | **TIME:**  5:50PM |
|  | **DATE:**  10/23/98 |

**RESULTS OF HEARING:** BOARD:  SUP. RIZZARDI, C/O CARUSO
CHAIRED:  W/R/A MATT MORGAN

**C/O FORD:**          (FORD ABSENT) C/O SETLOCK READ CONDUCT REPORT TO BOARD & RES. BROWN.

**MORGAN:**          IS THE REPORT TRUE AS STATED?

**SETLOCK:**          YES.

**MORGAN:**          HOW DO YOU (BROWN) PLEAD?

**BROWN:**          GUILTY TO # 18.

**MORGAN:**          DO YOU HAVE ANYTHING TO SAY?

**BROWN:**          I JUST CAME OUT OF MY CELL TO GET MEDICATIONS. C/O BLOSCHICHAK TOLD ME TO GO BACK TO MY CELL, SO I DID.

**MORGAN:**          DOES THE BOARD HAVE ANY QUESTIONS?

**RIZZARDI:**          WHAT WERE YOU OUT OF YOUR CELL FOR?

**BROWN:**          TYLENOL. I WASN'T SAYING ANYTHING.

**FINDING:**    X  GUILTY _____ NOT GUILTY

**DISPOSITION:** GUILTY OF #13, 18 & 33. GIVEN 45 DAYS IN "E" BLOCK. NO CREDIT FOR TIME SERVED. (SERVING A MAJOR MISCONDUCT AT TIME OF INCIDENT) 1 HR YARD TIME 5 DAYS A WEEK. REVIEWED EVERY 5 DAYS. AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.

**ATTENDED HEARING:**

1. _Matthew W. Morgan_     3. _C/o John Caruso_

2. _Scott Pry_     4. _____

_David J. Kurtz_
WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1849

### CONDUCT COMPLAINT

RESIDENT Brown, C          DATE 1-4-99

TIME 9:10 A.M.          TIME AND DATE
OF HEARING 1/7/99 @ 6:15pm

INCIDENT:

ON ABOVE DATE & TIME This Supv. Noticed that Above inmate BROWN, Ch. HAD Res. Scott, C Sneakers on from C/BLK. Res. BROWN Admitted to this Supv. that the Sneakers Are from C/BLK but would not tell me how it was done. Brown is in F. BLK

Class I
13 Conspiracy to escape, Riot, or disrupt normal instit Routine that could Result in bodily injury to personal inmates

33 Violation of Administrative directives not specifically enu

30 Loaning property for profit

COMPLAINING OFFICER _____

RESIDENT WITNESSES:          STAFF WITNESSES:

1. _____          1. _____
2. _____          2. _____
3. _____          3. _____
4. _____          4. _____
5. _____          5. _____
6. _____          6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

RESIDENT   BROWN, CHARLES

PRISON NO. _____

CASE NO:  1849

TIME:  6:15pm

DATE:  01/07/99

RESULTS OF HEARING: BOARD:   C/O TAYLOR & C/O WITTIG
                    CHAIRMAN:  W/R/A MORGAN

| | |
|---|---|
| SUP. RIZZARDI: | READS THE CONDUCT REPORT TO THE BOARD AND RES. BROWN, C. |
| MORGAN: | IS THE REPORT TRUE AS STATED? |
| RIZZARDI: | YES. |
| MORGAN: | HOW DO YOU (BROWN) PLEAD? |
| RES. BROWN: | GUILTY TO #13, & #30. |
| MORGAN: | DO YOU (BROWN) HAVE ANYTHING TO SAY IN YOUR BEHALF? |
| RES. BROWN: | NO. |
| MORGAN: | HOW WERE THE SNEAKERS PASSED BETWEEN BLOCKS? |
| RES. BROWN: | C/O ZELONIS PASSED THE SNEAKERS. |
| MORGAN: | WHY DID C/O ZELONIS PASS THE SNEAKERS FROM RES. SCOTT WHO IS IN ONE B TO YOU, IN ANOTHER BLOCK. |
| BROWN: | RES. SCOTT ASKED HIM TO. I NEEDED A GOOD PAIR OF SNEAKERS FOR COURT. MINE WERE THE "RUN DMC MODEL". |
| MORGAN: | DOES THE BOARD HAVE ANY FURTHER QUESTIONS? |
| BOARD: | NO. |

FINDING:   X GUILTY     ____ NOT GUILTY

DISPOSITION: GUILTY OF #13, & #30.  GIVEN 20 DAYS LOCK-UP, TO BE SERVED ON PRESENT
CREDIT FOR TIME SERVED.  RESIDENT WARNED THAT IF HIS BEHAVIOR CONTINU
LONGER HE (BROWN) WILL BE PLACED INTO ADMINISTRATIVE LOCK-UP AND REMA
IN SUCH STATUS UNTIL HE LEAVES THIS INSTITUTION.  REVIEW EVERY FIVE D
ONE HOUR YARD TIME, FIVE TIMES PER WEEK.  AN APPEAL MAYBE MADE IN WRI
TO THE WARDEN WITHIN THE NEXT 30 DAYS.

ATTENDED HEARING:

1. _Matthew W. Morgan_        3. _Keith Wittig_

2. _C/o Taylor_              4. _____

_David J. Kurtz_

WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1859

CONDUCT COMPLAINT

RESIDENT Brown, Charle          DATE       2/2/99

TIME    1050 AM          TIME AND DATE
OF HEARING    2-5-99   12:30 P.M.

INCIDENT: On above date + time Res. Brown, C commissary was given to him by c/o Setlock. Res. Brown, C went to his cell and emptied his bags a couple minutes later Res. Brown, C told this c/o his coffee was missing. This c/o asked Brown if his bag was opened Brown stated yes. This c/o said I can't help him. Brown kicked F-DIK door and said he wants to see the Supr. This c/o with c/o Devlin went INTO F-DIK Brown had his fist clinched and said he wasn't going to his cell. c/o Setlock + c/o Devlin had to escort Brown to his cell.

<u>Class 1 Misconducts</u>

12. Rioting or inciting to riot

13. Conspiracy to escape, riot, or disrupt normal institution routine that could result in bodily injury to personnel or inmates

18. Refusing to obey an order

31. Insolence or disrespect toward a staff member

33. Violation of administrative directives not specifically enumerated

COMPLAINING OFFICER  c/o ____

RESIDENT WITNESSES:          STAFF WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1859

RESIDENT    CHARLES BROWN                         TIME:      12:30

PRISON NO.                                        DATE:      2/5/99

RESULTS OF HEARING:    BOARD:  SUP. WAPINSKY, COUNSELOR KUEDINSKY
                       CHAIRED: / ACTING, COUNSELOR KRYJAK

C/O SETLOCK:           (SETLOCK ABSENT)  C/O DEVLIN READ CONDUCT REPORT TO BOARD &
                       RES. BROWN.

KRYJAK:                IS THE REPORT TRUE AS STATED?

DEVLIN:                YES.

KRYJAK:                HOW DO YOU PLEAD?

BROWN:                 GUILTY TO #13 & 33.

KRYJAK:                DO YOU HAVE ANYTHING TO SAY?

BROWN:                 NO.

KRYJAK:                DOES THE BOARD HAVE ANY QUESTIONS.

BOARD:                 NO.

FINDING:    X   GUILTY _____ NOT GUILTY

DISPOSITION:    THE BOARD RECOMMENDED ADMINISTRATIVE LOCKUP PER DECISION RENDERED
                IN CASE #1849 DATE 1/7/99.  RESIDENT WAS WARNED AT THAT TIME
                BY CHAIR MORGAN OF THIS BEING THE NEXT DECISION.

ATTENDED HEARING:

1. _____          3. _____

2. _____          4. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

**CASE NO:** 1899

CONDUCT COMPLAINT

**RESIDENT** _Charlie Brown_ **DATE** 6-6-99

**TIME** 3:05    **TIME AND DATE OF HEARING** 6/9/99 @ 10:15am

**INCIDENT:** On above date + time this C/O saw Res. J. Michels and Res. C. Brown fighting.

**Class1 mis.**

12. Rioting or inciting to Riot
13. Conspiracy to escape, Riot or disrupt Normal instiution Routine that could result in bodily injury to personnel or inmates.
15. Threatening an employee or inmate with bodily harm or injury.
16. Assaults and fighting.
22. Breaking Restriction or quarantine

**Class 2 mis.**

1. Body punching, horseplay
10. Any violation of Rule or Regulation contained in the inmate handbook not specifically enumerated in this subsection.

**COMPLAINING OFFICER** C/O Zelonis

**RESIDENT WITNESSES:**

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

**STAFF WITNESSES:**

1. _C/O Knur_
2. _____
3. _____
4. _____
5. _____
6. _____

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

| | | |
|---|---|---|
| | | CASE NO: __1899__ |
| RESIDENT | CHARLES BROWN | TIME: __5:4-__ |
| PRISON NO. | | DATE: __6/9/99__ |

RESULTS OF HEARING:    BOARD:  SUP. KANKOWSKI, C/O TAYLOR
CHAIRED:  ACTING, COUNSELOR KRYJAK

THE BOARD REVIEWED THE MAJOR MISCONDUCT WITHOUT THE RESIDENT PRESENT.

FINDING:    _X_ GUILTY    ____ NOT GUILTY

DISPOSITION:  IN VIEW OF RESIDENT BROWN BEING ALREADY IN ADMIN SEGRE, IT IS THE BOA
RECOMMENDATION THAT RESIDENT BROWN CONTINUE IN ADMIN SEGRE.

ATTENDED HEARING:

1. _____    3. C/o Taylor

2. Supv Anthony Kankowski    4. _____

SCHUYLKILL COUNTY PRISON

**Pottsville, Pennsylvania**

CASE NO: 1916

### CONDUCT COMPLAINT

RESIDENT  Brown, C  (E-8)        DATE        7-2-99

TIME        Aprox. 3:45 pm        TIME AND DATE
OF HEARING  7/7/99 @ 5:30pm

**INCIDENT:** On above date & Aprox- time Res. Brown came back from counsler's office and picked up the mop wringer. Res then said to this c/o to stay away from the windows unless I wanted glass all over me. I told Res. Brown to stop & Res. said to call the Dep. Warden & tell him to get down to E-blk now. This c/o then notified Sup. Kankowski & c/o wittig of the situation. Res Brown then started to smash the mop wringer off of the walls, tables, & smashed the heating thermostat cover & thermostat off the wall. Res. Also said that if anyone (Sup. Kankowski, couns. Krajnack, Kardinsky, c/o's Wittig, Zeloris, Kruss, & myself) crossed over the sally port & into E-blk dayroom, they would get hit with the wringer. Dep. Warden Berdansier came into E-blk along with all mentioned staff. Res. Brown continued to hit the wringer off the wall & shouted before returning to his cell.

Class 1 misconducts:

#4 carrying a deadly weapon

#9 Tampering with, destroying or damaging property

#12 Rioting or inciting to riot

#13 conspiracy to escape, riot, or disrupt normal institution routine
    that could result in bodily injury to personel or inmates.

#15 Threatening an employee or inmate with bodily harm or injury (8 counts)

#18 Refusing to obey an order

#22 Breaking restriction or quarantine

#29 Presence in an unauthorized area — E-blk dayroom while in lock-up

#31 Insolence or disrespect toward a staff member (8 counts)

COMPLAINING OFFICER  Bloschichak

**RESIDENT WITNESSES:**                    **STAFF WITNESSES:**

_____        1. Wittig
_____        2. _____
_____        3. _____
_____        4. _____
_____        5. _____
_____        6. _____

3 Violations of Administrative directives not specifically enumerated
    Inmate handbook pages

PAGE 18  #5 General locations Letters A & B         PAGE 6  Communication & Grievance Procedure
PAGE 17  Letter E institutional property                    Letters C, D, & G
PAGE 16  Letter H following orders

#4 Repeated violations of Class 2 misconducts.

## SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

|  |  |  |
|---|---|---|
| | CASE NO: | 1916 |
| RESIDENT  CHARLES BROWN | TIME: | 5:30 |
| PRISON NO. | DATE: | 7/7/99 |

**RESULTS OF HEARING:**

BOARD: SUP. KANKOWSKI, C/O MCGOWEN
CHAIRED: W/R/A MORGAN

**C/O BLOSCHICKAK:**  (BLOSCHICHAK ABSENT)  C/O WITTIG READ CONDUCT REPORT TO BOARD & RES. BROWN.

**MORGAN:**  IS THE REPORT TRUE AS STATED?

**MCGOWEN:**  YES.

**MORGAN:**  HOW DO YOU (BROWN) PLEA?

**BROWN:**  GUILTY.

**MORGAN:**  DO YOU HAVE ANYTHING TO SAY?

**BROWN:**  I HAVE MENTAL  HEALTH ISSUES THAT NEED TO BE ADDRESSED BY PROFESSIONALS.

**MORGAN:**  DOES THE BOARD HAVE ANY QUESTIONS.

**BOARD:**  NO.

**FINDING:**  X  GUILTY  ____ NOT GUILTY

**DISPOSITION:** GUILTY ON ALL CHARGES.  GIVEN 180 DAYS L/U IN "E" BLOCK. TIME BEGINNING 7/7/99 AT 6PM. REVIEWED EVERY 5 DAYS.  1 HR YARD TIME 5 DAYS A WEEK.  AN APPEAL MAYBE MADE TO THE ACTING WARDEN WITHIN 30 DAYS. (IN WRITING)

**ATTENDED HEARING:**

1. *[signature]*  3. *[signature]*

2. *[signature]*  4. _____

*[signature]*
ACTING    WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1949

### CONDUCT COMPLAINT

RESIDENT Brown, C          DATE 8-22-99

TIME 9:15 p.m.          TIME AND DATE
                        OF HEARING 8/24/99 @ 6pm

INCIDENT: On above date & Time when this C/O was attempting to move Res, OHL, J which is Res Brown, C cell mate, Res Brown was blocking the door way & Said He (meaning Res, OHL, J isn't going any where. I closed the cell door & Told Supv Kanka I asked Res, OHL, J to move again, Res Brown replied if the door o again he was Stabbing C/c's with pens at this point Supv Kanka & C/o's Wittig, & Gheres, came into assist in Controling the situation Res. Brown, C said he will take us all on & threw the pens down, grab a mattress from his cell & threw it to the floor from the top tier

## Class I Misconducts

#4  Carrying a deadly Weapon

#12  Rioting or inciting to riot

#13  disrupt normal institution routine

COMPLAINING OFFICER C/O Knuss

RESIDENT WITNESSES:                    STAFF WITNESSES:

1._____                     1._____
2._____                     2._____
3._____                     3._____
4._____                     4._____
5._____                     5._____
6._____                     6._____

Next Page

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

|   |   |   |
|---|---|---|
| **RESIDENT** CHARLES BROWN | **CASE NO:** | 1949 |
| **PRISON NO.** _____ | **TIME:** | 6 PM |
|   | **DATE:** | 8/24/99 |

**RESULTS OF HEARING:**  BOARD: SUP FLANNERY, C/O KALINICH
                CHAIRED: SUP. KANKOWSKI

**C/O KRUSS:**        (KRUSS ABSENT)  C/O KALINICH READ CONDUCT REPORT TO BOARD & RES.
                      BROWN.

**KANKOWSKI:**        IS THE REPORT TRUE AS STATED?

**KALINICH:**         YES.

         RES BROWN NOT PRESENT.

         RES. BROWN UNDER ADMIN. L/U ALREADY.

**FINDING:**   X  GUILTY   ____ NOT GUILTY

**DISPOSITION:**   CONTINUE UNDER ADMIN. L/U.   YARD TIME RETURNED 5 DAYS A WEEK, 1 HR.

**ATTENDED HEARING:**

1._____        3._____

2._____        4._____

                        *E. H. Beldonie*
            *Deputy*    **WARDEN'S SIGNATURE**

### SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

CASE NO: ___1954___

#### CONDUCT COMPLAINT

RESIDENT __Brown C__                     DATE __8/27/99__

TIME ___10:10 AM___                     TIME AND DATE
                                        OF HEARING __9/3/99 @ 10:15AM__

**INCIDENT:**

On Above Date & Time This C/O McGowan attempted To Do A cell Change Res. Brown refused To let Res. McCabe move in his cell. Res. stated "I don't want nobody In my cell move me To medical." Res. was informed That He would Be placed on a major misconduct If He refused So. Reason for cell change was because of overcrowding, numerous Comm. and HAD To make Room for Prison Routine To Run Correctly.

#13 Conspiracy to escape, riot or disrupt normal Institution rout. That Could Result In bodily injury To personal or inmates

#18 Refusing To obey an order

#33 Violation of administrative directives not Specifically enumerated

#34 Repeated Violations of Class 2 misconducts


COMPLAINING OFFICER __C/o McGowan__

**RESIDENT WITNESSES:**            **STAFF WITNESSES:**

1. _____            1. _____
2. _____            2. _____
3. _____            3. _____
4. _____            4. _____
5. _____            5. _____
6. _____            6. _____

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

RESIDENT ___CHARLES BROWN___

PRISON NO. _____

CASE NO: ___1954___

TIME: ___8:10 AM___

DATE: ___9/7/99___

RESULTS OF HEARING:

BOARD: C/O'S CASESTIA & GERA

CHAIRED: W/R/A MORGAN

| | |
|---|---|
| C/O MCGOWEN: | (MCGOWEN ABSENT)   SUP. RIZZARDI READ CONDUCT REPORT TO BOARD & RES. BROWN. |
| MORGAN: | IS THE REPORT TRUE AS STATED? |
| RIZZARDI: | YES. |
| MORGAN: | HOW DO YOU (BROWN) PLEA? |
| BROWN: | NOT PRESENT. |

FINDING: ___X___ GUILTY _____ NOT GUILTY

DISPOSITION: ADMINISTRATIVE LOCKUP

ATTENDED HEARING:

1. _____    3. ___Michael Gera___

2. ___Jay Casestia___         4. _____

Deputy  WARDEN'S SIGNATURE

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

CASE NO: 2107

### CONDUCT COMPLAINT

RESIDENT _BROWN, Charles_ DATE _5/6/00_

TIME _2:15PM_

TIME AND DATE
OF HEARING _5·11·00 @ 0945_

INCIDENT: Res Brown, C was in a confrontation With Res Whalen, Joel; Both residents were throwing punches.

Residents were locked up after fight.

Violations

# 16 Assaults & Fighting.

# 13 Conspiracy to escape, riot or disrupt Normal institution routine that could result in bodily injury to personnel or inmates

COMPLAINING OFFICER _CO Bevan_

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

| | |
|---|---|
| | **CASE NO:** 2107 |
| **RESIDENT** CHARLES BROWN | **TIME:** 9:45 |
| **PRISON NO.** | **DATE:** 5/11/00 |

**RESULTS OF HEARING:**

BOARD:  C/O'S FALESKI, MENDINSKY
CHAIRED:  COUNSELOR KRYJAK

**C/O BEVAN:**       READ CONDUCT REPORT TO BOARD & RES. BROWN.

**KRYJAK:**       IS THE REPORT TRUE AS STATED?

**BEVAN:**       YES.

**KRYJAK:**       HOW DO YOU PLEA?

**BROWN:**       NOT GUILTY TO #16.  GUILTY TO #13.

**KRYJAK:**       DO YOU HAVE ANYTHING TO SAY?

**BROWN:**       NOTHING.  SLAPS WERE THROWN NOT REALLY PUNCHES.  WE WERE JUST PLAYING AROUND.

**KRYJAK:**       DOES THE BOARD HAVE ANY QUESTIONS?

**MENDINSKY:**       THERE WERE NO PUNCHES THROWN DURING THE WHOLE THING?

**BROWN:**       JUST SLAPS.  I THINK THIS WAS HORSEPLAY.  THATS WHAT IT STARTED AS.

**FINDING:  X   GUILTY   _____ NOT GUILTY**

**DISPOSITION:**  GUILTY TO #16, 13.  15 DAYS ON EACH.  TOTAL 30 DAYS.  CREDIT FOR TIME SERVED.  1 HR YARD TIME 5 DAYS A WEEK.  REVIEWEDL EVERY 5 DAYS.  AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.

**ATTENDED HEARING:**

1. _____   3. _____

2. _____   4. _____

_____
**WARDEN'S SIGNATURE**

**SCHUYLKILL COUNTY PRISON**

**Pottsville, Pennsylvania**

CASE NO: _2149_

CONDUCT COMPLAINT

RESIDENT __BROWN, CHARLES__   DATE __08 JUN 00__

TIME _____1140 HRS_____   TIME AND DATE
OF HEARING __6-13-00 @ 0950__

INCIDENT: ON THE ABOVE DATE AND TIME, THIS C/O WAS LOCKING DOWN F-BLOCK AFTER LUNCH. RES, BROWN, C APPROACHED THIS C/O AND STATED THAT HE WANTED BREAD INSTEAD OF HIS TRAY, BECAUSE HE HAD TWO TEETH REMOVED. UPON CHECKING WITH THE NURSE AND KITCHEN; NO SPECIAL ACCOMODATIONS WERE TO BE MADE. UPON TELLING RES BROWN THIS, HE STATED "I AIN'T LOCKIN IN". AT THIS POINT THIS C/O RADIOED LT. FLANNERY TO COME TO F-BLOCK, LT. FLANNERY AND C/O HERRING ENTERED THE BLOCK AND RES. BROWN BECAME VERY HOSTILE AND ANGERED. RES. BROWN THEN TOOK OFF HIS SHIRT AND SAID "LETS GET IT ON". LT. FLANNERY, C/O HERRING AND THIS C/O THEN LEFT F-BLOCK AND ALERTED ALL C/O'S TO F-BLOCK TO ASSIST IN LOCKING BROWN IN. UPON ENTERING THE BLOCK ALONG WITH C/O'S HERRING, SCHWARTZ, FALESKI, SETLOCK, MENDINSKY, DEVLIN AND LT. FLANNERY, BROWN BECAME EXTREMELY

COMPLAINING OFFICER _____   (CON'T NEXT PAGE

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. _WITNESS SIGNATURES ON LAST PAGE_
2. _____
3. _____
4. _____
5. _____
6. _____

②

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

CASE NO: _____

### CONDUCT COMPLAINT

RESIDENT_____    DATE_____

TIME    _____TIME AND DATE
OF HEARING_____

INCIDENT: AGITATED WHILE HOLDING A MOP RINGER
THREATENING TO USE IT. HE THEN BECAME VIOLENT
TAKING AN AGGRESSIVE STANCE AND STRIKING LT.
FLANNERY NUMEROUS TIMES IN THE HEAD AND FACE.
HE ALSO BECAME PHYSICALLY ASSAULTIVE TO ALL C/O's
PRESENT BY KICKING AND PUNCHING. C/O's HERRING
MENDINSKY AND DEULIN WERE INJURED IN THE
ALTERCATION. AT THIS TIME, BROWN BEGAN REPEATEDLY
STRIKING LT. FLANNERY IN THE FACE AND HEAD.
IN RESPONSE TO THIS, THIS C/O APPLIED A STREAM OF
OLEORESIN CAPSICUM (O.C.) INTO THE FACE, EYES AND
MOUTH OF BROWN. THIS BROUGHT BROWN UNDER CONTROL
ENOUGH TO CEASE HIS VIOLENT ACTIONS AND GAIN
CONTROL OF THE SITUATION. BROWN WAS THEN
MOVED TO MEDICAL 2. THIS C/O ALONG WITH ALL

(CONT. NEXT P)

COMPLAINING OFFICER_____

RESIDENT WITNESSES:              STAFF WITNESSES:

1._____      1._____
2._____      2._____
3._____      3._____
4._____      4._____
5._____      5._____
6._____      6._____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO:_____

CONDUCT COMPLAINT

RESIDENT_____    DATE _____

TIME _____    TIME AND DATE
OF HEARING_____

INCIDENT:    OTHER C/O'S USED ONLY THE MINIMAL
AMOUNT OF FORCE TO GET THE SITUATION UNDER
CONTROL AND AT NO TIME DID FORCE BECOME ECESSIVE.

I CHARGE BROWN WITH THE FOLLOWING
CLASS I MISCONDUCTS:

#4. CARRYING A DEADLY WEAPON

#9. TAMPERING WITH, DESTROYING OR DAMAGING PROPERTY

#13. CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION
ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL
OR INMATES.

#15. THREATENING AN EMPLOYEE OR INMATE WITH BODILY HARM OR
INJURY

#16. ASSAULTS AND FIGHTING

#22. BREAKING RESTRICTION OR QUARANTINE.

#31. INSOLENCE OR DISRESPECT TOWARD AN OFFICER.

COMPLAINING OFFICER_____    (CONT. NEXT PAGE

RESIDENT WITNESSES:    STAFF WITNESSES:

1._____    1._____
2._____    2._____
3._____    3._____
4._____    4._____
5._____    5._____
6._____    6._____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

CASE NO: _____

### CONDUCT COMPLAINT

RESIDENT _____ DATE _____

TIME _____ TIME AND DATE
OF HEARING _____

INCIDENT:

#33. VIOLATION OF ADMINISTRATIVE DIRECTIVES
NOT SPECIFICALLY ENUMERATED.

#34. REPEATED VIOLATIONS OF CLASS 2 MISCONDUCTS;
REPEATED VIOLATIONS OF CLASS 1 MISCONDUCTS.

COMPLAINING OFFICER  C/o POWERS

RESIDENT WITNESSES:                    STAFF WITNESSES:

1. _____    1. C/o FALESKI
2. _____    2. C/o Mendinski
3. _____    3. C/o _____
4. _____    4. C/o Schwartz
5. _____    5. _____
6. _____    6. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

<u>CONDUCT COMPLAINT</u>

CASE NO: 2150

RESIDENT _BROWN C._    DATE _6-8-00_

TIME _11:40 A.M._    TIME AND DATE
OF HEARING _6-13-00 @ 0940_

INCIDENT:

ON ABOVE DATE AND TIME RES. BROWN, C. REFUSED TO OBEY A ORDER TO LOCK-IN. RES. BROWN, C THEN TOOK POSSESSION OF THE MOP-RINGER. RES. BROWN, C REFUSED TO PUT THE MOP-RINGER DOWN. AFTER GETTING THE MOP-RINGER AWAY FROM RES. BROWN. C. HE THEN ASSAULTED THIS. LT.

THE FOLLOWING ARE CLASS I MISCONDUCTS:

⑬ CONSPIRACY TO ESCAPE, RIOT, OR DISRUPT NORMAL INSTITUTION ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES.

⑮ THREATENING AN EMPLOYEE OR INMATE WITH BODILY HARM OR INJURY

⑱ REFUSING TO OBEY AN ORDER.

㉛ INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER.

㉝ VIOLATION OF ADMINISTRATIVE DIRECTIVES NOT SPECIFICALLY ENUMERATED.

⑯ ASSAULTS AND FIGHTING. COMPLAINING OFFICER _LT. Flannery_

RESIDENT WITNESSES:                STAFF WITNESSES:

1. _____            1. _____
2. _____            2. _____
3. _____            3. _____
4. _____            4. _____
5. _____            5. _____
6. _____            6. _____

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

CASE NO: 2151

### CONDUCT COMPLAINT

RESIDENT _BROWN, CHARLES_    DATE _08 JUN 2000_

TIME _1430 HRS_    TIME AND DATE OF HEARING _6-13-00 @ 0930_

INCIDENT: ON THE ABOVE DATE AND TIME, THIS C/O ALONG WITH C/O LAUDEMAN WERE CLEANING OUT BROWN'S CELL AFTER A CELL CHANGE. THE FOLLOWING ITEMS WERE FOUND: LIGHTERS, ASHTRAY AND PLASTIC BAGS WHICH ONCE HELD TOBACCO.

THE FOLLOWING ARE CLASS I MISCONDUCTS:

#3. POSSESSION OF OR INTRODUCTION OF CONTRABAND OR IMPLEMENTS OF ESCAPE.

#13. CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES.

#19. POSSESSION OF OR USE OF DANGEROUS OR CONTROLLED SUBSTANCES.

#33 VIOLATION OF ADMINISTRATIVE DIRECTIVES NOT SPECIFICALLY ENUMERATED.

COMPLAINING OFFICER _C/o Bowers_

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. _C/o Lauder____
2. _____
3. _____
4. _____
5. _____
6. _____

#34. REPEATED VIOLATIONS OF CLASS II MISCONDUCTS.

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date **6 - 8 - 00**                    Person reporting _____

Time **11: 40 A.M.**          Shift Supervisor **LT. FLANNERY**

Name of individual report is about **RES. BROWN, C.**

Witness _____          Witness _____

INCIDENT:

ON ABOVE DATE AND TIME THIS LT. WAS CALLED TO
F-BLK. UPON ENTERING F-BLK RES. BROWN, C WAS SITTING
ON TOP OF THE TABLE. THIS LT. ORDERED RES. BROWN, C TO GET
OFF THE TABLE. RES. BROWN, C. REFUSED TO GET OFF THE TABLE.
RES. BROWN, C STATED HE WAS NOT LOCKING UP UNTIL HE GOT
SOMETHING TO EAT. HE STATED HE COULD NOT EAT WHAT WAS ON
HIS LUNCH TRAY. HE STATED HE COULD NOT EAT WHAT WAS ON

Action taken/Disposition

HIS TRAY BECAUSE HE HAD TWO TEETH EXTRACTED, TWO DAYS AGO.
HES WAS NOT PUT ON A SPECIAL-TRAY BY THE MEDICAL-DEPT.

Date _____          Warden _____

THIS LT. ORDERED RES BROWN TO LOCK-UP. RES. REFUSED TO
OBEY THIS ORDER HE THEN STATED TO BRING-EVERYONE IN TO
LOCK HIM UP. AT THIS TIME LT. FLANNERY WAS IN THE BLOCK

Schuylkill County Prison
230 Sanderson Street                    Accident Incident Report 9/95
Pottsville PA 17901-1758

Individual report is about _____

LONG WITH C/O'S BOWERS, & HERRING. AT THIS TIME WE LEFT
F BLOCK TO GET MORE C/O'S TO PLACE BROWN

UPON RETURNING TO F-BLK WITH THE REST OF THE STAFF TO PUT RES. BROWN, C IN HIS CELL, RES BROWN, C WAS IN POSSESSION OF THE MOP-RINGER. THIS LT. ORDERED RES TO PUT THE RINGER-DOWN. RES REFUSED TO. THIS LT ALONG WITH REST OF THE C/O'S TO GET THE-MOP-RINGER AWAY FROM RES BROWN. AFTER GETTING RES. BROWN TO DROP THE-RINGER RES, BROWN, C. ASSAULTED THIS LT. RES BROWN, C. BECAME COMBATIVE.

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

CASE NO: 2149, 2150, 2151
TIME: 1PM
DATE: 6/13/00

RESIDENT      CHARLES BROWN
PRISON NO.

RESULTS OF HEARING:

RESIDENT AGREES TO HAVING ALL 3
COMPLAINTS HEARD AT ONE TIME

BOARD:   DEP WARDEN BERDANIER
CHAIRED:  COUNSELOR KRYJAK

C/O MENDINSKY:          READ CONDUCT REPORT TO BOARD & RES. BROWN.

KRYJAK:                 IS THE REPORT TRUE AS STATED?

RESIDENT PLEADS GUILTY WITHOUT THE COMPLAINTS TO BE READ.

ACKNOWLEDGES RECEIVING COPIES PRIOR TO HEARING.

KRYJAK:                 DO YOU HAVE ANYTHING TO SAY?

BROWN:                  I NEVER MEANT FOR PATSY OR DEVLIN TO GET HURT.  I LET THEM GET
                        THE MOP WRINGER.  I REMEMBER GRABBING FLANNERY, BUT I DON'T
                        REMEMBER PUNCHING HIM.

FINDING: X____GUILTY  ____NOT GUILTY

DISPOSITION:   #2149—GUILTY BY OWN ADMISSION. ADMINISTRATIVE LOCKUP STATUS.
               #2150—GUILTY BY OWN ADMISSION.,#13—20 DAYS, #15—20 DAYS, #18—10 DAYS,
               #31—20 DAYS, #33—10 DAYS — TOTAL 80 DAYS CS TO ANY PRESENT SENTENCE.
               #2151—GUILTY BY OWN ADMISSION. #3—20 DAYS, #13—15 DAYS, #33—15 DAYS
               TOTAL 50 DAYS CS TO OTHER SENTENCE CRIMINAL CHARGES PENDING*

ATTENDED HEARING:    TO REMAIN IN CURRANT HOUSING STATUS.  PENDING REVIEW BY PRISON
                     ADMINISTRATION.

1. _____                3. _____

2. D.W. E.H. Berdanier _____            4. _____

_Gerald F. Betty_
WARDEN'S SIGNATURE

ORIGINAL

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

### CONDUCT COMPLAINT

CASE NO: 2215

RESIDENT BROWN, CHARLES      DATE 8-7-00

TIME    9:10 AM

TIME AND DATE
OF HEARING    8-11-00 @ 0930

INCIDENT: On the above date and appert time Res Brown, C was going up the steppeds to top tier, This C/o informed Res Brown, C that he is not allowed on the top tier. Res Brown, C became very hostile towards this C/o and started to curse obscene language such as, "Fucker, mother fucker etc". I then told Res Brown, C to lock in and he refused stating that their is no fucker going to lock him in.

Misconducts:

18. Refusing to obey an order

31. Insolence or disrespect toward a staff member

33. Violation of administrative directives not specifically enumerated

29. Presence in an unauthorized area. another person's cell, on the wrong tier etc.

COMPLAINING OFFICER C/o Niedig

RESIDENT WITNESSES:                STAFF WITNESSES:

1. _____                1. C/o Hornung
2. _____                2. _____
3. _____                3. _____
4. _____                4. _____
5. _____                5. _____
6. _____                6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

RESIDENT _Brown, Charles_        CASE NO:   2215

PRISON NO. _____        TIME:   12:45

                          DATE:   8/11/00

## RESULTS OF HEARING:

BOARD:   DW BERDANIER, LT UHOLICK

CHAIRED:   COUNSELOR KURDINSKY

| | |
|---|---|
| C/O NEIDIG: | READ CONDUCT REPORT TO BOARD & RES. BROWN |
| KURDINSKY: | IS THE REPORT TRUE AS STATED? |
| NEIDIG: | YES. |
| KURDINSKY: | HOW DO YOU PLEA? |
| BROWN: | GUILTY. |
| KURDINSKY: | DO YOU HAVE ANYTHING TO SAY? |
| BROWN: | NO. |
| KURDINSKY: | DOES THE BOARD HAVE ANY QUESTIONS? |
| BOARD: | NO. |

FINDING:   X GUILTY     NOT GUILTY

DISPOSITION:

GUILTY BY OWN ADMISSION.   ADMINISTRATIVE LOCKUP.
RELEASED TO STATE.

ATTENDED HEARING:

1. _D.W. E.N Berdanier_      3. _Joseph Kurdinsky_

2. _A ___ Uho____      4. _____

                          _Signature_

WARDEN'S SIGNATURE