IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. BROWN, | : | Civil Action No. 1:CV-00-1224 |
| Plaintiff | : | |
| vs. | : | |
| COUNTY OF SCHUYLKILL, SCHUYLKILL COUNTY PRISON BOARD MEMBERS, SCHUYLKILL COUNTY PRISON GERALD BRITTON, FORREST L. SHADLE, JEROME P. KNOWLES, STANLEY TOBASH, EUGENE BERDANIER, ANTHONY KANKOWSKI, DAVID J. KURTZ, and WILLIAM BALDWIN, | : | |
| Defendants | : | |

FILED
SCRANTON
MAR 1 2 2001
PER _____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

AND NOW, this **8th** day of March, 2001, I, Frank L. Tamulonis, Jr., Esquire, of the Law Firm of Zimmerman, Lieberman & Derenzo, LLP, attorneys for defendants, County of Schuylkill, et al., certify that I served the within **Motion of Defendants, County of Schuylkill, et al., to Dismiss the Complaint Pursuant to F.R. Civ. P. 12(b)(6), Motion for a More Definite Statement Pursuant to F.R. Civ. P. rule 12(e) or, in the Alternative, for Summary Judgment, Supporting Memorandum of Law, and Supporting Affidavits** this day by depositing the same in the United States Mail, postage prepaid, at the post office in Pottsville, Pennsylvania, addressed to:

Mr. Charles E. Brown
SCI-CH
EJ6142
P.O. Box 200
Camp Hill, PA   17001

ZIMMERMAN, LIEBERMAN & DERENZO, LLP

By: _____
Frank L. Tamulonis, Jr., Esquire
Attorneys for Defendants, County of Schuylkill, et al.