UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Brown
    Plaintiff
   V.

CASE NUMBER: 1:00-cv-01224

County of Schuylkill
    Defendant

TO:

(SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Charles E. Brown
    SCI-CH
    EJ6142
    P.O. Box 200
    Camp Hill, PA  17001

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: *[signature]*
    Deputy Clerk

DATE: January 17, 2001

RETURN OF SERVICE - Case #1:00-cv-01224

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|_| Served personally upon the defendant. Place where served: _____

|_| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

|_| Returned unexecuted: _____

|_| Other (specify): _____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                    Signature of Server

                                     Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-01224

Charles E. Brown
    plaintiff

        v.

County of Schuylkill
    defendant
Schuylkill County Prison Board Members
    defendant
Schuylkill County Prison
    defendant
Gerald Britton
    defendant
William Baldwin
    defendant
Forrest L. Shadle
    defendant
Jerome P. Knowles
    defendant
Stanley H. Tobash
    defendant
Eugene Berdanier
    defendant
Anthony Kankowski
    defendant
David J. Kurtz
    defendant

1:00CV1224                                              MAR 14 2001

# WAIVER OF SERVICE OF SUMMONS

TO: _Charles E. Brown_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Brown_ vs _County of Schuylkill_, which is case number _1:cv-00-1224_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1-29-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-2-01_                                      _Forrest L. Shadle_ (signature)
DATE                                                    SIGNATURE

Printed/typed name: Forrest L. Shadle
                   on behalf of County of Schuylkill
Title if any: Chairman, Board of County Commissioners

Address of Person signing: Schuylkill County Courthouse
                           401 N. Second Street
                           Pottsville, PA    17901

FILED
SCRANTON
MAR 15 2001
PER ___
DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: _Charles E. Brown_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Brown_ vs _County of Schuylkill_, which is case number _1:cv-001224_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1-29-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_____        _(signed) W. E. Bal___
         DATE                              SIGNATURE

Printed/typed name: William E. Baldwin

Title if any: Chairman, Schuylkill County Prison Board

Address of Person signing: Schuylkill County Courthouse
                           401 N. Second Street
                           Pottsville, PA   17901

FILED
SCRANTON
MAR 1 5 2001
PER _____
DEPUTY CLERK

Party you represent: _____

FEB 1 4 2001

# WAIVER OF SERVICE OF SUMMONS

TO: _Charles E. Brown_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Brown_ vs _County of Schuylkill_, which is case number _1:cv-00-1224_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1-29-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_02 Feb 2001_
DATE

_[signature]_
SIGNATURE

Printed/typed name: Gerald Britton

Title if any: Warden, Schuylkill County Prison

Address of Person signing: Schuylkill County Prison
Second & Sanderson Streets
Pottsville, PA   17901

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

Party you represent: _____

FEB 14 2001

# WAIVER OF SERVICE OF SUMMONS

TO: _Charles E. Brown_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Brown_ vs _County of Schuylkill_, which is case number _1:cv-00-1224_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1-27-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_____     _____[signature]_____
        DATE                          SIGNATURE

Printed/typed name: William E. Baldwin

Title if any: President Judge, Court of Common Pleas of Schuylkill County

Address of Person signing: Schuylkill County Courthouse
                           401 N. Second Street
                           Pottsville, PA    17901

FILED
SCRANTON

MAR 15 2001

_____
PER
DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: Charles E. Brown
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Brown vs County of Schuylkill, which is case number 1:cv-00-1224 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 1-27-01 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

2-2-01
DATE

_Forrest L. Shadle_ (signature)
SIGNATURE

Printed/typed name: Forrest L. Shadle

Title if any: Chairman, Board of County Commissioners

Address of Person signing: Schuylkill County Courthouse
401 N. Second Street
Pottsville, PA  17901

FILED
SCRANTON
MAR 1 5 2001
PER _____
DEPUTY CLERK

Party you represent: _____

FEB 1 4 2001

# WAIVER OF SERVICE OF SUMMONS

TO: Charles E. Brown
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Brown vs County of Schuylkill, which is case number 1:cv-00-1224 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after  1-27-01  (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_____     _____
        DATE                             SIGNATURE

Printed/typed name: Jerry Knowles

Title if any: Vice Chairman, Board of County Commissioners

Address of Person signing: Schuylkill County Courthouse
401 N. Second Street
Pottsville, PA  17901

FILED
SCRANTON
MAR 1 5 2001
PER ____
DEPUTY CLERK

Party you represent: _____

FEB 1 4 2001

# WAIVER OF SERVICE OF SUMMONS

TO: _Charles E. Brown_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Brown_ vs _County of Schuylkill_, which is case number _1:cv-00-1224_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _1-29-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_____          _____
        DATE                              SIGNATURE

Printed/typed name: __Stanley H. Tobash__

Title if any: __County Commissioner__

Address of Person signing: __Schuylkill County Courthouse, 401 N. Second St., Pottsville, PA  1790__

FILED
SCRANTON
MAR 15 2001

Party you represent: _____

PER _____ TS
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: __Charles E. Brown__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Brown__ vs __County of Schuylkill__, which is case number _____ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __1-29-01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__02·02·01__  __Eugene H. Berdanier__
DATE                                                SIGNATURE

Printed/typed name: __Eugene H. Berdanier__

Title if any: __Deputy Warden__

Address of Person signing: __230 Sanderson St.__
__Pottsville, PA. 17901__

Party you represent: __Schuylkill County Prison__

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

WAIVER OF SERVICE OF SUMMONS

TO: _Charles Brown_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Brown_ VS _County of Schuylkill_, which is case number _CV-00-1224_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _3/1/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_3-11-01_
Date

Signature: _Anthony Kankowski_

Printed/typed name: _Anthony Kankowski_

Title if any: _____

Address of person signing: _231 Main Blvd, Ringtown PA_

Representing defendant(s) if any: _____

FILED
SCRANTON

MAR 1 5 2001

PER _____
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: **Charles E. Brown**
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of **Brown** vs **County of Schuylkill**, which is case number _____ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **1-29-01** (date request was sent), or within 90 days after that date if the request was sent outside the United States.

**2-21-01**
DATE

*David J. Kurtz* (signature)
SIGNATURE

Printed/typed name: **David J. Kurtz**

Title if any: _____

Address of Person signing: _____

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

Party you represent: _____