(27)

To whom it may Concern,     6-28-01

my name is Charles Brown and I filed a motion for my civil suit. Civil number 1:CV-00-1224 around 90 days ago. Could you please let me know what's going on with my civil suit. Thank you.

Respectfully
Submitted,

Charles Brown

1:CV-00-1224

Charles
Brown.

FILED
HARRISBURG, PA

JUL 0 3 2001

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK