IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES E. BROWN, PLAINTIFF :: CIVIL ACTION

VS. :: AT DOCKET NO: 1:00-CV-0122

COUNTY OF SCHUYLKILL, ET AL., :: HONORABLE SYLVIA H. RAMBO
DEFENDANTS ::

**PLAINTIFF'S PRO SE MOTION TO OBTAIN A COPY OF HIS CIVIL ACTION COMPLAINT PURSUANT TO 42 U.S.C.A. §1983 THAT HE INITIALLY FILED IN THIS CASE, AND; MOTION FOR A SIXTY (60) DAY EXTENTION OF TIME TO RESPOND TO THE DEFENDANT'S PETITION OF REQUEST FOR ADMISSIONS ADDRESSED TO PLAINTIFF.**

AND NOW, COMES CHARLES E. BROWN, PLAINTIFF PRO SE IN THE ABOVE-CAPTIONED, WHO RESPECTFULLY MOVES THIS COURT TO PROVIDE HIM A COPY OF THE CIVIL COMPLAINT HE INITIALLY FILED IN THIS CASE AND FURTHERMORE MOVES THIS COURT TO GRANT HIM AN EXTENTION OF TIME OF SIXTY (60) DAYS TO OBTAIN LEGAL INMATE ASSISTANCE IN ORDER TO ADEQUATELY LITIGATE THIS CASE BASED UPON THE FOREGOING AND STATES IN SUPPORT THEREOF:

1. IT IS NOT EXACTLY KNOWN TO PLAINTIFF WHEN HE FILED THE CIVIL RIGHTS ACTION COMPLAINT PURSUANT TO 42 U.S.C.A. §1983 IN THIS MATTER.

2. DUE TO PLAINTIFF'S DIRE POVERTY, HE WAS ONLY ABLE TO SUBMIT TO THIS COURT ONE (1) ORIGINAL AND ALL REMAINING COPIES THEREOF TO THE PROTHONOTARY FOR SAID PROTHONOTARY AND FOR THE DEFENDANT(S) NAMED HEREIN. SUBSEQUENTLY, HE WAS UNABLE TO MAINTAIN A COPY OF SAID COMPLAINT FOR HIS OWN RECORDS SINCE HE SUBMITTED ALL COPIES OF SAID ACTION TO THIS HONORABLE COURT.

-1-

3. THEREFORE, PLAINTIFF NEVER HAD A COPY OF HIS INITIAL COMPLAINT FOR HIS OWN PERSONAL RECORDS.

4. PLAINTIFF RECENTLY CONTACTED THE OFFICE OF THE PROTHONOTARY'S OFFICE REQUESTING A COPY OF HIS COMPLAINT AND EXPLAINED PRECISELY TO THIS OFFICE IN THE U.S. MIDDLE DISTRICT COURT, "WHY" HE WAS IN THIS SITUATION (HIS POVERTY IN HAVING SUFFICIENT FUNDING TO MAKE XEROXED COPIES), AND; HE REQUIRED A COPY OF HIS COMPLAINT (TO DEFEND AGAINST THE VARIOUS CLAIMS SET FORTH THEREIN).

5. THE PROTHONOTARY'S OFFICE REPLIED SHORTLY THEREAFTER THAT THEY REQUIRED APPROXIMITLY THIRTY-SEVEN DOLLARS ($37.00) FOR A COPY OF HIS OWN COMPLAINT.

6. PLAINTIFF DOES NOT HAVE THIRTY-SEVEN-DOLLARS. PLAINTIFF DOESN'T HAVE THIRTY-SEVEN-CENTS!

7. ALTHOUGH PLAINTIFF FILED A MOTION FOR THE APPOINTMENT OF COUNSEL, IT WAS DENIED. PLAINTIFF HAS NO KNOWLEGE OF CIVIL LAW AND PROCEDURE. HE HAS HAD TO RELY UPON INMATE ASSISTANCE TO LITIGATE THIS CASE ON HIS BEHALF. SINCE HIS COMPLAINT AFOREMENTIONED WAS FILED, HE NOW HAS NO ONE TO ASSIST HIM IN THIS CASE.

8. IT MUST BE NOTED THAT THE PERSON LITIGATING THIS INSTANT MOTION IS: RICHARD GROSSO OF WHOM JUDGE RAMBO MAY RECALL. HOWEVER, RICHARD GROSSO CANNOT POSSABLY ASSIST PLAINTIFF BROWN SINCE MR. GROSSO IS CURRENTLY LITIGATING THREE (3) ACTIVE CASES IN THE THIRD CIRCUIT COURT OF APPEALS, THE UNITED STATES WESTERN DISTRICT COURT OF PENNSYLVANIA, AND; THE COURT OF COMMON PLEAS OF CENTRE COUNTY PENNSYLVANIA.

9. THERE IS NO CERTIFIED PARALEGAL AT SCI-ALBION TO ASSIST ANY INMATES.

-2-

10. Without the initial complaint and without some other inmate available to assist plaintiff on the matter, he will be unable to legally pursue this case based upon the merits. Plaintiff requires a copy of his complaint and once so obtained, a sixty (60) day extention of time so he may find another prisoner who is somewhat legally skilled in law to litigate this matter on his behalf.

Wherefore, plaintiff Charles E. Brown, respectfully moves this Honorable Court to grant him his motion directing the prothonotary to provide one (1) copy of the plaintiff's initial complaint and a sixty (60) day extention and/or enlargement of time to respond to defendants resp

Respectfully Submitted,

_7-18-01_
D A T E D

Charles E. Brown
CHARLES E. BROWN, #EJ-6143
10745, Route 18, SCI-Albion
Albion, PA. 16475-0002

-3-

## DECLARATION

I, CHARLES E. BROWN, PLAINTIFF, DO HEREBY DECLARE TH[AT] THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT. I MA[KE] THIS STATEMENT IN COMPLIANCE WITH 28 U.S.C. §1746.

7-18-01
DATE

BY: _____
CHARLES E. BROWN, EJ-619[ ]
10745, ROUTE 18
ALBION, PA. 16475-00[ ]

## CERTIFICATE OF SERVICE

I, CHARLES E. BROWN, PLAINTIFF, HEREBY CERTIFY THAT I H[AVE] THIS 15th DAY OF July, 2001, CAUSED TO BE SERVED A T[RUE] AND CORRECT COPY OF THE WITHIN BY DEPOSITING SAME IN THE MAIL, FIRST CLASS, POSTAGE PRE-PAID, AND ADDRESSED TO:

(A) FRANK L. TAMULONIS, JR., ESQUIRE
111 EAST MARKET STREET
P. O. BOX 238
POTTSVILLE, PENNSYLVANIA 17901

BY: _____
CHARLES E. BROWN, EJ 614[2]
10745, ROUTE 18
ALBION, PA. 16475-0008

4