COURT JUDGE'S COPY

IN THE UNITED STATES MIDDLE DISTRICT COURT
AT HARRISBURG, PENNSYLVANIA

FILED
HARRISBURG
AUG 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

CHARLES E. BROWN, PLAINTIFF

VS.

COUNTY OF SCHUYLKILL, ET AL.,
DEFENDANTS

CIVIL ACTION

DOCKET NO: #1:00-CV-1224

HONORABLE SYLVIA H. RAMBO

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS REQUEST FOR ADMISSIONS ADDRESSED TO PLAINTIFF CHARLES E. BROWN.

AND NOW, COMES PLAINTIFF CHARLES E. BROWN, PRO SE, IN THE ABOVE-CAPTIONED, WHOM OBJECTS TO DEFENDANTS REQUEST FOR ADMISSIONS ADDRESSED TO PLAINTIFF BASED UPON THE FOREGOING REASONS AND STATES IN SUPPORT THEREOF;

1. PLAINTIFF WAS INCARCERATED IN SCHUYLKILL COUNTY PRISON PENDING THE OUTCOME OF CRIMINAL CHARGES FROM JANUARY 19TH, 1998, UNTIL AUGUST 15TH, 2000.

2. DURING HIS CONFINEMENT THERE, HE WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF HIS CIVIL RIGHTS GUARANTEED UNDER THE EIGHTH AMENDMENT TO THE U.S. CONSTITUTION, AND WAS DENIED EQUAL PROTECTION OF THE LAWS IN VIOLATION OF HIS CIVIL RIGHTS GUARANTEED UNDER THE FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION.

3. IN THE YEAR OF 2000, PLAINTIFF FILED A 42 U.S.C.A. §1983 CIVIL ACTION COMPLAINT NAMING VARIOUS INDIVIDUALS AS DEFENDANTS IN THIS MATTER DUE TO THE FLAGRANT CIVIL RIGHTS VIOLATIONS AS STATED ABOVE.

-1-

4. In July of 2001, Counsel for the Defendant's filed a document entitled: "Request For Admissions Addressed To Plaintiff, Charles E. Brown."

5. In sum, the questions within said document specifically relate to the criminal charges, the sentence he recieved for said offenses, his plea's in criminal court relating to his criminal convictions and; fines, costs and/or restitution imposed by the Schuylkill County Court.

6. In addition, defense counsel submitted actual documentation of said charges, plea's, sentences, and costs from the court of record along with said questions as exhibits.

7. Obviously, the ludicrous questions through "Admissions" backed by documents from court of record, speak for themselves and are obviouly an attempt to both waist this court's Time and simutanu "Prejudice" the plaintiff before this court.

8. None of defense counsel's questions presented through "Admissions" relate to Any of the matters complained of within plaintiff's instant civil action

9. Based upon the above, the request for admission addressed to plaintiff are objected to and should be summarily dismissed. Plaintiff requests that these question be withdrawn due to obvious unwarrented prejudice. Requests for admission as to questions of law alone

-2-

ARE NOT APPROPRIATE. <u>CURRIE v. UNITED STATES</u>, 111 F.R.D. 56, 59 (M.D. NC. 1986). IT IS APPARENT THAT THE LEGAL DOCUMENTS SUBMITTED AS EXHIBITS WITH DEFENSE COUNS[EL'S] LUDICROUS AND IRRELEVENT QUESTIONS HAVE NOTHING TO DO WITH THE MATTERS COMPLAINED OF IN PLAINTIFF'S CIVIL ACTIO[N].

WHEREFORE, PLAINTIFF CHARLES E. BROWN, MOVES THI[S] COURT TO DISMISS THESE QUESTIONS FROM THE RECORD B[Y] OBJECTING TO SAME.

RESPECTFULLY SUBMITTED,

$\underline{8-12-01}$
D A T E D

*Charles Brown*
CHARLES E. BROWN, #EJ-6142
10745, ROUTE 18
ALBION, PA. 16475

-3-

## DECLARATION

I, CHARLES E. BROWN, PLAINTIFF, HEREBY DECLARE THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT. I MAKE THIS STATEMENT IN COMPLIANCE WITH 28 U.S.C. §1746.

8-12-01
DATED

BY: *Charles Brown*
CHARLES E. BROWN, EJ-6
1074 S. ROUTE 18
ALBION, PA. 16475-00

## CERTIFICATE OF SERVICE

I, CHARLES E. BROWN, PLAINTIFF, DO HEREBY CERTIFY THAT I HAVE THIS 13th DAY OF August, 2001, CAUSED TO BE SERVED A TRUE & CORRECT COPY OF THE WITHIN BY DEPOSITING SAME IN THE U.S. MAIL, FIRST CLASS, POSTAGE PRE-PAID, AND ADDRESSED TO:

(A) FRANK L. TAMULONIS, JR., ESQUIRE
COUNSEL FOR DEFENDANT'S
111 EAST MARKET STREET
POST OFFICE BOX 238
[REDACTED]
POTTSVILLE, PA. 17901

BY: *Charles Brown*
CHARLES E. BROWN, EJ-614
1074 S. ROUTE 18
ALBION, PA. 16475-00

4