Charles E. Brown, #EJ-6142
1074S, Route 18, SCI-Albion
Albion, Pennsylvania 16475

ORIGINAL 1 to U

Honorable Judge Sylvia H. Rambo
U.S. Middle District Court Of PA.
228 Walnut Street
Harrisburg, Pennsylvania 17108

RE: C.E. Brown vs. County Of Sch[…]
AT NO: #1:00-CV-01224

August 11th, 2001

FILED
HARRISBURG, PA
AUG 1 6 2001
MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

Dear Judge Rambo,

I am the Plaintiff in the above-captioned civil action.

On July 23, 2001, I filed a motion to obtain a copy from this Court of my civil complaint since I no longer have said complaint.

On August 6, 2001, you noted this within your Memorandu[m] and Order (Page #1, Bottom Paragraph). Subsequently, you Ordered in said Memorandum (Page #4, Number 5) that the Clerk of this Court is to provide me with a blank §1983 Complaint Form.

With all due respect Your Honor, I do not require a bla[nk] 42 U.S.C.A. §1983 Complaint Form. I specifically requested throu[gh] motion, an **actual copy** of the complaint of which I initial[ly] filed within your Court. I require this document so that [I] will have an adequate accounting of the events which t[ook] place while confined in Schuylkill County Prison and so I m[ay] properly argue my issues through litigation.

-1-

If it is not too much Mrs. Rambo, could you please have the Clerk of your Court kindly provide me with a copy of my initial complaint so I may properly present my case before this Tribunal?

Additionally, I will file an Amended Complaint forthwith but I stress once again the importance and significance of my having this specific document aforementioned.

Thank you very much Judge Rambo. I await your reply. I remain,

Respectfully Yours,

Charles E. Brown, #EJ-6142
10742, Route 18, SCI-Albion
Albion, Pennsylvania 16475

cc: File Copy;
Frank L. Tamulonis, Esquire,
Counsel For Defendants

2