COPY
36

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES E. BROWN,               :    Civil Action No. 1:CV-00-1224
                                :
          Plaintiff             :
                                :
     vs.                        :
                                :
COUNTY OF SCHUYLKILL,           :
SCHUYLKILL COUNTY PRISON        :
SCHUYLKILL COUNTY PRISON        :
BOARD MEMBERS,                  :
FRANCIS V. McANDREW,            :
FORREST L. SHADLE,              :
JEROME P. KNOWLES,              :
STANLEY H. TOBASH,              :
DAVID J. KURTZ,                 :
GERALD BRITTON,                 :
EUGENE BERDANIER,               :
WILLIAM E. BALDWIN,             :
and ANTHONY KANKOWSKI,          :
                                :
          Defendants            :

FILED
SCRANTON

SEP 1 1 2001

PER _____
DEPUTY CLERK

### *AFFIDAVIT OF EUGENE BERDANIER*
### *IN SUPPORT OF MOTION OF DEFENDANTS,*
### *COUNTY OF SCHUYLKILL, ET AL., TO DISMISS THE COMPLAINT*
### *OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT*

COMMONWEALTH OF PENNSYLVANIA:
                                : SS.
COUNTY OF SCHUYLKILL            :

Eugene Berdanier, being duly sworn according to law, deposes and says that:

1.     He is the current appointed and acting Deputy Warden of Schuylkill County Prison.

2.     He has been employed by the Schuylkill County Prison since September 2, 1986, and was promoted to supervisor on May 27, 1992, Deputy Warden on

August 4, 1997, and acting Warden as of April 1, 1999, and Deputy Warden upon the appointment of the current Warden, Gerald Britton, as of July 25, 1999.

3.    His duties as Deputy Warden involve maintaining prison records, computing sentences, coordinating hearings with district justices and the Court and working under the supervision of the Warden.

4.    A true correct copy of the Grievance Procedure set forth in the Schuylkill County Prison Resident Rules and Regulations, given to each resident, a true and correct copy of which is attached hereto as Exhibit "A".

5.    A review of plaintiff's prison file reveals no grievance relative to the prison conditions subject to this action or to any of the allegations as averred in the Complaint.

6.    With regard to the specific prison conditions, as alleged, Affiant avers as follows:

(a)    The entire prison has undergone a cleaning and painting process. All tables and floors are cleaned at least three times a day. Each resident is responsible for the cleanliness of his own cell.

(b)    With regard to the allegation of sleeping on a mattress, plaintiff affirmatively chose a mattress as opposed to a cot. A true and correct copy of plaintiff's selection form is attached hereto as Exhibit "B".

(c)    With regard to the allegations as to bugs, a professional exterminator, J.C. Erhlich Company, is contacted for pest control, and on July 19, 2000, all blocks were evacuated and extensive treatment was done in each cell plus the day room and shower area and J.C. Erhlich Company is on a regular schedule for pest control. A true and correct copy of the Agreement with J.C. Erhlich and invoices submitted are attached hereto as Exhibit "C".

(d)    With regard to plaintiff's allegations of disciplinary confinement and denial of disciplinary yard time, plaintiff's prison file reveals that plaintiff was provided with numerous disciplinary hearings

relative to this violations of prison rules and regulations, copies of which are attached hereto.  A true and correct copy of conduct complaints and disciplinary hearing findings contained in plaintiff's prison file are attached hereto and marked Exhibit "D".

7.    Gerald Britton, named as a defendant herein, is the current Warden of Schuylkill County Prison having assumed duties upon his appointment on July 25, 1999. Accordingly, Warden Britton would have no knowledge and no involvement in the Schuylkill County Prison prior to July 25, 1999.

8.    David Kurtz, identified as a defendant herein, is the former Warden of Schuylkill County Prison, having served in that capacity until his resignation on April 9, 1999.  Accordingly, former Warden Kurtz had no involvement or responsibility at the prison subsequent to April 9, 1999.

9.    Plaintiff is no longer incarcerated at the Schuylkill County Prison and was transferred to the State Correctional System on August 15, 2000.  According to the Summons filed in this case, plaintiff's current address is Mr. Charles E. Brown, SCI-CH, EJ6142, P.O. Box 200, Camp Hill, Pa., 17001.

*Eugene Berdanier*
Eugene Berdanier

Sworn and subscribed to before

me, a Notary Public, this 7TH

day of March, 2001.

NOTARY PUBLIC

SEAL OF THE CLERK OF COURT
Stephen M. Lukach, Jr.
Pottsville, Schuylkill County, Pa.
My Commission Expires 1st Monday of 2004

# SCHUYLKILL COUNTY PRISON



RESIDENT

RULES AND REGULATIONS

POTTSVILLE, PENNSYLVANIA 17901

REVISED: 1/25/96

## 9. Communication and Grievance Procedure

A. The following procedures have been established to insure that all inmates have the opportunity for formal communication with members of the Prison Administration.

B. All communications of an official nature are to be submitted in accordance with the guidelines listed below.

C. The Prison Administration encourages meaningful communication and will not tolerate communication of an obscene, disrespectful, threatening, frivolous or harassing nature. Such behavior will result in your being written up for a misconduct and/or criminal prosecution where appropriate.

D. Resolving routine problems: You are directed to follow these steps in resolving routine problems:
  a. consult with the officer supervising your housing unit or work detail.
  b. consult with the Supervisor.
  c. request permission for an Inmate Request Form.

E. Emergency Communication: Routine procedures are suspended for emergency purposes. In such cases, consult the nearest staff member available.

F. Routine Communication:
  Inmate Request Form: This form alerts the staff member to whom it is directed that you wish to consult him/her on a specific matter.
  You are required to state the nature of your request and all relevant information.
  The form provides for the staff member's written response which will be forwarded to you in the event an interview with the staff member is not necessary.

G. Grievance Procedure: This can be handled by requesting an Inmate Request Form and send it out to the appropriate member of staff.
  Note: Appeals to disciplinary actions must be in writing to the Warden.

## 10. Visiting Procedures

Visiting privileges are granted to all inmates in accordance with the regulations established below:

A. Visitation Types:
  — Professional visits — Visits by clergy, attorneys, law

enforcement professionals, etc. are permitted during the week (Monday-Friday) between 8 AM — 4 PM.
  — Family visits — Family or friends can visit on the inmates designated day. Each visit is 30 minutes. The inmate can contact anyone wishing to visit and inform them of what day his/her visiting is allowed.

B. General Provisions:
  — All visitors must be 18 years of age or older, except for inmates immediate children. Children must be supervised by an adult.
  — Visitors on parole or probation or out on bail are forbidden to visit unless prior approval has been given by Warden or Deputy Warden.
  — Inmates are not permitted to take any articles to or from the visiting area. Any articles to be sent out must be taken care of the morning of visiting during the week.
  — Visitors may bring only items approved on list posted. If any questions, they are to ask the Correctional Officer.
  — Visitors may be required to produce some form of valid identification and are required to register prior to visit.
  — Visits are to be conducted so as not to disturb others in the area. Loud, boisterous, profane, and/or obscene conduct will not be tolerated.
  — Visitors are subject to full search procedure at all times while on Prison property. This includes vehicles and packages.
  — Visitors are subject to all laws and regulations regarding contraband, escape and general conduct. Serious violations may result in criminal prosecution and/or restriction of visiting status. Indications of criminal activity will result in the visitor being detained on premises pending arrival of police.
  — Visitors will not be admitted if, in the opinion of prison staff, they are intoxicated, under the influence of drugs or their presence disrupts visiting procedure.
  — Normal visitation procedures may be suspended indefinitely during any state of emergency.

## 11. Financial Accounts

A. Upon your arrival, any cash in your possession will be maintained in a Prison Account. Negotiable instruments, checks, credit cards, etc. will be maintained with your personal effects or locked up out front in office. **You are not permitted**

Bg#65
B/m
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

BLOCK REPORT

SCHUYLKILL COUNTY PRISON

POTTSVILLE, PENNSYLVANIA

17901

DATE: 10/18/00          TIME: 12:25 p.m          CELL NO: E-17

RESIDENT: Brown, Charlie

ADDRESS: 2146 Green St.

DOB: 10/14/80     HT: 5' 8"     WT: 170     EYES: brn     HAIR:

SEARCHED: 10/18/00     BY: Kum

SCARS, MARKS, TATTOOS, ETC: _____

_____ NONE _____

_____

FINGER-PRINTED: _____     PHOTO-GRAPHED: _____

FINGER-PRINTED, PHOTO-GRAPHED, AND I. D. BY: _____

COMMENTS/REMARKS:

SHOWER: _____     LINEN: /     HAND-BOOK: _____     PHONE CALL: _____

PUBLIC DEFENDER APPLICATION: _____     UNIFORMS: /

(48) HOUR ISOLATION DATE COMPLETED:     NO  48

SUPERVISOR/ DESK  - SIGNATURE: Lt Mahr J Lfe     was n
        OFFICER                                   ha-chon
                                                  trans

I, Charles Brown , AN UNSENTENCED RESIDENT OF THE SCHUYLKILL

COUNTY PRISON, DO HEREBY VOLUNTEER TO PARTICIPATE IN ASSIGNED WORK DETAILS

OR BE ISOLATED FROM THE POPULATION.

10-24-00  Released  S.CIC"



OFFICE OF

# THE SCHUYLKILL COUNTY PRISON

### DAVID J. KURTZ, *Warden*

POTTSVILLE, PA.
17901

## TEMPORARY HOUSING

### INMATE'S REQUEST FORM

UPON ENTERING POPULATION I, *Brown, Charlie*

REQUEST TO HAVE:

√    MATTRESS

—    COT

√    CUP + EATING Utensil

NAME: X *Charles Brown*

DATE: *10/18/00*

F-BLK-SHW.-CLN. 11-19-99

Bag #35
B/m
SS# 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

**BLOCK REPORT**
**SCHUYLKILL COUNTY PRISON**
**POTTSVILLE, PENNSYLVANIA**
**17901**

F-12(11-12-97,
~~F-18(8-19-98)~~
~~E-24~~
~~E-14~~

DATE: _1-19-98_    TIME: _12:35 P.m._ CELL NO: ~~F-14~~

RESIDENT: _BROWN, CHARLES, F_

ADDRESS: _2146 GREEN ST    HARRISBURG    PA    17104_

DOB: _10-14-80_  HT: _5'5"_  WT: _160_  EYES: _BRN_  HAIR: _BLK_

SEARCHED: _Strip_  BY: _C/o Andrastek_

SCARS, MARKS, TATTOOS, ETC: _two bullet holes right shoulder_

_____

_____

_____

FINGER-PRINTED: _12-2-96_    PHOTO-GRAPHED: _12-2-96_

FINGER-PRINTED, PHOTO-GRAPHED, AND I. D. BY: _C/o. Hubiak_

COMMENTS/REMARKS: _Attempt to commit a crime - engage in a conspiracy to commit a crime
prohibit offensive weapons - simple assault - aggravated assault - recklessly endangering
another person - criminal mischief - receiving stolen property - resisting arrest
firearms not to be carried without a license   Bail 30 150,000_

SHOWER: _____  LINEN: _✓_  HAND-BOOK: _____  PHONE CALL: _____

PUBLIC DEFENDER APPLICATION: _____    UNIFORMS: _____

(48) HOUR ISOLATION DATE COMPLETED: _1-21-98    12:35 P.m._

SUPERVISOR/ DESK  - SIGNATURE: _C/o Anderson Rdr_
    OFFICER

I, _X Charles E. Brown_ , AN UNSENTENCED RESIDENT OF THE SCHUYLKILL

COUNTY PRISON, DO HEREBY VOLUNTEER TO PARTICIPATE IN ASSIGNED WORK DETAILS
                                                            1-5-99
OR BE ISOLATED FROM THE POPULATION. ✱ _KEEP SEPERATE FROM MARSHALL, D C/Bk_



OFFICE OF

# THE SCHUYLKILL COUNTY PRISON

### DAVID J. KURTZ, *Warden*

POTTSVILLE, PA.,                    . 1998
17901

## T E M P O R A R Y   H O U S I N G

### INMATE'S REQUEST FORM

UPON ENTERING POPULATION I, __Brown, C._____

REQUEST TO HAVE:

_____✓_____MATTRESS

_____COT


NAME: _Charles Brown_____

DATE: _1-21-98_____



OFFICE OF

# THE SCHUYLKILL COUNTY PRISON

### DAVID J. KURTZ, *Warden*

POTTSVILLE, PA.
17901

. 19

## T E M P O R A R Y   H O U S I N G

### INMATE'S REQUEST FORM

UPON ENTERING POPULATION I, _Brown, Charles_

REQUEST TO HAVE:

✓   MATTRESS

—   COT

✓   Cup + Eating Utensil

NAME: X _Charlie Brown_

DATE: _11-17-99_

03/07/2001  11:19  570-628-1934        JC EHRLICH COMPANY                    PAGE  02

## Pest Control Service Agreement

# Ehrlich *Since 1928*                              228211

P. O. BOX 689
408 SOUTH C. A. LORD BLVD.
POTTSVILLE, PA 17901-3963
717-622-3760  FAX # 717-622-3785

| Tamaqua | 695-3478 | Shenandoah | 462-2742 |
| Lehighton | 377-4638 | Frackville | 874-4066 |
| Tamaqua | 668-1133 | Elizabethville | 362-6961 |

INVOICE TO **Schuylkill County Prison**          DATE  **March 7**    % **2001**

ADDRESS  **230 Sanderson Street**

CITY  **Pottsville, PA**          **17901**      PHONE  **( 570)  628-1450**
                              ZIP CODE              AREA CODE

ATTN: (IF NECESSARY) _____

JOB LOCATION _____  PHONE (    )
                                        AREA CODE

SERVICE TO BE RENDERED FOR CONTROL OF:                    ZIP CODE

SPECIAL INSTRUCTIONS AND AREAS TO BE SERVICED

**Treat kitchen, staff dining room, storage area, and vending area**

**inside the main entrance. Treat control rooms only on request.**

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION.

MONTHLY SERVICES @ $  **40.00**   + SALES TAX  PER MONTH ___  $ _____ + SALES TAX
                                                          (ANNUALLY)

SERVICE FOR _____ DEODORIZER UNITS @ $ ___  PER MONTH ___  $ _____
                                                          (ANNUALLY)

BEGINNING _____          CHARGE FOR INITIAL SERVICES  $ _____

BILLING:                    SERVICE FREQUENCY:        SUNDRY NO.

___ MONTHLY              ___ ONCE PER MONTH

___ QUARTERLY (IN ADVANCE)   X TWICE PER MONTH                    + SALES TAX

X SEMI-ANNUAL (IN ADVANCE)   ___ WEEKLY            TOTAL $ _____
   5% DISCOUNT
___ ANNUALLY (IN ADVANCE)    ___ OTHER            PAID ON ACCOUNT $ _____
   5% DISCOUNT                 (SEE SPECIAL INSTRUCTIONS)
                                                                 + SALES TAX
___ C.O.D. _____ CHARGE                          BALANCE $ _____

IN THE EVENT FULL PAYMENT IS NOT MADE WITHIN 30 DAYS AFTER INVOICING A FINANCE CHARGE WILL BE ADDED TO THE UNPAID BALANCE. IF A FINANCE CHARGE APPEARS ON THE STATEMENT, IT WAS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% ADDED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS, AND/OR CREDITS APPEARING ON THE STATEMENT. EXCEPT THAT A MINIMUM LATE CHARGE OF $1.00 MAY BE IMPOSED.

### ACCEPTANCE OF AGREEMENT

## J. C. EHRLICH Co., Inc.

THE ABOVE QUOTATIONS ARE HEREBY ACCEPTED BASED ON THE TERMS AND CONDITIONS AS FOUND ON THE REVERSE SIDE

_____          _____
REPRESENTATIVE                        CUSTOMER

FOR OFFICE USE ONLY

| DISTRICT OFFICE **2-Pottsville** | DATA PROCESSING |
| SERVICE TECH **530**  BILLING CLASS ___ | **1002765-01**  ACCOUNT NUMBER |

JCE FORM 98

CUSTOMER'S COPY

## Pest Control Service Agreement

**Ehrlich** Since 1928

228406

P. O. BOX 689
408 SOUTH C. A. LORD BLVD.
POTTSVILLE, PA 17901-3963
717-622-3760  FAX # 717-622-3785

| Tremont | 695-2428 | Shenandoah | 462-3782 |
| Lenighton | 377-4638 | Frackville | 874-4656 |
| Tamaqua | 668-1133 | Elizabethville | 362-8881 |

SIC 9223

INVOICE TO  **Schuylkill County Prison**          DATE  **July 13,      2000**

ADDRESS         **230 Sanderson Street**

CITY        **Pottsville, PA**          **17901**          PHONE  **(570)  628-1450**
                                ZIP CODE           AREA CODE

ATTN: (IF NECESSARY)

JOB LOCATION _____  PHONE (   )
                                          AREA CODE

SERVICE TO BE RENDERED FOR CONTROL OF:                              ZIP CODE
              **Ants and Roaches**

SPECIAL INSTRUCTIONS AND AREAS TO BE SERVICED

**Areas to be treated monthly include the medical cells, holding cells**

**and property room. Cell blocks will be treated three times a year on**

**a rotating basis ([A & B], [C], [D & E], [F]).  The boiler room,**

**tunnel system, work release area and additional areas will be treated**

**as needed.**

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION.

____ MONTHLY SERVICES @ - $ **110.00** + SALES TAX  PER MONTH _____ $ _____ + SALES TAX
                                                                    (ANNUALLY)

____ SERVICE FOR _____ DEODORIZER UNITS @ - $ ___ PER MONTH ___ $ _____ + SALES TAX
                                                                    (ANNUALLY)

BEGINNING  **July 2000**          CHARGE FOR INITIAL SERVICES $ _____

BILLING:                    SERVICE FREQUENCY:       SUNDRY NO.

X   MONTHLY              X   ONCE PER MONTH

___ QUARTERLY (IN ADVANCE)   ___ TWICE PER MONTH              TOTAL $ _____ + SALES TAX

___ SEMI-ANNUAL (IN ADVANCE)   ___ WEEKLY
         2% DISCOUNT                                    PAID ON ACCOUNT $ _____

___ ANNUALLY (IN ADVANCE)   ___ OTHER
         5% DISCOUNT          (SEE SPECIAL INSTRUCTIONS)

___ C.O.D.  X   CHARGE                              BALANCE $ _____ + SALES TAX

IN THE EVENT FULL PAYMENT IS NOT MADE WITHIN 30 DAYS AFTER INVOICING A FINANCE CHARGE WILL BE ADDED TO THE UNPAID BALANCE. IF A FINANCE CHARGE APPEARS ON THE STATEMENT, IT WAS COMPUTED BY A PERIODIC RATE OF 1½% PER MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18% ADDED TO THE PREVIOUS BALANCE AFTER DEDUCTING CURRENT PAYMENTS, AND/OR CREDITS APPEARING ON THE STATEMENT. EXCEPT THAT A MINIMUM LATE CHARGE OF $1.00 MAY BE IMPOSED.

**J. C. EHRLICH Co., Inc.**

ACCEPTANCE OF AGREEMENT
THE ABOVE QUOTATIONS ARE HEREBY ACCEPTED BASED ON THE TERMS AND CONDITIONS AS FOUND ON THE REVERSE SIDE

_____          _____
REPRESENTATIVE                          CUSTOMER

FOR OFFICE USE ONLY

DISTRICT OFFICE                    DATA PROCESSING

SERVICE TECH. _____ BILLING CLASS _____          ACCOUNT NUMBER

JCE FORM 96

ALL-STATE LEGAL  800-222-0510    ED11    RECYCLED 

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

RESIDENT CHARLES BROWN

PRISON NO. FP-F1-6

CASE NO.: 1657
TIME: 1:15
DATE: 2/20/97

RESULTS OF HEARING:

APProx. 11:30 AM

BOARD: SUP. BERDANIER, COUNSELOR KRYJAK
CHAIRED: W/R ROY EILER

On THE ABoVE DaTE + TiME WHILE THiS %

| | |
|---|---|
| C/O FALESKI: | READ CONDUCT REPORT TO BOARD & RES. BROWN. |
| EILER: | IS THE REPORT TRUE AS STATED? |
| FALESKI: | YES. |
| EILER: | HOW DO YOU (BROWN) PLEAD? |
| BROWN: | NOT GUILTY. |
| EILER: | DO YOU HAVE ANYTHING TO SAY? |
| BROWN: | WE WERE ONLY WRESTLING, WE WEREN'T FIGHTING. |
| EILER: | DOES THE BOARD HAVE ANY QUESTIONS? |
| BERDANIER: | YOU SAY "WE WEREN'T WRESTLING", BUT YOU CAME FROM BEHIND. |
| BROWN: | YEA, BUT WE WEREN'T FIGHTING. |
| BERDANIER: | HAVE DEVLIN BROUGHT UP AS A WITNESS. |
| C/O DEVLIN: | I WAS COMING DOWN FROM THE TIER AND BROWN & RATLIFF WERE HORSEPLAYING BUT THAN IT TURNED INTO A FIGHT. I KNOW A FIGHT WHEN I SEE A FIGHT. |

FINDING:  X  GUILTY ____ NOT GUILTY

DISPOSITION: GUILTY TO #13 - 10 DAYS. #16 - 20 DAYS ON "ASSAULT" SECTION
TOTAL 30 DAYS.  CREDIT FOR TIME SERVED.  1 HR YARD TIME 5 DAYS A WEEK.
REVIEWED EVERY 5 DAYS.  AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN
WITHIN 30 DAYS.
#12 DISMISSED.

ATTENDED HEARING:

1. _Roy J. Eiler_

2. _Mutu G. h_

3. _Sup. E.H. Berdanier_

4. _____

_David J Kurt_
WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

### CONDUCT COMPLAINT

CASE NO: **1657**

RESIDENT **BROWN, CHARLES**   DATE **2-17-97**

TIME **APPROX. 11:20 AM**   TIME AND DATE OF HEARING **1030 20 Feb 97**

INCIDENT: ON THE ABOVE DATE + TIME WHILE THIS C/O WAS ON DUTY IN B/CR, I WITNESSED RES BROWN, C (FROM F-23) SHOVE RES RATLIFF, C. (F-25) FROM BEHIND AND PUSH HIM INTO CELL F-16. RES RATLIFF ALMOST FELL AND CAME OUT AND THEY GRABBED EACH OTHER. RES RATLIFF PINNED RES BROWN TO THE FLOOR BUT DID NOT HIT HIM. C/O DEVLIN ARRIVED AT THE SCENE AND THEY BROKE IT UP.

CLASS I MISCONDUCT

 # 12 RIOTING OR INCITING TO RIOT

 # 13 CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES

# 16 ASSAULTS AND FIGHTING

COMPLAINING OFFICER C/O H Falchi

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. C/O Devlin
2. _____
3. _____
4. _____
5. _____
6. _____

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

**CONDUCT COMPLAINT**

CASE NO: 1683

RESIDENT _Brown, Charles_    DATE _6-21-97_

TIME _2125 hours._    TIME AND DATE OF HEARING _1000hrs. 26 June 97_

**INCIDENT:** On the above date and time after Supervisor Murray dispensed medication inmate Brown stated, "Fuck you". This C/o directly ordered this inmate to lock-in. Inmate Brown refused this order and continued to linger about the block and make beligerant comments, causing this C/o to physically lock inmate Brown's door. At this time inmate Brown stated he doesn't listen to shit bag's. Moments later this C/o + C/o Rizzardi presented Res. Brown a 6 day minor to sign (see attached). Brown responded with, "Shove it and we can do this right now — bring all your blue shirt smurf's on!".

<u>Class I Misconducts</u>
. Rioting or inciting to riot.
. Conspiracy to escape, riot, or <u>disrupt normal prison routine</u> that could result in bodily injury to personel or inmates.
1. Refusing to obey an order.
. Insolence or disrespect toward a staff member.
. Violation of administrative directives not specifically enumerated.

inmt Rule Handbook p. 16 section 2 letters H, and I
: Repeated violations of Class II Misconducts (#10 - see minor misconduct).

COMPLAINING OFFICER _C/o P. Morgan_

RESIDENT WITNESSES:
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

# SCHUYLKILL COUNTY PRISON

## NOTICE OF MINOR MISCONDUCT

DATE: 6/21/97

TIME: 2150 hrs

RESIDENT: *Brown, C.*

INCIDENT: *On the above date and time the above inmate said, "Fuck You" to this C/O. This C/O then told inmate Brown to Lock-in. He ignored this direct order and continued to linger in the Block and continued to make beligerant statements to this guard*

*Class II Misconduct*

*#10. Any Violation of Rule or Regulation contained in the inmate handbook not specifically enumerated in this sub section.*

COMPLAINING OFFICER *C/O Morgan*

   If a resident is reported by an officer for a minor misconduct, he/she may or may not be placed in Administrative Segregation at the time the incident occured.  Segregation is at the discretion of the Complaining Officer, per approval of the Shift Supervisor.  A hearing will be scheduled before the Disciplinary Board within 24 hours or sooner and no later than six (6) days from the time of incident. He/she can be awarded a period of time in Administrative Segregation of not more than thirty (30) days to be decided by the Disciplinary Board.

ADMINISTRATIVE SEGREGATION:   YES: _____     NO: _____

IF YES STATE REASON: _____

_____

RESIDENT RECEIVED COPY - DATE: *6/21/97*  TIME: *2125*

RESIDENT SIGN: *Inmate Stated, "Shove it."   C/O mum*

APPROVED: _____

SHIFT SUPERVISOR

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

RESIDENT___CHARLES BROWN_____

PRISON NO._____

CASE NO:___1683_____

TIME:_____10:15_____

DATE:_____6/26/97_____

RESULTS OF HEARING: BOARD: SUP. BERDANIER,. COUNSELOR KRYJAK
                    CHAIRED: W/R ROY EILER

C/O MORGAN:       (MORGAN ABSENT)  C/O FALESKI READ CONDUCT REPORT TO BOARD & RES. BROWN.

EILER:            IS THE REPORT TRUE AS STATED?

FALESKI:          YES, TO THE BEST OF MY KNOWLEDGE & BELIEF.

EILER:            HOW DO YOU (BROWN) PLEAD?

BROWN:            GUILTY TO #18, 31 & 13.  NOT GUILTY TO THE OTHERS.

EILER:            DO YOU HAVE ANYTHING TO SAY?

BROWN:            NO.

EILER:            DOES THE BOARD HAVE ANY QUESTIONS?

KRYJAK:           DID YOU SAY "BRING ON YOUR BLUE SHIRT SMURFS"?

BROWN:            YES.

FINDING:    _X_ GUILTY  _____NOT GUILTY

DISPOSITION: GUILTY TO #13,18,31 – 20 DAYS EACH CHARGE – TOTAL 60 DAYS. CREDIT FOR
             SERVED.  1 HR YARD TIME 5 DAYS A WEEK.  REVIEWED EVERY 5 DAYS.  AN APP
             MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.

ATTENDED HEARING:

1. _Roy J. Eiler_                    3. _Supv. E.H. Berdanier_

2. _Morgan_                          4. _____

                                     _David J. Kurtz_
                                     WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CONDUCT COMPLAINT

CASE NO: 1730

RESIDENT Brown, Charles    DATE 22 Jan 98

TIME 6:30pm

TIME AND DATE
OF HEARING 1/27/98 @ 10:30am

INCIDENT: On the above date and time resident Brown, C was told again to pull his pants up from letting his rear end hang out. Inmate Brown, C became belligerent and acted in an aggressive behavior at this C/O (yourey), and C/O wittig. Inmate Brown, C was told to "lock-in", Inmate Brown, C stated, "Fuck ya all, I aint lockin' in, ya all crazy." At this time Supervisor Rizzardi, C/O wittig and myself (C/O yourey) entered C/Block to lock resident Brown, C in. Resident Brown, C again had an aggressive attitude toward staff.

The following are class 1 misconducts:

18. Refusing to obey an order.

(13) Conspiracy to escape, Riot or Disrupt Normal institutional Routine that could Result in bodily injury to personnel or inmates

(31) Insolence or Disrespect toward a staff Member

(33) Violation of Administrative Directives Not specifically Enumerated

COMPLAINING OFFICER C/O Yourey

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. _____
2. W. Wittig
3. _____
4. _____
5. _____
6. _____

## SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

BROWN, CHARLES

RESIDENT ___Brown, charles___

PRISON NO. _____

CASE NO: __1730__

TIME: __6:30PM  10:30__

DATE: __aa Jan 98  1/27/98__

RESULTS OF HEARING: BOARD: SUP. RUBRIGHT, COUNSELOR KURDINSKY
                    CHAIRED: W/R/A MATT MORGAN


C/O YOUREY:     (YOUREY ABSENT)  C/O MENDINSKY READ CONDUCT REPORT TO BOARD
                & RES. BROWN.

MORGAN:         IS THE REPORT TRUE AS STATED?

MENDINSKY:      YES.

MORGAN:         HOW DO YOU (BROWN) PLEAD?

BROWN:          GUILTY.

MORGAN:         DO YOU HAVE ANYTHING TO SAY?

BROWN:          THE C/O TOLD ME TO PULL UP MY PANTS.  THE FIRST TIME I DID.
                THE SECOND TIME HE TOLD ME TO PULL UP MY PANTS I WAS HEADING
                FOR THE SHOWER.  I TOLD HIM I HAD TO TAKE MY PANTS OFF TO SHOWER
                SO I ARGUED WITH HIM.  OTHER PEOPLE WEAR THEIR PANTS LOWER THAN
                ME.  I FELT LIKE I WAS BEING HARASSED.

MORGAN:         DID YOU DO THIS TO AVOID TAKING P.C. - AS A WAY TO SAVE FACE
                AND AVOID AN INCIDENT WITH ANDY MCFARLAND OR ANY OTHER OF
                COREY MCCABE'S BROTHERS OR FRIENDS?

BROWN:          NO, I JUST FELT HARASSED.

MORGAN:         IF YOU STAY ON 'C' BLOCK OR GO TO 'F' BLOCK WILL THERE BE A
                PROBLEM?

BROWN:          NO, I DON'T THINK SO.

FINDING: __x__ GUILTY _____ NOT GUILTY

DISPOSITION:    GUILTY TO #13,18,31.  10 DAYS L/U ON EACH CHARGE - TOTAL 30 DAYS WITH
                CREDIT FOR TIME SERVED.  TO REMAIN ON 'C' BLOCK.  REVIEWED EVERY
                5 DAYS.  AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.
                                L/U BEGINS - 1/22/98
                                L/U ENDS - 2/21/98

ATTENDED HEARING:

1. _____      3. _____

2. _____      4. _____


                                _____
                                WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1770

## CONDUCT COMPLAINT

RESIDENT __Brown C__          DATE __5-22-98__

TIME __8:00 P.M.__          TIME AND DATE Admin H/U pending New
                            OF HEARING  Charges (Pottsville P.D.) - dropped charges
                            Rescheduled for 6/24/98 @ 5:30pm

INCIDENT: ON The ABOVE DATE AND TIME  This clo WAS DoING
8:00 o'clock check AND SAW That RES. MARSHALL, D WAS NOT
STANDING IN FRONT OF HIS CELL DooR. RES. MARSHALL, D  WAS IN
THE CELL CRYING. This clo HAD ASKED HIM WHAT WAS WRONG
AND RES. MARSHALL, D STATED THAT "HE HAD FELL". THIS clo HAD
SEEN THAT HIS FACE WAS SWELLING AND HAD DEEP CUTS ON BOTH
SIDES ON HIS CHEEKS. THIS clo HAD NOTIFIED SUP. RIZZARDI AND
clo ANDRUCHECK AND clo BloscHICHAK. AFTER TALKING WITH RES.
MARSHALL, D HE HAD TOLD US THAT IT WAS RES. BROWN, C WHO
HAD ASSAULTED HIM, HE DID NOT FALL. RES. MARSHALL, D STATED
"RES BROWN, C DID NOT HIT ME WITH HIS FISTS, BUT HE USED A
WEAPON" AFTER FURTHER INVESTIGATION, THE WEAPON USED IN THE
ASSAULT WAS THE RoUND PIECE OF METAL THAT OPENS AND CLOSES
THE WINDOW IN RES. BROWN, C CELL.

COMPLAINING OFFICER __clo Wittig__

RESIDENT WITNESSES:          STAFF WITNESSES:

1._____          1. __clo Andruchek__
2._____          2. __clo Bloschichak__
3._____          3. __clo Viney__
4._____          4. __clo Bennett__
5._____          5._____
6._____          6._____

**SCHUYLKILL COUNTY PRISON**

**Pottsville, Pennsylvania**

CASE NO: _177D_

**CONDUCT COMPLAINT**

RESIDENT ___Brown C____     DATE ___5-22-98___

TIME ___8:00 PM____     TIME AND DATE
OF HEARING _____

INCIDENT:

THE Following ARE CLASS 1 MISCONDUCTS:

✓ #3 Possesion of or INTRODUCTION OF CONTRABAND or
implements of escape

✓ #4 carrying a deadly weapon

✓ #9 tampering with, destroying or damaging property

#12 Rioting or inciting to riot

✓ #13 Conspiracy to escape, riot, or disrupt Normal institution
routine that could result in bodily injury to personnel
or inmates

✓ #16 assaults And fighting

✓ #22 breaking restriction or quarantine

✓ #29 Presence in an unauthorized area - another person's cell
on the wrong tier, etc.

COMPLAINING OFFICER _____

**RESIDENT WITNESSES:**                **STAFF WITNESSES:**

1. _____     1. _____
2. _____     2. _____
3. _____     3. _____
4. _____     4. _____
5. _____     5. _____
6. _____     6. _____

✓ #33 Violation of administrative directives Not specifically
enumerated

## SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

|  |  |
|---|---|
| | CASE NO: 1770 |
| RESIDENT  CHARLES BROWN | TIME: 5:30 |
| PRISON NO. | DATE: 6/24/98 |

RESULTS OF HEARING:    BOARD:  SUP. FLANNERY, C/O SETLOCK
CHAIRED:  W/R/A MATT MORGAN

C/O WITTIG:        (WITTIG ABSENT)   C/O TAYLOR READ CONDUCT REPORT TO BOARD &
RES. BROWN.

MORGAN:         IS THE REPORT TRUE AS STATED?

TAYLOR:         YES.

MORGAN:         HOW DO YOU (BROWN) PLEAD?

BROWN:         GUILTY TO #16, 29, 13.

MORGAN:         DO YOU HAVE ANYTHING TO SAY?

BROWN:         I BEAT MARSHALL WITH MY HANDS.  HERE IS A COPY OF THE POLICE
REPORT FROM POTTSVILLE PD.
(REPORT SUBMITTED AS EVIDENCE AND READ BY C/O TAYLOR.)

MORGAN:         DID YOU HIT HIM WITH SOMETHING OTHER THAN YOUR FISTS?

BROWN:         NO.  JUST MY FISTS.

FINDING:    X   GUILTY _____ NOT GUILTY

DISPOSITION:  GUILTY TO #9,13,16,29,33 & 34.  GIVEN 90 DAYS L/U IN "E" BLOCK.
CREDIT FOR TIME SERVED SINCE 5/22/98.  1 HR YARD TIME 5 DAYS A WEEK.
REVIEWED EVERY 5 DAYS.  AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN
WITHIN 30 DAYS.

ATTENDED HEARING:

1. _Matthew W. Morgan_         3. _Todd _____

2. _____         4. _____

_David J. Kurtz_
WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1812

F-17        CONDUCT COMPLAINT

RESIDENT CHARLES BROWN    DATE SEPT 26TH 1998

TIME        10:00 AM    TIME AND DATE
                        OF HEARING    Oct 1, 1998 @ 5:45 pm

INCIDENT:

ON THE ABOVE DATE AND TIME THIS % WAS STATIONED IN F BLOCK. WHILE I WAS IN THE BLOCK A PHYSICAL CONFRONTATION ENSUED BETWEEN RES BROWN, C. AND COLNA. P.. WHAT TARTED AS HORSEPLAY IMMEDIATELY BECAME SERIOUS WHEN HEY FELL TO THE FLOOR. THE STAFF AND I THEN SEPARATED HE 2 RESIDENTS AND THEY HAD TO BE LOCKED IN THEIR SPECTIVE CELLS BECAUSE IT CONTINUED VERBALLY.

; 1 MISCONDUCTS:

#13 CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTIONS ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES.

#16 ASSAULTS AND FIGHTING.

#18 REFUSING TO OBEY AN ORDER.

COMPLAINING OFFICER _%c A Falchi_

RESIDENT WITNESSES:                    STAFF WITNESSES:

1. _____                    1. c/o _____
2. _____                    2. %c _____
3. _____                    3. _____
4. _____                    4. _____
5. _____                    5. _____
5. _____                    6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

|  |  |
|---|---|
| | CASE NO: 1812 |
| RESIDENT  CHARLES BROWN | TIME: 5:45 |
| PRISON NO. _____ | DATE: 10/1/98 |

RESULTS OF HEARING:   BOARD:  SUP. RUBRIGHT, C/O TAYLOR
                             CHAIRED:  W/R/A MATT MORGAN

C/O FALESKI:        (FALESKI ABSENT)  C/O BLOSCHICHAK READ CONDUCT REPORT TO BOARD
                      & RES. BROWN.

MORGAN:            IS THE REPORT TRUE AS STATED?

BLOSCHICHAK:      YES.

MORGAN:            HOW DO YOU (BROWN) PLEAD?

BROWN:              UNSURE ON HOW TO PLEAD.

MORGAN:            DO YOU HAVE ANYTHING TO SAY?

BROWN:              IT WAS ALL FOOLING AROUND UNTIL I GAVE COLNA A HIP TOSS AND
                      HE HIT HIS HEAD.

                RES. WHALED CALLED

WHALEN:            EVERYONE THOUGHT THAT THEY WERE FOOLING AROUND UNTIL COLNA
                      FLEW THROUGH  THE AIR.

        NO FURTHER QUESTIONS.

FINDING:    __x__ GUILTY    _____ NOT GUILTY

DISPOSITION:    GUILTY OF #13, 16 & 18.  GIVEN 40 DAYS L/U.  CREDIT FOR TIME SERVED.
                    REMAIN IN "F" BLOCK UNTIL A CELL BECOMES AVAILABLE IN "E" BLOCK.
                    1 HR YARD TIME 5 DAYS A WEEK.  REVIEWED EVERY 5 DAYS.  AN APPEAL MAYBE
                    MADE TO THE WARDEN WITHIN 30 DAYS.

ATTENDED HEARING:

1. _Matthew W Morgan_        3. _C/o Taylor_

2. _Tylor_                4. _____

                                _David J Kurtz_
                                WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: _1819_

CONDUCT COMPLAINT

RESIDENT _F/LCK RES. BROWN. C._ DATE _18 OCT 98_

TIME _0850 HRS_          TIME AND DATE
                         OF HEARING _10/23/98 @ 5.50pm._

INCIDENT: As THIS C/O WAS INVOLVED IN AN INCIDENT WITH
RES. CAMPBELL, RES. BROWN LEFT HIS CELL AND APPROACHED THE
IMMEDIATE AREA OF ABOVE-MENTIONED INCIDENT IN A THREATEN-
MANNER. RES. BROWN WAS ALREADY RESTRICTED TO HIS CELL ON A
PREVIOUS MAJOR MISCONDUCT. (SEE INCIDENT REPORT.)

RES. BROWN IS CHARGED WITH THE FOLLOWING MAJOR MISCONDUCTS:

#12   RIOTING OR INCITING TO RIOT

✓#13  CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION ROUTINE
      COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES

#15.  THREATENING AN EMPLOYER OR INMATE WITH BODILY HARM OR ILL

✓#19. REFUSING TO OBEY AN ORDER

✓#22  BREAKING RESTRICTION OR QUARANTINE.

✓#24. PRESENCE IN AN UNAUTHORIZED AREA

#31.  INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER.

✓#37  VIOLATION OF ADMINISTRATIVE DIRECTIVES NOT SPECIFICALLY ENUMERAT

                         COMPLAINING OFFICER C/O _Michael Fc_

RESIDENT WITNESSES:              STAFF WITNESSES:

1._____         1. _C/o Blaschichak_
2._____         2. _C/o Sandler_
3._____         3._____
4._____         4._____
5._____         5._____
6._____         6._____

# SCHUYLKILL COUNTY PRISON
## ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date _____ 18 OCT 98 _____    Person reporting _C/O MICHAEL FORD_

Time _____ 0850 HRS _____    Shift Supervisor _RUBRIGHT Sup. Rudrft_

Name of individual report is about _Flak Res. Brown, C._

Witness _C/O Sandler_    Witness _C/O Blochinlak_

INCIDENT: AS THIS C/O WAS INVOLVED IN AN INCIDENT WITH
RES. CAMPBELL, RES BROWN LEFT HIS CELL AND APPROACHED
THE IMMEDIATE AREA OF ABOVE MENTIONED INCIDENT IN A THREATENING
MANNER. RES BROWN WAS ALREADY RESTRICTED TO HIS CELL ON A MAJOR
MISCONDUCT. RES. BROWN SHOUTED THREATS AND INSULTS DURING
THIS INCIDENT. RES. BROWN WAS TOLD TO RETURN TO HIS CELL
SEVERAL TIMES DURING THIS INCIDENT.

Action taken/Disposition

Date _____ 10-19-98 _____    Dep. Warden _Berdanier_

Schuylkill County Prison
230 Sanderson Street          Accident/Incident Report 9/95
Pottsville PA 17901-1758

Individual report is about _Res. Brown, C_

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

**CASE NO:** 1819

**RESIDENT** CHARLES BROWN          **TIME:** 5:50PM

**PRISON NO.** _____          **DATE:** 10/23/98

**RESULTS OF HEARING:** BOARD: SUP. RIZZARDI, C/O CARUSO

CHAIRED: W/R/A MATT MORGAN

**C/O FORD:**          (FORD ABSENT) C/O SETLOCK READ CONDUCT REPORT TO BOARD & RES. BROWN.

**MORGAN:**          IS THE REPORT TRUE AS STATED?

**SETLOCK:**          YES.

**MORGAN:**          HOW DO YOU (BROWN) PLEAD?

**BROWN:**          GUILTY TO # 18.

**MORGAN:**          DO YOU HAVE ANYTHING TO SAY?

**BROWN:**          I JUST CAME OUT OF MY CELL TO GET MEDICATIONS. C/O BLOSCHICHAK TOLD ME TO GO BACK TO MY CELL, SO I DID.

**MORGAN:**          DOES THE BOARD HAVE ANY QUESTIONS?

**RIZZARDI:**          WHAT WERE YOU OUT OF YOUR CELL FOR?

**BROWN:**          TYLENOL. I WASN'T SAYING ANYTHING.

**FINDING:**    X  GUILTY    ___ NOT GUILTY

**DISPOSITION:**  GUILTY OF #13, 18 & 33. GIVEN 45 DAYS IN "E" BLOCK. NO CREDIT FOR TIME SERVED. (SERVING A MAJOR MISCONDUCT AT TIME OF INCIDENT) 1 HR YARD TIME 5 DAYS A WEEK. REVIEWED EVERY 5 DAYS. AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.

**ATTENDED HEARING:**

_Matthew W. Morgan_          3. _C/O John Caruso_

_Scott Pry_          4. _____

_David J Kanty_

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1849

### CONDUCT COMPLAINT

RESIDENT _Brown, C_  DATE _1-4-99_

TIME _9:10 A.M._  TIME AND DATE _1/7/99 @ 6:15pm_
OF HEARING

INCIDENT:
ON ABOVE DATE & TIME This Supr NOTICED that
Above inmate BROWN, Ch. HAD Res. Scott, C Sneakers on
from C/BLK. Res. BROWN Admitted to this Supr. that
the Sneakers Are from C/BLK but would not tell me
how it was done. BROWN is IN F.BLK

Class I
13 Conspiracy to escape, Riot, or disrupt normal institu
Routine that could Result in bodily injury to personne
inmates

33 Violation of Administrativn directivis not specifically enu

30 Loaning property for profit

COMPLAINING OFFICER _____

RESIDENT WITNESSES:  STAFF WITNESSES:

1. _____  1. _____
2. _____  2. _____
3. _____  3. _____
4. _____  4. _____
5. _____  5. _____
6. _____  6. _____

## SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

| | |
|---|---|
| **RESIDENT** BROWN, CHARLES | **CASE NO:** 1849 |
| **PRISON NO.** | **TIME:** 6:15pm |
| | **DATE:** 01/07/99 |

**RESULTS OF HEARING:** BOARD:    C/O TAYLOR & C/O WITTIG
CHAIRMAN: W/R/A MORGAN

SUP. RIZZARDI:    READS THE CONDUCT REPORT TO THE BOARD AND RES. BROWN, C.

MORGAN:    IS THE REPORT TRUE AS STATED?

RIZZARDI:    YES.

MORGAN:    HOW DO YOU (BROWN) PLEAD?

RES. BROWN:    GUILTY TO #13, & #30.

MORGAN:    DO YOU (BROWN) HAVE ANYTHING TO SAY IN YOUR BEHALF?

RES. BROWN:    NO.

MORGAN:    HOW WERE THE SNEAKERS PASSED BETWEEN BLOCKS?

RES. BROWN:    C/O ZELONIS PASSED THE SNEAKERS.

MORGAN:    WHY DID C/O ZELONIS PASS THE SNEAKERS FROM RES. SCOTT WHO IS IN ONE
TO YOU, IN ANOTHER BLOCK.

BROWN:    RES. SCOTT ASKED HIM TO. I NEEDED A GOOD PAIR OF SNEAKERS FOR COURT
MINE WERE THE "RUN DMC MODEL".

MORGAN:    DOES THE BOARD HAVE ANY FURTHER QUESTIONS?

BOARD:    NO.

**FINDING:**    X GUILTY    NOT GUILTY

**DISPOSITION:** GUILTY OF #13, & #30. GIVEN 20 DAYS LOCK-UP, TO BE SERVED ON PRESEN
CREDIT FOR TIME SERVED. RESIDENT WARNED THAT IF HIS BEHAVIOR CONTIN
LONGER HE (BROWN) WILL BE PLACED INTO ADMINISTRATIVE LOCK-UP AND REM
IN SUCH STATUS UNTIL HE LEAVES THIS INSTITUTION. REVIEW EVERY FIVE
ONE HOUR YARD TIME, FIVE TIMES PER WEEK. AN APPEAL MAYBE MADE IN WR
TO THE WARDEN WITHIN THE NEXT 30 DAYS.

**ATTENDED HEARING:**

1. _Matthew W. Morgan_    3. _Keith Wittig_

2. _C/o Taylor_    4.

_David J. Kurtz_
**WARDEN'S SIGNATURE**

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CONDUCT COMPLAINT

CASE NO: 1859

RESIDENT _Brown, Charlie_    DATE _2/2/99_

TIME _1050 AM_    TIME AND DATE
OF HEARING _2-5-99  12:30 p.m._

INCIDENT: On above date + time Res. Brown, C commissary was given to him by c/o Setlock. Res. Brown, C went to his cell and emptied his bag, a couple minutes later Res. Brown, C told this c/o his coffee was missing. This c/o asked Brown if his bag was opened Brown stated yes. This c/o said I can't help him. Brown kicked F-BIK door and said he wants to see the Sup. this c/o with c/o Devlin went INTO F-BIK Brown had his fist clinched and said he wasn't going to his cell. c/o Setlock + c/o Devlin had to escort Brown to his cell.

_Class 1 Misconducts_

12. Rioting or inciting to riot

13. Conspiracy to escape, riot, or disrupt normal institution routine that could result in bodily injury to personnel or inmates

18. Refusing to obey an order

31. Insolence or disrespect toward a staff member

33. Violation of administrative directives not specifically enumerated

COMPLAINING OFFICER c/o _Setlock_

RESIDENT WITNESSES:    STAFF WITNESSES:
                       1. _____
                       2. _____
                       3. _____
                       4. _____
                       5. _____
                       6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

RESIDENT  CHARLES BROWN

PRISON NO.

CASE NO: 1859

TIME: 12:30

DATE: 2/5/99

RESULTS OF HEARING:   BOARD:  SUP. WAPINSKY, COUNSELOR KURDINSKY
                      CHAIRED: ACTING, COUNSELOR KRYJAK

| | |
|---|---|
| C/O SETLOCK: | (SETLOCK ABSENT)  C/O DEVLIN READ CONDUCT REPORT TO BOARD & RES. BROWN. |
| KRYJAK: | IS THE REPORT TRUE AS STATED? |
| DEVLIN: | YES. |
| KRYJAK: | HOW DO YOU PLEAD? |
| BROWN: | GUILTY TO #13 & 33. |
| KRYJAK: | DO YOU HAVE ANYTHING TO SAY? |
| BROWN: | NO. |
| KRYJAK: | DOES THE BOARD HAVE ANY QUESTIONS. |
| BOARD: | NO. |

FINDING:   X  GUILTY   ____ NOT GUILTY

DISPOSITION:  THE BOARD RECOMMENDED ADMINISTRATIVE LOCKUP PER DECISION RENDERED
IN CASE #1849 DATE 1/7/99.  RESIDENT WAS WARNED AT THAT TIME
BY CHAIR MORGAN OF THIS BEING THE NEXT DECISION.

ATTENDED HEARING:

1.

2.

3.

4.

WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1899

CONDUCT COMPLAINT

RESIDENT _Charlie Brown_ DATE _6-6-99_

TIME _3:05_   TIME AND DATE OF HEARING _6/9/99 @ 10:15am_

INCIDENT: On above date & time this C/O
Saw Res. J. Michels and Res. C. Brown
Fighting.

### Class 1 mis.

12. Rioting or inciting to Riot

13. Conspieacy to escape, Riot or disrupt Noemal instiution Routine that could result in bodily injury to peesonnel or inmates.

15. Threatening an employee or inmate with bodily harm or injury.

16. Assaults and fighting.

22. Breaking Restriction or quarantine

### Class 2 mis.

1. Body punching, horse play.

10. Any violation of Rule or Regulation contained in the inmate handbook not specifically enumerated in this subsection. COMPLAINING OFFICER C/O Zelonis

RESIDENT WITNESSES:                 STAFF WITNESSES:

1. _____                  1. _C/O Krum_
2. _____                  2. _____
3. _____                  3. _____
4. _____                  4. _____
5. _____                  5. _____
6. _____                  6. _____

## SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

| | | |
|---|---|---|
| | | CASE NO:     1899 |
| RESIDENT     CHARLES BROWN | | TIME:     5:4- |
| PRISON NO. | | DATE:     6/9/99 |

RESULTS OF HEARING:     BOARD:  SUP. KANKOWSKI, C/O TAYLOR
CHAIRED:  ACTING, COUNSELOR KRYJAK

THE BOARD REVIEWED THE MAJOR MISCONDUCT WITHOUT THE RESIDENT PRESENT.

FINDING:     X GUILTY _____ NOT GUILTY

DISPOSITION:  IN VIEW OF RESIDENT BROWN BEING ALREADY IN ADMIN SEGRE. IT IS THE BOA
RECOMMENDATION THAT RESIDENT BROWN CONTINUE IN ADMIN SEGRE.

ATTENDED HEARING:

1. _____     3. C/o Taylor

2. Supv Anthony Kankows     4. _____

SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

CASE NO: 1916

### CONDUCT COMPLAINT

RESIDENT  Brown, C  (E-8)        DATE        7-2-99

TIME        Aprox. 3 45 Pm        TIME AND DATE
OF HEARING  7/7/99 @ 5:30pm

**INCIDENT:** On Above date ½ Aprox- time Res. Brown came back from counsler's office and picked
up the mop wringer. Res then said to this c/o to stay away from the windows unless I wanted glass
all over me. I told Res. Brown to stop ½ Res. said to call the Dep. Warden ½ tell him
to get down to E-blk now. This c/o then notified Sup. Kawkowski ½ c/o wittig of the
situation. Res Brown then started to smash the mop wringer off of the walls, tables, ½
smashed the heating thermostat cover ½ thermostat off the wall. Res. Also said that if
Anyone (Sup. Kawkowski, cous. Krajnack, Kurdinsky, c/o's wittig, Zeloris, kross, ½ myself)
crossed over the sally port ½ into E-blk dayroom, they would get hit with the wringer.
Dep warden Berdanier came into E-blk along with All mentioned staff. Res. Brown
continued to hit the wringer off the wall ½ shouted before returning to his cell.
    Class 1 misconducts :

#4 carrying a deadly weapon
#9 Tampering with, destroying or damaging property
# 12 Rioting or inciting to riot
# 13 conspiracy to escape, riot, or disrupt normal institution routine
     that could result in bodily injury to personnel or inmates.
# 15 Threatening an employee or inmate with bodily harm or injury ( 8 counts )
#18 Refusing to obey an order
   22 Breaking restriction or quarantine
   29 Presence in an unauthorized Area — E-blk dayroom while in lock-up
   31 Insolence or disrespect toward a staff member ( 8 counts )

COMPLAINING OFFICER  Bloschichak

RESIDENT WITNESSES:        STAFF WITNESSES:

_____    1. _Wittig_____
_____    2. _____
_____    3. _____
_____    4. _____
_____    5. _____
_____    6. _____

3 Violation of Administrative directives not specifically enumerated
        Inmate handbook pages

PAGE 18  #5 General locations Letters A ½ B      Page 6  Communication ½ Grievance Procedure
PAGE 17   Letter E institutional property              Letters C, D, ½ G
PAGE 16   Letter H following orders
4 Repeated violations of Class 2 misconducts.

# SCHUYLKILL COUNTY PRISON

# Pottsville, Pennsylvania

| | |
|---|---|
| | **CASE NO:** 1916 |
| **RESIDENT** CHARLES BROWN | **TIME:** 5:30 |
| **PRISON NO.** | **DATE:** 7/7/99 |

## RESULTS OF HEARING:

**BOARD:** SUP. KANKOWSKI, C/O MCGOWEN
**CHAIRED:** W/R/A MORGAN

**C/O BLOSCHICKAK:** (BLOSCHICHAK ABSENT)  C/O WITTIG READ CONDUCT REPORT TO BOARD & RES. BROWN.

**MORGAN:** IS THE REPORT TRUE AS STATED?

**MCGOWEN:** YES.

**MORGAN:** HOW DO YOU (BROWN) PLEA?

**BROWN:** GUILTY.

**MORGAN:** DO YOU HAVE ANYTHING TO SAY?

**BROWN:** I HAVE MENTAL  HEALTH ISSUES THAT NEED TO BE ADDRESSED BY PROFESSIONALS.

**MORGAN:** DOES THE BOARD HAVE ANY QUESTIONS.

**BOARD:** NO.

**FINDING:** X GUILTY ____ NOT GUILTY

**DISPOSITION:** GUILTY ON ALL CHARGES.  GIVEN 180 DAYS L/U IN "E" BLOCK. TIME BEGINNING 7/7/99 AT 6PM. REVIEWED EVERY 5 DAYS.  1 HR YARD TIME 5 DAYS A WEEK.  AN APPEAL MAYBE MADE TO THE ACTING WARDEN WITHIN 30 DAYS. (IN WRITING)

**ATTENDED HEARING:**

1. *Matthew W. Morgan*          3. *S. McS.*

2. *Anthony J Kankowsk*         4. _____

*E. A. Bellomini*
ACTING   WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 1949

CONDUCT COMPLAINT

RESIDENT Brown, C          DATE 8-22-99

TIME 9:15 p.m.          TIME AND DATE
                        OF HEARING 8/24/99 @ 6pm

INCIDENT: On above date & Time when this C/o was attempting
to move Res, OHL, J which is Res Brown, & cell mate, Res
Brown was blocking the door way & said He (meaning Res, OHL,J
isn't going any where. I closed the cell door & Told supv Kanka
I asked Res, OHL, J to move again, Res Brown replied if the door a
again he was stabbing C/c's with pens at this point supv Kanka
& C/o's Wittig, & Gheres, came into assist in controling the situatio
Res. Brown, C said he will take us all on & threw the pens down, gral
a mattress from his cell & threw it to the floor from the top tier

## Class I misconducts

#4  Carrying a deadly weapon

#12  Rioting or inciting to riot
#13  disrupt normal institution routine

COMPLAINING OFFICER C/O Knuss

RESIDENT WITNESSES:          STAFF WITNESSES:

1._____        1._____
2._____        2._____
3._____        3._____
4._____        4._____
5._____        5._____
6._____        6._____

Next Page

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

| | | |
|---|---|---|
| | CASE NO: | 1949 |
| RESIDENT  CHARLES BROWN | TIME: | 6 PM |
| PRISON NO. | DATE: | 8/24/99 |

RESULTS OF HEARING:   BOARD: SUP FLANNERY, C/O KALINICH
                       CHAIRED:  SUP. KANKOWSKI

C/O KRUSS:          (KRUSS ABSENT)  C/O KALINICH READ CONDUCT REPORT TO BOARD & RES.
                    BROWN.

KANKOWSKI:          IS THE REPORT TRUE AS STATED?

KALINICH:           YES.

          RES BROWN NOT PRESENT.

          RES. BROWN UNDER ADMIN. L/U ALREADY.

FINDING:    X   GUILTY _____ NOT GUILTY

DISPOSITION:    CONTINUE UNDER ADMIN. L/U.  YARD TIME RETURNED 5 DAYS A WEEK, 1 HR.

ATTENDED HEARING:

1. _____     3. _____

2. _____     4. _____

                                        _E. H. Beildonie_
                            Deputy        WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CONDUCT COMPLAINT                    CASE NO: 1954

RESIDENT _Brown C_____    DATE _8/27/99_

TIME _____10:10 AM_____    TIME AND DATE
                             OF HEARING _9/3/99 @ 10:15 AM_

INCIDENT:

On Above Date & Time This C/o McGinnis attempted To Do A cell change. Res. Brown refused To let Res. McCabe move in his cell. Res. stated "I don't want nobody In my Cell move me To medical." Res. was informed That He would Be placed on a major Misconduct If He refused So. Reason for cell change was because of overcrowding, numerous Comm. and HAD To make Room For Prison Routine To Run Correctly.

#13 Conspiracy to escape, riot or disrupt normal Institution rov.
     That Could result In bodily injury To personnel or inmates

#18 Refusing To obey an order

#33 Violation of administrative directives not Specifically enumerate

#34 Repeated Violations of class 2 misconducts

COMPLAINING OFFICER _C/o McGinnis_

RESIDENT WITNESSES:                  STAFF WITNESSES:

1._____          1._____
2._____          2._____
3._____          3._____
4._____          4._____
5._____          5._____
6._____          6._____

## SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

|  |  |
|---|---|
| | CASE NO: 1954 |
| RESIDENT CHARLES BROWN | TIME: 8:10 AM |
| PRISON NO. | DATE: 9/7/99 |

RESULTS OF HEARING:

BOARD: C/O'S CASESTIA & GERA
CHAIRED: W/R/A MORGAN

**C/O MCGOWEN:**     (MCGOWEN ABSENT)  SUP. RIZZARDI READ CONDUCT REPORT TO BOARD & RES. BROWN.

**MORGAN:**     IS THE REPORT TRUE AS STATED?

**RIZZARDI:**     YES.

**MORGAN:**     HOW DO YOU (BROWN) PLEA?

**BROWN:**     NOT PRESENT.

FINDING:    X   GUILTY _____ NOT GUILTY

DISPOSITION: ADMINISTRATIVE LOCKUP

ATTENDED HEARING:

1. _____     3. _____Michael Gera_____

2. _____     4. _____

_Deputy_    WARDEN'S SIGNATURE

**SCHUYLKILL COUNTY PRISON**

**Pottsville, Pennsylvania**

CASE NO: _2107_

**CONDUCT COMPLAINT**

RESIDENT _BROWN, Charles_ DATE _5/6/00_

TIME _2:15PM_     TIME AND DATE
OF HEARING _5.11.00 @ 0945_

INCIDENT: Res Brown, C was in a confrontation
With Res Whalen, Joels, Both residents were
throwing punches.
    Residents were locked up after fight.

Violations
 # 16 Assaults + Fighting
 # 13 Conspiracy to escape, riot or disrupt normal
    institution routine that could result in bodily
    injury to personnel or inmates

COMPLAINING OFFICER _Go Berson_

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

| | |
|---|---|
| | CASE NO: 2107 |
| RESIDENT  CHARLES BROWN | TIME: 9:45 |
| PRISON NO. | DATE: 5/11/00 |

**RESULTS OF HEARING:**

BOARD:  C/O'S FALESKI, MENDINSKY
CHAIRED:  COUNSELOR KRYJAK

**C/O BEVAN:** READ CONDUCT REPORT TO BOARD & RES. BROWN.

**KRYJAK:** IS THE REPORT TRUE AS STATED?

**BEVAN:** YES.

**KRYJAK:** HOW DO YOU PLEA?

**BROWN:** NOT GUILTY TO #16.  GUILTY TO #13.

**KRYJAK:** DO YOU HAVE ANYTHING TO SAY?

**BROWN:** NOTHING.  SLAPS WERE THROWN NOT REALLY PUNCHES.  WE WERE JUST PLAYING AROUND.

**KRYJAK:** DOES THE BOARD HAVE ANY QUESTIONS?

**MENDINSKY:** THERE WERE NO PUNCHES THROWN DURING THE WHOLE THING?

**BROWN:** JUST SLAPS.  I THINK THIS WAS HORSEPLAY.  THATS WHAT IT STARTED AS.

**FINDING:** X GUILTY ____ NOT GUILTY

**DISPOSITION:** GUILTY TO #16, 13.  15 DAYS ON EACH.  TOTAL 30 DAYS.  CREDIT FOR TIME SERVED.  1 HR YARD TIME 5 DAYS A WEEK.  REVIEWEDL EVERY 5 DAYS.  AN APPEAL MAYBE MADE IN WRITING TO THE WARDEN WITHIN 30 DAYS.

**ATTENDED HEARING:**

1. _____  3. _____

2. _____  4. _____

_____
WARDEN'S SIGNATURE

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 2149

## CONDUCT COMPLAINT

RESIDENT ___BROWN, CHARLES___ DATE ___08 JUN 00___

TIME ___1140 HRS___

TIME AND DATE
OF HEARING ___6-13-00 @ 0950___

INCIDENT: ON THE ABOVE DATE AND TIME, THIS c/o WAS LOCKING DOWN F-BLOCK AFTER LUNCH. RES, BROWN, C APPROACHED THIS c/o AND STATED THAT HE WANTED BREAD INSTEAD OF HIS TRAY, BECAUSE HE HAD TWO TEETH REMOVED. UPON CHECKING WITH THE NURSE AND KITCHEN, NO SPECIAL ACCOMODATIONS WERE TO BE MADE. UPON TELLING RES BROWN THIS, HE STATED "I AIN'T LOCKIN IN". AT THIS POINT THIS c/o RADIOED LT. FLANNERY TO COME TO F-BLOCK. LT. FLANNERY AND c/o HERRING ENTERED THE BLOCK AND RES. BROWN BECAME VERY HOSTILE AND ANGERED. RES. BROWN THEN TOOK OFF HIS SHIRT AND SAID "LETS GET IT ON". LT. FLANNERY, c/o HERRING AND THIS c/o THEN LEFT F-BLOCK AND ALERTED All c/o's TO F-BLOCK TO ASSIST IN LOCKING BROWN IN. UPON ENTERING THE BLOCK ALONG WITH c/o's HERRING, SCHWARTZ, FALESKI, SETLOCK, MENDINSKY, DEVLIN AND LT. FLANNERY, BROWN BECAME EXTREMELY

COMPLAINING OFFICER _____ ( CON'T NEXT PAGE

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. __WITNESS SIGNATURES ON LAST PAGE__
2. _____
3. _____
4. _____
5. _____
6. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO:_____

CONDUCT COMPLAINT

RESIDENT_____    DATE_____

TIME_____    TIME AND DATE
OF HEARING_____

INCIDENT: AGITATED WHILE HOLDING A MOP RINGER
THREATENING TO USE IT. HE THEN BECAME VIOLENT
TAKING AN AGGRESSIVE STANCE AND STRIKING LT.
FLANNERY NUMEROUS TIMES IN THE HEAD AND FACE.
HE ALSO BECAME PHYSICALLY ASSAULTIVE TO ALL C/O's
PRESENT BY KICKING AND PUNCHING. C/O's HERRING
MENDINSKY AND DEULIN WERE INJURED IN THE
ALTERCATION. AT THIS TIME, BROWN BEGAN REPEATEDLY
STRIKING LT. FLANNERY IN THE FACE AND HEAD.
IN RESPONSE TO THIS, THIS C/O APPLIED A STREAM OF
OLEORESIN CAPSICUM (O.C.) INTO THE FACE, EYES AND
MOUTH OF BROWN. THIS BROUGHT BROWN UNDER CONTROL
ENOUGH TO CEASE HIS VIOLENT ACTIONS AND GAIN
CONTROL OF THE SITUATION. BROWN WAS THEN
MOVED TO MEDICAL 2. THIS C/O ALONG WITH ALL

(CONT. NEXT P.

COMPLAINING OFFICER_____

RESIDENT WITNESSES:                STAFF WITNESSES:

1._____    1._____
2._____    2._____
3._____    3._____
4._____    4._____
5._____    5._____
6._____    6._____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO:_____

### CONDUCT COMPLAINT

RESIDENT_____    DATE_____

TIME _____    TIME AND DATE
OF HEARING_____

INCIDENT:  OTHER C/O'S USED ONLY THE MINIMAL
AMOUNT OF FORCE TO GET THE SITUATION UNDER
CONTROL AND AT NO TIME DID FORCE BECOME ECESSIVE.

I CHARGE BROWN WITH THE FOLLOWING
CLASS I MISCONDUCTS:

#4. CARRYING A DEADLY WEAPON

#9. TAMPERING WITH, DESTROYING OR DAMAGING PROPERTY

#13. CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION
ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL
OR INMATES.

#15. THREATENING AN EMPLOYEE OR INMATE WITH BODILY HARM OR
INJURY

#16. ASSAULTS AND FIGHTING

#22. BREAKING RESTRICTION OR QUARANTINE.

#31. INSOLENCE OR DISRESPECT TOWARD AN OFFICER.

COMPLAINING OFFICER_____    (CONT. NEXT PAGE)

RESIDENT WITNESSES:                STAFF WITNESSES:

1._____    1._____
2._____    2._____
3._____    3._____
4._____    4._____
5._____    5._____
6._____    6._____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CONDUCT COMPLAINT                    CASE NO: _____

RESIDENT _____    DATE _____

TIME _____    TIME AND DATE
                          OF HEARING _____

INCIDENT:

#33. VIOLATION OF ADMINISTRATIVE DIRECTIVES
     NOT SPECIFICALLY ENUMERATED.

#34. REPEATED VIOLATIONS OF CLASS 2 MISCONDUCTS:
     REPEATED VIOLATIONS OF CLASS 1 MISCONDUCTS.

COMPLAINING OFFICER C/o Powers

RESIDENT WITNESSES:                STAFF WITNESSES:

1. _____              1. Co Faleski
2. _____              2. Co Mendinski
3. _____              3. %
4. _____              4. a.w Schwartz
5. _____              5. _____
6. _____              6. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 2150

CONDUCT COMPLAINT

RESIDENT _BROWN, C.____  DATE _6-8-00_

TIME _11:40 A M_  TIME AND DATE
OF HEARING _6-13-00 @ 0940_

INCIDENT:

ON ABOVE DATE AND TIME RES. BROWN, C. REFUSED
TO OBEY A ORDER TO LOCK-IN. RES. BROWN, C THEN TOOK
POSSESSION OF THE MOP-RINGER. RES. BROWN, C REFUSED
TO PUT THE MOP-RINGER DOWN. AFTER GETTING THE MOP-RINGER
WAY FROM RES. BROWN, C. HE THEN ASSAULTED THIS LT.
THE FOLLOWING ARE CLASS I MISCONDUCTS:

(13) CONSPIRACY TO ESCAPE, RIOT, OR DISRUPT NORMAL INSTITUTION
ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR
INMATES.

(15) THREATENING AN EMPLOYEE OR INMATE WITH BODILY HARM OR INJUR,

(18) REFUSING TO OBEY AN ORDER.

(31) INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER.

(33) VIOLATION OF ADMINISTRATIVE DIRECTIVES NOT SPECIFICALLY
ENUMERATED.

(16) ASSAULTS AND FIGHTING. COMPLAINING OFFICER _LT. Flanney_

RESIDENT WITNESSES:               STAFF WITNESSES:

1. _____            1. _____
2. _____            2. _____
3. _____            3. _____
4. _____            4. _____
5. _____            5. _____
6. _____            6. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

CASE NO: 2151

CONDUCT COMPLAINT

RESIDENT _BROWN, CHARLES_    DATE _08 JUN 2000_

TIME _1430 HRS_    TIME AND DATE OF HEARING _6·13·00 @ 0930_

INCIDENT: ON THE ABOVE DATE AND TIME, THIS c/o ALONG WITH c/o LAUDEMAN WERE CLEANING OUT BROWN'S CELL AFTER A CELL CHANGE. THE FOLLOWING ITEMS WERE FOUND: LIGHTERS, ASHTRAY AND PLASTIC BAGS WHICH ONCE HELD TOBACCO.

THE FOLLOWING ARE CLASS I MISCONDUCTS:

#3. POSSESSION OF OR INTRODUCTION OF CONTRABAND OR IMPLEMENTS OF ESCAPE.

#13. CONSPIRACY TO ESCAPE, RIOT OR DISRUPT NORMAL INSTITUTION ROUTINE THAT COULD RESULT IN BODILY INJURY TO PERSONNEL OR INMATES.

#19. POSSESSION OF OR USE OF DANGEROUS OR CONTROLLED SUBSTANCES.

#33 VIOLATION OF ADMINISTRATIVE DIRECTIVES NOT SPECIFICALLY ENUMERATED

COMPLAINING OFFICER _c/o Bowers_

RESIDENT WITNESSES:

1._____
2._____
3._____
4._____
5._____
6._____

STAFF WITNESSES:

1. _C/o Laudeman_
2._____
3._____
4._____
5._____
6._____

#34. REPEATED VIOLATIONS OF CLASS II MISCONDUCTS.

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date __6 - 8 - 00_____     Person reporting _____

Time __11: 40 A.M._____     Shift Supervisor _LT. FLANNERY_

Name of individual report is about __RES. BROWN, C._____

Witness_____     Witness_____

INCIDENT:

ON ABOVE DATE AND TIME THIS LT. WAS CALLED TO
F-BLK. UPON ENTERING F-BLK RES. BROWN, C WAS SITTING
ON TOP OF THE TABLE. THIS LT. ORDERED RES. BROWN, C TO GET
OFF THE TABLE. RES. BROWN, C. REFUSED TO GET OFF THE TABLE.
RES. BROWN, C STATED HE WAS NOT LOCKING UP UNTIL HE GOT
SOMETHING TO EAT. HE STATED HE COULD NOT EAT WHAT WAS ON
HIS LUNCH TRAY. HE STATED HE COULD NOT EAT WHAT WAS ON

Action taken/Disposition

HIS TRAY BECAUSE HE HAD TWO TEETH EXTRACTED, TWO DAYS AGO.
RES WAS NOT PUT ON A SPECIAL-TRAY BY THE MEDICAL DEPT.

Date_____     Warden_____

THIS LT. ORDERED RES BROWN TO LOCK-UP. RES. REFUSED TO
OBEY THIS ORDER HE THEN STATED TO BRING-EVERYONE IN TO
LOCK HIM UP. AT THIS TIME LT. FLANNERY WAS IN THE BLOCK

Schuylkill County Prison
230 Sanderson Street
Pottsville PA  17901-1758

Accident Incident Report 9/95

Individual report is about_____

ALONG WITH C/O'S BOWERS, & HERRING, AT THIS TIME WE LEFT
F BLOCK TO GET MORE C/O'S TO PUT RES. BROWN C IN HIS CELL.

PON RETURNING TO F-BLK WITH THE REST OF THE STAFF
O PUT RES. BROWN, C IN HIS CELL, RES BROWN, C WAS IN
SSESSION OF THE MOP-RINGER. THIS LT. ORDERED RES TO
T THE RINGER-DOWN. RES REFUSED TO. THIS LT ALONG WITH
ST OF THE C/O'S TO GET THE MOP-RINGER AWAY FROM
S BROWN. AFTER GETTING RES.BROWN TO DROP THE-RINGER
S, BROWN,C. ASSAULTED THIS LT. RES BROWN, C. BECAME COMBATIVE,

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

|  |  |  |
|---|---|---|
| | CASE NO: | 2149, 2150, 2151 |
| RESIDENT    CHARLES BROWN | TIME: | 1PM |
| PRISON NO. | DATE: | 6/13/00 |

**RESULTS OF HEARING:**                        RESIDENT AGREES TO HAVING ALL 3
                                    BOARD:  DEP WARDEN BERDANIER      COMPLAINTS HEARD AT ONE TIME
                                    CHAIRED:  COUNSELOR KRYJAK

**C/O MENDINSKY:**          READ CONDUCT REPORT TO BOARD & RES. BROWN.

**KRYJAK:**                IS THE REPORT TRUE AS STATED?

RESIDENT PLEADS GUILTY WITHOUT THE COMPLAINTS TO BE READ.

ACKNOWLEDGES RECEIVING COPIES PRIOR TO HEARING.

**KRYJAK:**                DO YOU HAVE ANYTHING TO SAY?

**BROWN:**                 I NEVER MEANT FOR PATSY OR DEVLIN TO GET HURT.  I LET THEM GET
                          THE MOP WRINGER.  I REMEMBER GRABBING FLANNERY, BUT I DON'T
                          REMEMBER PUNCHING HIM.

**FINDING:** X ___ GUILTY ___ NOT GUILTY

**DISPOSITION:** #2149-GUILTY BY OWN ADMISSION. ADMINISTRATIVE LOCKUP STATUS.
        #2150-GUILTY BY OWN ADMISSION.,#13-20 DAYS, #15-20 DAYS, #18-10 DAYS,
        #31-20 DAYS, #33-10 DAYS - TOTAL 80 DAYS CS TO ANY PRESENT SENTENCE.
        #2151-GUILTY BY OWN ADMISSION. #3-20 DAYS, #13-15 DAYS, #33-15 DAYS
        TOTAL 50 DAYS CS TO OTHER SENTENCE CRIMINAL CHARGES PENDING*

**ATTENDED HEARING:**        TO REMAIN IN CURRANT HOUSING STATUS.  PENDING REVIEW BY PRISON
                          ADMINISTRATION.

1. _____                    3. _____

2. D.W. E.H. Berdanier                        4. _____

                                    _____
                                    WARDEN'S SIGNATURE

ORIGINAL

### SCHUYLKILL COUNTY PRISON

### Pottsville, Pennsylvania

CASE NO: 2215

### CONDUCT COMPLAINT

RESIDENT BROWN, Charles     DATE 8-7-00

TIME     9:10 AM     TIME AND DATE
OF HEARING     8-11-00 @ 0930

INCIDENT: On the above date and approx. time Res Brown, C was going up the steppeds to top tier, This C/o informed Res Brown C that he is not allowed on the top tier. Res Brown, C became very hostile towards this C/o and started to curse obscene language such as, "Fucker, mother fucker etc". C then told Res Brown C to lock in and he refused stating that their is no fucker going to lock him in.

Misconducts:

18. Refusing to obey an order

31. Insolence or disrespect toward a staff member

33. Violation of administrative directives not specifically enumerated

29. Presence in an unauthorized area - another person's cell, on the wrong tier etc.

COMPLAINING OFFICER C/o Neidig

RESIDENT WITNESSES:          STAFF WITNESSES:

1. _____          1. C/o Hornung
2. _____          2. _____
3. _____          3. _____
4. _____          4. _____
5. _____          5. _____
6. _____          6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

RESIDENT Brown, Charles

CASE NO: 2215
TIME: 12:45
DATE: 8/11/00

PRISON NO.

RESULTS OF HEARING:       BOARD:  DW BERDANIER, LT UHOLICK
                          CHAIRED:  COUNSELOR KURDINSKY

| | |
|---|---|
| C/O NEIDIG: | READ CONDUCT REPORT TO BOARD & RES. BROWN |
| KURDINSKY: | IS THE REPORT TRUE AS STATED? |
| NEIDIG: | YES. |
| KURDINSKY: | HOW DO YOU PLEA? |
| BROWN: | GUILTY. |
| KURDINSKY: | DO YOU HAVE ANYTHING TO SAY? |
| BROWN: | NO. |
| KURDINSKY: | DOES THE BOARD HAVE ANY QUESTIONS? |
| BOARD: | NO. |

FINDING:  X  GUILTY  _____ NOT GUILTY

DISPOSITION:
              GUILTY BY OWN ADMISSION.  ADMINISTRATIVE LOCKUP.
              RELEASED TO STATE.

ATTENDED HEARING:

1. _D.W. E.H. Berdanier_          3. _Joseph Kurdinsky_

2. _Lt. Philip Uholick_          4. _____

                                 _____
                                 WARDEN'S SIGNATURE