(38)

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. BROWN, Plaintiff | : | Civil Action No. 1:CV-00-1224 |
| | : | Honorable Sylvia H. Rambo |
| vs. | : | |
| GERALD BRITTON, EUGENE BERDANIER, and DAVID J. KURTZ, Defendants | : | |

FILED
SCRANTON
SEP 11 2001
PER ______
DEPUTY CLERK

***AFFIDAVIT OF PATRICIA HOAK, R.N., IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT***

**COMMONWEALTH OF PENNSYLVANIA:**
**: SS.**
**COUNTY OF SCHUYLKILL :**

Patricia Hoak, R.N., being duly sworn according to law, deposes and says that:

1. She is a Registered Nurse and has been employed as a Registered Nurse in a full-time capacity at the Schuylkill County Prison since September 15, 1997 and, as such, is custodian of medical records of residents incarcerated in Schuylkill County Prison.

2. I have reviewed ¶ 9 of the Amended Complaint wherein plaintiff alleges that he attempted to obtain medical attention due to an injury sustained to his knee on March 31, 2000 following an injury sustained during exercise as well as plaintiff's allegation that he was denied treatment until 28 days later allegedly due to the "delinquency of the medical staff within 'SCP' in treating plaintiff's injured knee."

3. A true and correct copy of the medical records of plaintiff, Charles E. Brown, relating to his alleged knee injury of March 31, 2000 through June 12, 2000 are attached hereto and marked Exhibit "A".

4. The medical records reveal the following treatment references to a knee injury during the period from 3/31/00 through 6/3/00:

(a) According to Accident/Incident Report dated 4/1/01, at 1:45 p.m. it was reported that resident Brown hurt his left knee.

(b) On April 1, 2000 at 3:00 p.m., the nurse was notified and advised to apply ice to inmate's affected knee, give Tylenol PRN and advise resident to keep leg elevated.

(c) Plaintiff was seen at the emergency room of the Pottsville Hospital and Warne Clinic on 4/2/00. At that time, the following treatment was prescribed:

> Knee immobilizer, rest, elevate, ice, Tylenol as needed, weight bearing as tolerated, crutches.

(d) On 4/10/00, resident had been weight bearing left leg as tolerated, utilizing crutches for ambulation, elevating left leg with ice PRN to knee, wearing knee immobilizer and taking Tylenol as ordered for pain. Plaintiff was seen by Dr. Narang, at which time it was reported that resident became violent and pulled arm away with clenched fist during the exam. According to the progress note Dr. Narang stated "he almost hit me." Resident stood up and walked out of medical examination against Dr. Narang's request to come back.

(e) According to an incident report dated 4/11/00 at 11:30 a.m., plaintiff advised Lieutenant Uholic that I am cured, there is nothing the matter with me, take the crutches back, I am alright.

(f) According to the examination notes of Dr. Narang dated 4/10/00, plaintiff presented with complaints of knee pain on the left side and a history of injury. Dr. Narang reported that patient got violent and almost hit me. Patient cursed and walked out. A report was made and patient was advised to come back.

(g) On 4/11/00 at 11:30 a.m., Catherine Corroto, R.N., recorded that she was advised that plaintiff refused to use his crutches. Nurse Corrotto advised resident Brown that he would be medically non-compliant if he refused to use crutches to which he responded "I don't care". Resident Brown was noted ambulatory in the Cell Block bearing weight without his knee immobilizer on.

(h) On 4/17/00, Dr. Narang stated that resident refused examination on 4/10/00 and it was not necessary to see him.

(i) On 4/27/00, Dr. Narang would not see resident. Resident was ambulatory without crutches, a limp was apparent at times and not visible at other times.

(j) During distribution of morning medications, plaintiff was advised by the R.N. that Dr. Narang was willing to see him on April 10, but due to his unwillingness to allow the doctor to examine him and due to his violent action, Dr. Narang was unable to finish his assessment secondary to his violent actions.

(k) On 5/1/00 at 11:30 a.m., Dr. Narang was called with regard to resident Brown.

(l) On 5/1/00 at 1:15 p.m., Dr. Narang recommended consultation with an orthopedic doctor, and to treat as indicated.

(m) On 5/1/00 at 1:15 p.m., five orthopedic surgeons were contacted including, Robert Boran, Daniel D'Arco, Michael Dawson, Myron Haas, Ranjan Sachdev, and Calvin Stoudt to schedule an

appointment for an orthopedic consult. At that time, each orthopedic surgeon advised that they do not accept Schuylkill County Prison prisoners as outpatient referrals. Warden Britton was made aware and instructed the Registered Nurse to keep trying.

(n) On 5/2/00 at 9:00 a.m., the Registered Nurse spoke with Dr. Dawson's office. She was advised that Dr. Dawson would accept the patient and an appointment was scheduled for May 3, 2000 at 9:00 a.m.

(o) On May 3, 2000, plaintiff was examined by Michael H.O. Dawson, M.D., at 9:00 a.m. Thereafter, an MRI was ordered and taken and physical therapy instituted.

5. The medical records confirm, contrary to the allegations of the Complaint that plaintiff was examined and treated by the emergency department at the Pottsville Hospital and Warne Clinic on April 2, 2000, by Dr. Narang on April 10, 2000 and ultimately referred to an outside, board certified orthopedic surgeon and examined on May 3, 2000. The records further reveal that plaintiff refused treatment upon examination by Dr. Narang on 4/10/00 as stated in the Incident Report of 4/11/00.

Patricia Hoak RN

Patricia Hoak, R.N.

Sworn and subscribed to before me, a Notary Public, this 7TH day of September, 2001.

Theresa R. Price

NOTARY PUBLIC

NOTARIAL SEAL
THERESA R. PRICE, Notary Public
Pottsville, Schuylkill County, PA
My Commission Expires Aug. 13, 2002

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date 4-1-00 Person reporting C/o Taylor

Time 1:45 PM. Shift Supervisor Lt. Uholick

Name of individual report is about Charles Brown (F8)

Witness ________ Witness ________

INCIDENT: On the above date and time Res. Brown, C. (F-8) hurt his left knee out in F-yd.

Action taken/Disposition Res. Brown, C. (F-8) was given ice, Lt Uholick was notified.

Date 4.3.00 Warden WSf

2/00 4/1/00 at 3pm - Lt Uholick notified this RN of above incident RN advised Lt to apply ice to inmate affected knee, give Tylenol PRN and advise resident till keep leg ↑. This RN to see resident am 4/2/00

Schuylkill County Prison
230 Sanderson Street
Pottsville PA 17901-1758

Accident Incident Report 9 95

Individual report is about Charles Brown (F-8)

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date 4-1-00 Person reporting ________

Time 4:00 pm Shift Supervisor Lt -Uhotill

Name of individual report is about Charlie Brown + Zulkowski B.

Witness C/O Heckman Witness ________

INCIDENT:

on about date + Time inmate C Brown + inmate Zulkowski complain to me about injury they had playing Basketball in yard C Brown small swelling in Leg Zulkowski small Bruise on hand wrist Area (C/O Taylor wrote an early Report)

Action taken/Disposition

notified R.N Cathy
wrote incident Report
make sure inmates are seen now moving

Date 4.3.00 Warden [signature]

Schuylkill County Prison
230 Sanderson Street
Pottsville PA 17901-1758

Accident/Incident Report 9/95

Individual report is about Charlie Brown Zulkowski B

Lt -Uhotill

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date 4/1/00 Person reporting LT EMERICK

Time 8:00 PM Shift Supervisor LT EMERICK

Name of individual report is about BRIAN BLICKLEY, W. ZULKOWSKI, C BROWN

Witness ________ Witness ________

INCIDENT: AS I ATTEMPTED TO DISTRIBUTE MEDICATION AT 8:00 PM BLICKLEY COMPLAINED OF ARM AND CHEST PAIN. ZULKOWSKI COMPLAINED OF A WOUND ON HIS HAND AND SWELLING OF HIS WRIST BROWN COMPLAINED OF A SWOLLEN KNEE.

I ATTEMPTED TO CONTACT THE NURSE SEVERAL TIMES WITH NO RESULTS. I SPOKE TO DEPUTY WARDEN BERDANIER AND HE TOLD ME IT WOULD BE WISE TO TAKE BLICKLEY TO THE HOSPITAL CONNORS AND BLOSCHICHOCK TOOK HIM TO POTTSVILLE HOSPITAL. BLOSCHICHOCK WAS MANDATORIED TO STAY AT LEAST UNTIL BLICKLEY WAS FINISHED

I CONTACTED THE NURSE AT 10:15 I ADVISED HER OF THE PROBLEMS AND STATED SHE WOULD SEE THEM IN THE A.M.

RE CHARLES BROWN TOLD GUARDS AT 10 00 PM HE WOULD NOT LOCK UP UNTIL HE GOT MEDICAL CARE. I SPOKE WITH HIM AND HE WENT TO HIS CELL.

Action taken/Disposition

TOOK BLICKLEY TO HOSPITAL
LEFT COPY OF MEMO TO THE NURSE

Date 4.3.00 Warden WSF

Schuylkill County Prison
230 Sanderson Street
Pottsville PA 17901-1758

Accident Incident Report 9/95

Individual report is about ________



The Pottsville Hospital and Warne Clinic

Name Charles Brown

DEPARTMENT OF EMERGENCY MEDICINE E.R. M.D. D Liam

## MISCELLANEOUS INSTRUCTIONS

Knee: Immobilize — Needed family doctor 1 week.

Rest

Elevate

Ice

Tylenol as needed

Weight bearing as tolerated — Crutches

****You have been seen for emergency care only. If any follow up care is needed see your family doctor or the recommended specialist.

Call or return to Emergency Department if you have any questions or further problems. (621-5060)

---

Limitations:

☐ Light work only for ______ ☐ No school for ______

☐ No work for ______ ☐ No gym or active sports for ______

Physician ______ Date 4/2/00

I certify that I have received and understand the instructions for my follow-up care listed above.

Patient/Relative X Charles Brown Witness S Ann Snr

☐ Patient/Family verbalized understanding of instructions

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date 4-11-00 Person reporting

Time 11:30 Am Shift Supervisor LT. Uholick

Name of individual report is about C-Blown

Witness Witness

INCIDENT: on Above date + Time I Lt Uholik was moving C Blown To Lower Tier due to med reasons C. Blown stated I Am cured There is nothing the matter with me, Take The Crutches Back I am All right, Lt Uholik wrote A med. release Form up in mate Blown would not sign it, He said I Go to The hole if I Have too. I Am not letting AnyBody off The Hook Like That

Action taken/Disposition
wrote incident report
notified medical + Capt Wapinsky

Date 4.11.00 Dep.-Warden B. [illegible]

Schuylkill County Prison
230 Sanderson Street
Pottsville PA 17901-1758

Accident Incident Report 9 95

Individual report is about C Blown

| MEDICAL NOTES | NAME Brown, Charles — ALLERGIES — NKA | SCHUYLKILL COUNTY PRISON |
|---|---|---|

| DATE | |
|---|---|
| 1/11/00 4pm | Inmate presented c T102.4° - Refused BP & lunch today c/o "nausea & dry heaving" - denies vomiting. Denies diarrhea. (+) Cough s sputum production. c/o intermittent (HA). BP 100/60 AP... air - rate & rhythm regular. R 20/min unlabored on room air. ↓ breath sounds R lower lung base. Pt states "I'm having a hard time breathing at times." TO: Dr. Wang - Order rec'd to transport resident to ER for eval. Deputy Warden Berdanier made aware. Report called to PH-ER — K. Cor... |
| 1/13/00 2pm | Released from PH - afebrile. VS - ... Lungs clear to auscultation — K. Cor... |
| 1/17/00 | Lungs remains clear. T98.2° - No s/s resp distress. Offers no c/o — K. Cor... |
| 2/8 | ... c/o ... |

# PROGRESS NOTES

acility: SCI
esident/atient Name (last name first): Brown, Charles
Medical Records No.

ogress notes for: ☐ Physician ☑ Nursing ☐ Social Services ☐ Dietary ☐ Activities ☐ PT ☐ OT ☐ ST ☐ RT

| Date and Time | PROGRESS NOTES | Signature |
|---|---|---|
| 4/2/00 | Resident injured (R) knee playing basketball. (+) edema (+) c/o pain with weight bearing. To ER for eval and treatment. Dr. Narang made aware. K. ConHo RN | |
| 4/10/00 | Resident has been bearing weight as tolerated (R) leg utilizing crutches for ambulation. Elevating (R) leg (ice) prn to knee wearing knee immobilizer — circulation (+) in leg. (+) peripheral pulses. Taking Tylenol as ordered for pain. Seen by Dr. Narang, resident became violent and pulled arm back with clenched fist during exam. Dr. Narang stated "he almost hit me." Resident stood up and walked out of medical against Dr. Narang's request to come back. CO Schwartz present. OW Burdanew made aware of resident's refusal of exam. K. ConHo RN | |
| 4/11/00 11:30 | Lt. [illegible] notified this RN that resident refused to use crutches. See accident / incident report of 4/11/00. This RN advised Mr. Brown that he would be [illegible] non-compliant if he refused to use crutches and he stated "I don't care". Mr. Brown is ambulatory in cell block bearing weight c knee immobilizer on. K. ConHo RN — | |

# PROGRESS NOTES

Facility: SCP

Medical Records No.:

Resident/Patient Name (last name first): Brown, Charles

Progress notes for: ☐ Physician ☐ Nursing ☐ Social Services ☐ Dietary ☐ Activities ☐ PT ☐ OT ☐ ST ☐ RT

| Date and Time | PROGRESS NOTES | Signature |
|---|---|---|
| 4/17/2000 1:40pm | Res. signed for sick call - Dr. Narang stated that res. refused exam on 4/10/00 and it was not necessary to see him. | K. Crothers |
| 1:55pm | Warden Button made aware of above. | K. Crothers |
| 4/27/00 | Res signed for sick call. Dr. Narang again would not see resident. This RN made Warden Button aware. Res. ambulatory ̄c crutches, limp apparent at times and not visible at other times. | K. C. |
| 4/28/00 | During am med pass resident asked this RN why he wasn't seen by prison physician. This RN told patient that Dr. Narang was willing to see him on April 10 but due to his unwillingness to allow MD to exam him and due to his violent actions Dr. Narang was unable to finish his assess ment. ~~and~~ This all transpired 2° to his violent actions. Deputy Warden Burdanier & Cpt. Wapinski made aware. | K. Crothers |
| 5-1-00 11:30am | Dr. Narang cancelled sick call. This RN left message ̄c office manager "Cheryl" to have MD call back in regards to Res. Brown. | K. Crothers |
| 5/1/00 1:15pm | TO/VO Dr. N. Narang / K. Crothers RN — Consult Orthopedic Doctor — Treat as indicated | K. C. |
| noted | [signature] | |

## Progress Notes *(side 2)*

Facility ______________________ Medical Records No. ______________________

Resident/ Patient Name (last name first): Brown, Charlie

| Date and Time | PROGRESS NOTES |
|---|---|
| 5/1/00 1:15 | Dr's Robert Boran, Daniel D'Arcy, Michael Dawson, Myron Haas, Karjan Sachdev and Calvin Hoadt offices phoned by this RN to have appt. set up for orthopedic consult – each office refused to schedule appts – stating physicians do not accept SCP prisoners as outpatient referrals. Warden Britton made aware & advised this RN "to keep trying" K [signature] RN |
| 5/2/00 9A. | This RN received TC from Dr Michael Dawson's office manager "Kim" who stated Dr would accept inmate as patient 2° to knee injury. Dr Dawson does not treat fractures but will accept knee & back injuries. Appt scheduled for am 5/3/00 at 9AM. DW & Warden made aware. K [signature] RN |
| 5/3/00 | Returned from Dr. Dawson's office. His office made ~~[illegible]~~ appt for MRI [illegible] @ 1:15pm. Next doctor visit scheduled for [illegible]. K [signature] RN |
| [illegible] | [illegible] reexamined by Dr Dawson. ⊖ MRI – [illegible] [illegible] [illegible]. Rx made for [illegible] Rehab. K [signature] |
| June 8 2000 – | Resident involved in confrontation with ~~Warden~~ [illegible] & Warden Britton [illegible] ordered that rehab of the knee until Rehab is permitted by prison administration. [signature] |
| 6/12/00 | Rehab phoned this medical dept due to cancellation of appt. Advised that dept was waiting for administrative decision when [illegible] for resident would begin again K [signature] |
| 6/12/00 | Dr. Dawson's office called by this RN – Further appts on hold until further notification received from Warden G. Britton K [signature] RN |

LIC. NO. ________ D.E.A. NO. ________

**MICHAEL H. O. DAWSON, M.D., F.R.C.S., F.A.C.S.**
ORTHOPAEDIC SURGERY
739 East Norwegian Street Pottsville, PA 17901
Phone 570-622-7051

Patient's Name Charles Brown Age ____

Address ________________

℞ Date 05/24/00

Heat, u/s, ROM to (L) Knee. Three times a week for three weeks.

☐ REFILL
☐ LABEL

SUBSTITUTION PERMISSIBLE [signature] M.D.

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

________________